# EXHIBIT B

CIVIL COURT OF CITY OF NEW YORK
COUNTY OF KINGS  HOUSING PART                                    Index No. L/T
_____
TIVOLI BI LLC
                    against              *Petitioner (Landlord)*,
LISA PRINCE
                                         *Respondent (Tenant)*        **NON-PAYMENT**
                                                                      **PETITION DWELLING**

                                         Address:

49-57 CROWN STREET
APT. 28L
BROOKLYN , NY 11225

"JOHN DOE" & "JANE DOE"        *Respondent (Undertenant)*

_____

*First Name of Tenant and/or Undertenant being fictitious and unknown to petitioner.*
*Person intended being in possession of the premises herein described.*

THE PETITION OF TIVOLI BI LLC, a N.Y. Limited Liability Corporation alleges, upon information and belief:

1. Petitioner is the owner and/or beneficial owner and/or Landlord and/or Master Tenant of the premises.

2. Respondent(s) LISA PRINCE,  is(are) tenant(s) in possession of said premises pursuant to a(n) WRITTEN lease agreement  wherein respondents promised to pay to landlord or landlord(s) predecessor as rent  $689.00 each month in advance on the 1ST day of each month. Respondent(s) "JOHN DOE" & "JANE DOE" is(are) the undertenant(s) of the aforesaid respondent(s) tenant(s).

3. Respondent(s) are now in possession of said premises.

4. The premises are the residence of the tenant(s) and the undertenant(s) herein.

5. The premises for which removal is sought was rented for Dwelling purposes and are described as follows:
   All Rooms, Apartment # 28L in the building known as 49-57 Crown Street Brooklyn, NY 11225, situated within the territorial jurisdiction of the Civil Court of the City of New York, County of Kings.

6. Pursuant to said agreement there was due from respondent tenant(s), the sum of $5,483.00 in rent and additional rent as follows:

| | |
|---|---|
| May 24 | $658.00 |
| Apr 24 | $658.00 |
| Mar 24 | $658.00 |
| Feb 24 | $658.00 |
| Jan 24 | $658.00 |
| Dec 23 | $658.00 |
| Nov 23 | $658.00 |
| Oct 23 | $658.00 |
| Sep 23 | $219.00 |

**7. The building is exempt from the New York City Emergency Rent Law, and the Rent Stabilization Law of 1969, as amended as it is owned by a Limited Profit Housing Company and organized under Article "2" of the Private Housing Finance Law. The building is supervised by the Department of Housing Preservation and Development. The Tenant is a recipient of a subsidy pursuant to 12 USC 1701S; 42 USC 3535(D) and 24 CFR 215.**

8. Said rent has been demanded from the tenant(s) by a thirty day written-notice a copy of which, with affidavit of service, is annexed hereto since same became due and Petioner has complied with RPL §235-e (d).

STELLA-4957-28L          FILE NO:  100976

Case 1:25-cv-03679-NCM-CLP    Document 1-2    Filed 07/02/25    Page 3 of 17 PageID #: 41

9.   Respondent(s) have defaulted in the payment thereof and continue in possession of premises without permission after said default.

10. The premises are a multiple dwelling and pursuant to the Housing Maintenance Code Article 41 there is a currently effective registration statement on file with the Office of Code Enforcement which designates the managing agent named  below, a natural person over 21 years of age, to be in control of and responsible for the maintenance and operation of the dwelling.

AGENT: Lorna Blackman
44 West 28th Street 6th Floor, New York, NY 10001
Multiple Dwelling No. 374566

WHEREFORE,  Petitioner requests a final judgment against respondents(s) for the rent demanded therein, awarding possession of the premises to the petitioner landlord, and directing the issuance of a warrant to remove respondent(s) from possession of the premises together with the costs and disbursements of this proceeding.

TIVOLI BI LLC,                                                               Dated: July 2, 2024

STATE OF NEW YORK, COUNTY OF NEW YORK

The Undersigned affirms under penalty of perjury that he is one of the attorneys for the petitioner, that he has read the foregoing petition and knows the contents thereof: that the same are true to his own knowledge except as to matters stated to be upon information and belief: and as to those matters he believes them to be true.  The grounds of his belief as to matters not stated upon his knowledge are statements and/or records provided by the petitioner, its agents and/or employees and contained in the file in the attorneys office.  * This verification is made pursuant to the provisions of RPAPL 741. The reason a member of petitioner did not sign this verification is that one was not available at the time this petition was prepared.

Dated: July 2, 2024

Kevin D. Cullen, Esq.

Cullen & Associates, P.C.
Attorney for Petitioner-Landlord
299 Broadway, Suite 1510
New York, NY 10007
(212) 233-9772
nonpayments@cullenpc.com

STELLA-4957-28L          FILE NO:   100976

Case 1:25-cv-03679-NCM-CLP     Document 1-2     Filed 07/02/25     Page 4 of 17 PageID #: 42

CIVIL COURT OF CITY OF NEW YORK
COUNTY OF KINGS  HOUSING PART

TIVOLI BI LLC

      against                 *Petitioner (Landlord),*        Index No. L/T

LISA PRINCE

                           *Respondent (Tenant)*

                           Address:

49-57 CROWN STREET
APT. 28L
BROOKLYN , NY 11225

"JOHN DOE" & "JANE DOE"        *Respondent (Undertenant)*

*First Name of Tenant and/or Undertenant being fictitious and unknown to petitioner.*
*Person intended being in possession of the premises herein described.*

### NOTICE OF ELECTRONIC FILING
#### (Consensual Case)
(Uniform Rule § 208.4-a)

**You have received this Notice because:**

     o    The Plaintiff/Petitioner, whose name is listed above, has filed this case using the New York Courts e-filing system, and

     o    You are a defendant/Respondent (a party) in this case.

**If you are represented by an attorney:**    give this Notice to your attorney (Attorneys: see "Information for Attorneys" pg 2).

**If you are not represented by an attorney:   you are not required to e-file. You may serve and file documents in paper form and you must be served with documents in paper form. However, as a party without an attorney, you may participate in e-filing.**

#### Benefits of E-Filing

     You can:

     o    serve and file your documents electronically

     o    view your case file on-line

     o    limit the number of trips to the courthouse

     o    pay any court fees on-line

There are no additional fees to file, view, or print you case records.

To sign up for e-filing or for more information about how e-filing works, you may:

o    visit www.nycourts.gov/efile-unrepresented or

o    go to the Help Center or Clerk's Office at the court where the case was filed. To find legal information to help you represent yourself visit www.nycourthelp.gov

STELLA-4957-28L       FILE NO: 100976       Page 1 of 2               EFCIV-3

Case 1:25-cv-03679-NCM-CLP    Document 1-2    Filed 07/02/25    Page 5 of 17 PageID #: 43

## Information for Attorneys

An attorney representing a party who is served with this notice must either consent or decline consent to electronic filing and service through NYSCEF for this case.

Attorneys registered with NYSCEF may record their consent electronically in the manner provided at the NYSCEF site. Attorneys not registered with NYSCEF but intending to participate in e-filing must first create a NYSCEF account and obtain a user ID and password prior to recording their consent by going to www.nycourts.gov/efile.

Attorneys declining to consent must file with the court and serve on all parties of record a declination of consent.

For additional information about electronic filing and to create a NYSCEF account, visit the NYSCEF website at www.nycourts.gov/efile or contact NYSCEF Resource Center  (phone: 646 386-3033;  email: efile@nycourts.gov).

Dated: July 2, 2024

| | |
|---|---|
| Name | Kevin D. Cullen, Esq. |
| Firm Name | Cullen & Associates, P.C. |
| Address: | 299 Broadway, Suite 1510 |
| | New York, NY 10007 |
| Phone | (212) 233-9772 |
| Email | nonpayments@cullenpc.com |

TO: LISA PRINCE
"JOHN DOE" & "JANE DOE"
49-57 CROWN STREET
APT. 28L
BROOKLYN , NY 11225                                                    7/19/19

Index #                              Page 2 of 2                                      EFCIV-3

STELLA-4957-28L        FILE NO: 100976

Case 1:25-cv-03679-NCM-CLP    Document 1-2    Filed 07/02/25    Page 6 of 17 PageID #: 44

TRIBUNAL CIVIL DE LA CIUDAD DE NUEVA YORK
CONDADO DE KINGS: PARTE DE LA VIVIENDA

TIVOLI BI LLC

                    contra                    *Parte Demandante,*

LISA PRINCE

                                            *Parte Demandada*

                                            Dirección

49-57 CROWN STREET
APT. 28L
BROOKLYN , NY 11225

"JOHN DOE" & "JANE DOE"

                                    *Parte Demandada - subdeteniente*

*El nombre del inquilino y / o el subdeteniente es ficticio y desconocido para el peticionario.*
*Persona destinada a estar en posesión de las instalaciones aquí descritas.*

## Aviso Presentación Electrónica
## (Causa mutuo acuerdo)
### (Regla Uniforme §208.4-a)

**Ha recibido este aviso porque:**

o   La parte demandante anteriormente nombrada ha iniciado este caso utilizando el sistema de presentación electrónica de demandas (e-filing) de los Tribunales del estado de Nueva York, y

o   Usted es una de las partes demandadas en esta causa

**Si cuenta con representación legal:** entréguele este aviso a su abogado(a) (Abogados: véase "Información para Abogados" en la segunda página.)

**Si no cuenta con representación legal:** no se le requiere presentar su demanda por medios electrónicos. Podrá presentar y entregar sus documentos impresos. No obstante como una de las partes del caso podrá presentar su causa por medios electrónicos.

## Beneficios de la presentación
## electrónica (e-filing)

Puede:

o   entregar y presentar sus documentos por medios electrónicos

o   ver su caso en línea

o   limitar sus viajes al tribunal

o   pagar costos judiciales en línea

No hay cobros adicionales para presentar, ver o imprimir el expediente judicial.

Para inscribirse en la presentación electrónica (e-filing) o para más información sobre cómo funciona:

o   visite www.nycourts.gov/efile-unrepresented o

o   Preséntese al centro de ayuda o a la secretaría del tribunal. Para información legal para litigantes por derecho proprio visite: www.nycourthelp.gov

Página 1 de 2                                                        EFCIV-3

Case 1:25-cv-03679-NCM-CLP     Document 1-2     Filed 07/02/25     Page 7 of 17 PageID #: 45

## Información Para Abogados(as)

El(la) abogado(a) que represente a una de las partes de una demanda ya notificada de este aviso debe aceptar o rechazar la presentación y la entrega electrónica de los documentos a través del sistema de presentación electrónica de demandas (e-filing) de los Tribunales del estado de NY (NYSCEF).

Los/las abogados(as) registrados(as) con NYSCEF pueden dar su consentimiento por medio electrónico según las directivas dadas en el sitio web del NYSCEF. Los/las abogados(as) que non están registrados(as) con el NYSCEF con intenciones de participar en la presentación electrónica deberán crear una cuenta y obtener una identificación de usario y contraseña en www.nycourts.gov/efile antes de dar su consentimiento.

Los/las abogados(as) que se nieguen a dar su consentimiento de entrega deben presentar al tribunal y a todo participante un aviso de la declinación de consentimiento.

Para más información sobre la presentación electrónica de demandas o sobre cómo crear una cuenta NYSCEF, visite el sitio web www.nycourts.gov/efile o comuníquese con el Centro de Recursos del NYSCEF (teléfono: 646-386-3033; correo electrónico: efile@nycourts.gov).

Fechado: Julio 2, 2024

Nombre
Nombre del Bufete de Abogados
Dirección:

Telefono:
Correo Electrónico:

Kevin D. Cullen, Esq.
Cullen & Associates, P.C.
299 Broadway, Suite 1510
New York, NY 10007
(212) 233-9772
nonpayments@cullenpc.com

Para: LISA PRINCE
"JOHN DOE" & "JANE DOE"
49-57 CROWN STREET
APT. 28L
BROOKLYN , NY 11225

Numero de Indice:                        Página 2 de 2                    7/21/20

STELLA-4957-28L          FILE NO: 100976

Case 1:25-cv-03679-NCM-CLP    Document 1-2    Filed 07/02/25    Page 8 of 17 PageID #: 46

## THIRTY (30) DAY NOTICE TO FEDERALLY SUBSIDIZED TENANT FOR MATERIAL NON-COMPLIANCE WITH LEASE, PURSUANT TO HUD REGULATIONS AND CONCURENT DEMAND FOR RENT

May 17, 2024

Tenant(s):   **LISA PRINCE**
**"JOHN DOE" & "JANE DOE"**

Premises:   49-57 CROWN STREET
**Apt 28L**
BROOKLYN, NY 11225

**YOU ARE HEREBY ADVISED** that your undersigned landlord may elect to terminate your tenancy in the event that you fail to cure your monetary default.

Be advised that termination, if any, would be based upon your material non-compliance with rental obligations pursuant to your lease.

In the event you fail to cure your monetary default and/or reach an accord with the undersigned Landlord, the undersigned Landlord may commence a summary proceeding in the **Civil Court of the City of New York, KINGS County**      to obtain money and possessory judgments, as well as a warrant for your eviction.

**BE ADVISED**   that at all times you have the right to assistance of counsel.

**BE FURTHER ADVISED** that you are justly indebted to the undersigned Landlord in the sum of **$5,953.00**    for the rent of said premises through    **May 2024**    payment of which must be made by    **July 1, 2024**    or you must surrender possession of said premises to the undersigned Landlord.  This paragraph constitutes a demand for rent under RPAPL §711(2) and runs concurrent with the Federally required notice.  An accurate breakdown of the balance due is set forth on page 2 of this notice.

The building is exempt from the New York City Emergency Rent Law, and the Rent Stabilization Law of 1969, as amended as it is owned by a Limited Profit Housing Company and organized under Article "2" of the Private Housing Finance Law. The building is supervised by the Department of Housing Preservation and Development. The Tenant is a recipient of a subsidy pursuant to 12 USC 1701S; 42 USC 3535(D) and 24 CFR 215.

STELLA-4957-28L
100976                        **Page 1 of 2**                        HPD

Case 1:25-cv-03679-NCM-CLP    Document 1-2    Filed 07/02/25    Page 9 of 17 PageID #:
47

# THIRTY DAY NOTICE TO TENANT

## RENT DEMAND

Dated: May 17,2024

RE: LISA PRINCE
    "JOHN DOE" & "JANE DOE"
    49-57 CROWN STREET, Apt 28L
    BROOKLYN, NY 11225


PLEASE TAKE NOTICE  that you are justly indebted to the undersigned Landlord in the total sum of $5,953.00  for rent and additional rent, if any, as set forth below, which you are required to pay on or before 07/01/2024 that being not less than thirty (30) days from the service of this notice upon you. If you fail to make complete payment of the rent or elect to surrender possession of the premises within said time period, the Landlord may commence a summary proceeding.


| MAY24 | $658.00 |
|-------|---------|
| APR24 | $658.00 |
| MAR24 | $658.00 |
| FEB24 | $658.00 |
| JAN24 | $658.00 |
| DEC23 | $658.00 |
| NOV23 | $658.00 |
| OCT23 | $658.00 |
| SEP23 | $689.00 |


TIVOLI BI LLC

ADDITIONAL SERVICE ADDRESS:
DEPARTMENT OF HOUSING PRESERVATION
And Development
100 GOLD STREET
NEW YORK, NY 10038


STELLA-4957-28L                    100976

Case 1:25-cv-03679-NCM-CLP Document 1-2 Filed 07/02/25 Page 10 of 17 PageID #: 48

TIVOLI BI LLC

Date:    05/17/2024

By Certified Mail

Dear     LISA PRINCE
         "JOHN DOE" & "JANE DOE"
         49-57 CROWN STREET
         APT. 28L
         BROOKLYN, NY 11225

RE: Rent not received

Pursuant to the provisions of §235-e(d) of the New York State Property Law, this letter shall serve as notification that the monthly rent due under the terms of your lease, for the months set forth below, have not been received and at least five (5) days elapsed since the date it was due.

| | | | | |
|---|---|---|---|---|
| May 2024 | April 2024 | March 2024 | February 2024 | January 2024 |
| December 2023 | November 2023 | October 2023 | September 2023 | |

TIVOLI BI LLC

FILED: KINGS CIVIL COURT - L&T 07/03/2024 03:17 PM    INDEX NO. LT-320098-24/KI

NYSCEF DOC. NO. 1    Case 1:25-cv-03679-NCM-CLP    Document 1-2    Filed 07/02/25    Page 11 of 17 PageID    RECEIVED NYSCEF: 07/03/2024
#: 49

## AFFIDAVIT OF CONSPICUOUS SERVICE & MAILING

Index no:

File / Case no:

PETITIONER    TIVOLI BI LLC

VS.

RESPONDENT    LISA PRINCE, "JOHN DOE", "JANE DOE"
49-57 CROWN STREET  Apt 28L
BROOKLYN, NY 11225

**State of New York, County of Westchester    ss:**

**DAVID CALDERO**, being duly sworn, deposes and says:
That Deponent is not a party to this proceeding, is a licensed process server over 18 years of age and resides in  Valley Stream, New York.

Deponent was unable to serve **LISA PRINCE, "JOHN DOE", "JANE DOE"** tenant(s)/occupant(s) by personal delivery at:
**49-57 CROWN STREET,   APT 28L, BROOKLYN, NY 11225,**
which is the only Apt 28L at said address, which are the premises sought to be recovered.

On **6/3/2024** at **10:55 AM**, Deponent served the attached **THIRTY (30) DAY NOTICE TO FEDERALLY SUBSIDIZED TENANT FOR MATERIAL NON-COMPLIANCE WITH LEASE, PURSUANT TO HUD REGULATIONS AND CONCURRENT DEMAND FOR RENT & FEDERAL COLLECTION NOTICE AND NOTICE PURSUANT T0 §235 - E(D) OF THE NEW YORK STATE PROPERTY LAW.** by affixing a true copy for each tenant/occupant upon a conspicuous part, to wit-the **apartment door** of said premises sought to be recovered.

Deponent was unable to find a person of suitable age and discretion willing to receive same at this time or during the prior attempt(s) made on  **5/31/2024** at **7:25 PM** and on **6/3/2024** at **10:55 AM**

And on: **6/3/2024** deponent served copies of the within **THIRTY (30) DAY NOTICE TO FEDERALLY SUBSIDIZED TENANT FOR MATERIAL NON-COMPLIANCE WITH LEASE, PURSUANT TO HUD REGULATIONS AND CONCURRENT DEMAND FOR RENT & FEDERAL COLLECTION NOTICE AND NOTICE PURSUANT T0 §235 - E(D) OF THE NEW YORK STATE PROPERTY LAW.** on each tenant/occupant at the premises sought to be recovered, by depositing a true copy for each named tenant/occupant of the same enclosed in a post paid wrapper, addressed to each tenant at the premises sought to be recovered, in the post office by certified mail  and by regular first class mail within the state of New York.

**AND ON 6/3/2024 ADDITIONAL MAILING BY REGULAR AND CERTIFIED MAIL TO:**
HPD, 100 GOLD STREET, , NEW YORK, NY 10038

SWORN TO BEFORE ME ON 6/3/2024

ALAN ABOODY
NOTARY PUBLIC, STATE OF NEW YORK
NO. 01AB5014371
QUALIFIED IN WESTCHESTER COUNTY
COMMISSION EXPIRES JULY 15, 2027

DAVID CALDERO
LIC. # 2112300

P  RA10000438735

All County Process Serving,Inc. • 1007 Yonkers Avenue,Yonkers, NY 10704 • LIC: 2109166

Case 1:25-cv-03679-NCM-CLP    Document 1-2    Filed 07/02/25    Page 12 of 17 PageID #: 50

Attachment 1

## NOTICE OF OCCUPANCY RIGHTS UNDER THE VIOLENCE AGAINST WOMEN ACT

### TIVOLI BI LLC

### Notice of Occupancy Rights under the Violence Against Women Act[1]

**To all Tenants and Applicants**

The Violence Against Women Act (VAWA) provides protections for victims of domestic violence, dating violence, sexual assault, or stalking. VAWA protections are not only available to women, but are available equally to all individuals regardless of sex, gender identity, or sexual orientation.[2] The U.S. Department of Housing and Urban Development (HUD) is the Federal agency that oversees that the Low Income Housing Tax Credit (LIHTC) program is in compliance with VAWA. This notice explains your rights under VAWA. A HUD-approved certification form is attached to this notice. You can fill out this form to show that you are or have been a victim of domestic violence, dating violence, sexual assault, or stalking, and that you wish to use your rights under WAVA.

**Protection for Applicants**

If you otherwise qualify for assistance under LIHTC program, you cannot be denied admission because you are or have been a victim of domestic violence, dating violence, sexual assault, or stalking.

**Protection for Tenants**

If you are eligible to participate in the LIHTC program, you may not be terminated from participation, or be evicted from your rental housing because you are or have been a victim of domestic violence, dating violence, sexual assault, or stalking.

Also, if you or an affiliated individual of yours is or has been the victim of domestic violence, dating violence, sexual assault, or stalking by a member of your household or any guest, you may not be denied occupancy rights under LIHTC program solely on the basis of criminal activity directly relating to that domestic violence, dating violence, sexual assault, or stalking. Affiliated individuals means your spouse, parent, brother, sister, or child, or a person to whom you stand in the place of a parent or guardian (for example, the affiliated individual is in your care, custody, or control); or any individual, tenant, or lawful occupant living in your household.

**Removing the Abuser or Perpetator from the Household**

Stellar Management may divide (bifurcate) your lease in order to evict the individual who has engaged in criminal activity (the abuser or perpetrator) directly relating to domestic violence, dating violence, sexual assault, or stalking.

If Stellar Management chooses to remove the abuser or perpetrator, Stellar Management may not take away the rights of eligible tenants to the unit or otherwise punish the remaining

---

[1] Despite the name of this law, VAWA protection is available regardless of sex, gender identity, or sexual orientation.

[2] Housing providers cannot discriminate on the basis of any protected characteristic, including race, color, national origin, religion, sex, familial status, disability, or age. Multifamily housing must be made available to all otherwise eligible individuals regardless of actual or perceived sexual orientation, gender identity, or marital status.

Form HUD-5380
(12/2016)

Case 1:25-cv-03679-NCM-CLP    Document 1-2    Filed 07/02/25    Page 13 of 17 PageID #: 51

tenants. If the evicted abuser or perpetrator was the sole tenant to have established eligibility for the LIHTC program, Stellar Management must allow the tenant who is or has been a victim and other household members to remain in the unit for a period of time, in order to establish eligibility under the program or under another housing program covered by VAWA, or, find alternative housing.

In removing the abuser or perpetrator from the household, Stellar Management must follow Federal, State, and local eviction procedures. In order to divide a lease, Stellar Management may, but is not required to, ask you for documentation  or certification of the incidences of domestic violence, dating violence, sexual assault, or stalking.

**Moving to Another Unit**

Upon your request, Stellar Management may permit you to move to another unit, subject to the availability of other units. In order to approve a request, Stellar Management may ask you to provide documentation that you are requesting to move because of an incidence of domestic violence, dating violence, sexual assault, or stalking. If the request is a request for emergency transfer, the housing provider may ask you to submit a written request or fill out a form where you certify that you meet the criteria for an emergency transfer under VAWA. The criteria are:

> **(1) You are a victim of domestic violence, dating violence, sexual assault, or stalking.** If your housing provider does not already have documentation that you are a victim of domestic violence, dating violence, sexual assault, or stalking, your housing provider may ask you for such documentation, as described in the documentation section below:
>
> **(2) You expressly request the emergency transfer** Your housing provider may choose to require that you submit a form, or may accept another written or oral request.
>
> **(3) You reasonably believe that you are threatened with imminent harm from further violence if you remain in your current unit.** This means you have a reason to fear that if you do not receive a transfer you would suffer violence in the very near future.
> **OR**
> **You are a victim of sexual assault and the assault occured on the premises during the 90-calendar-day period before you request a transfer.** If you are a victim of sexual assault, then in addition to qualifying for emergency transfer because you reasonably believe you are threatened with imminent harm from further violence if you remain in your unit, you may qualify for an emergency transfer if the sexual assault occured on the premises of the property from which you are seeking your transfer, and that assault happened within the 90-calendar-day period before you expressly request the transfer.

Stellar Management will keep confidential requests for emergency transfers by victims of doemstic violence, dating violence, sexual assault, or stalking, and the location of any move by such victims and their families.

Stellar Management's emergency transfer plan provides further information on emergency transfers, and Stellar Management must make a copy of its emergency transfer plan available to you if you ask to see it.
**Documenting You Are or Have Been a Victim of Domestic Violence, Dating Violence, Sexual Assault or Stalking**
Stellar Management can, but is not required to, ask you to provide documentation to "certify" that you are or have been a victim of domestic violence, dating violence, sexual assault, or stalking. Such

Case 1:25-cv-03679-NCM-CLP     Document 1-2     Filed 07/02/25     Page 14 of 17 PageID #: 52

request from Stellar Management must be in writing, and Stellar Management must give you at least 14 business days (Saturdays, Sundays, and Federal holidays do not count) from the day you receive the request to provide the documentation. Stellar Management may, but does not have to, extend the deadline for the submission of the documentation upon your request.

You can provide one of the following to Stellar Management as documentation. It is our choice which of the following to submit if Stellar Management asks you to provide documentation that you are or have been a victim of domestic violence, dating violence, sexual assault, or stalking.

- A complete HUD-approved certification form given to you by Stellar Management with this notice, that documents an incident of domestic violence, dating violence, sexual assault, or stalking. The form will ask you for your name, the date, time and location of the incident of domestic violence, dating violence, sexual assault, or stalking, and a description of the incident. The certification form provides for including the name of the abuser or perpetrator if the name of the abuser or perpetrator is known and is safe to provide.

- A record of a Federal, State, tribal, territorial, or local law enforcement agency, court, or administrative agency that documents the incident of domestic violence, dating violence, sexual assault, or stalking. Examples of such records include police reports, protective orders, and restraining orders, among others.

- A statement, which you must sign, along with the signature of an employee, agent, or volunteer of a victim service provider, an attorney a medical professional or a mental health professional (collectively, "professional") from whom you sought assistance in addressing domestic violence, dating violence, sexual assault, or stalking, or the effects of abuse and with the professional selected by you attesting under penalty of perjury that he or she believes that the incident or incidentdomestic violence, dating violence, sexual assault, or stalking are grounds for protection.

- Any other statement or evidence that Stellar Management has agreed to accept.

If you fail or refuse to provide one of these documents within the 14 business days, Stellar Management does not have to provide you with the protections contained in this notice.

If Stellar Management receives conflicting evidence that an incident of domestic violence, dating violence, sexual assault, or stalking has been committed (such as certification forms from two or more members of the household each claiming to be a victim and naming one or more of the other petitioning household members as the abuser or perpetrator), Stellar Management has the right to request that you provide third-party documentation within thirty (30) calendar days in order to resolve the conflict. If you fail or refuse to provide third-party documentation where there is conflicting evidence, Stellar Management does not have to provide you with the protections contained in this notice.

**Confidentiality**

Stellar Management must keep confidential any information you provide related to the exercise of your rights under VAWA, including the fact that you are exercising your rights under VAWA.

Stellar Management must not allow any individual administering assistance or other services on behalf of Stellar Management (for example employees and contractors) to have acces to confidential information unless for reasons that specifically call for these individuals to have access to this information under applicable Federal, State, or local law. Stellar Management must not enter your information into any shared database or disclose your information to any other entity or individual. Stellar Management, however, may disclose the information provided if:

Case 1:25-cv-03679-NCM-CLP    Document 1-2    Filed 07/02/25    Page 15 of 17 PageID #: 53

- You give written permission to Stellar Management to release the information on a time limited basis.

- Stellar Management needs to use the information in an eviction or termination proceeding, such as to evict your abuser or perpetrator.

- A law requires Stellar Management or your landlord to release the information.

VAWA does not limit Stellar Management's duty to honor court orders about access to or control of the property. This includes orders issued to protect a victim and orders dividing property among household members in cases where a family breaks up.

**Reasons a Tenant Eligible for Occupancy Rights under VAWA May Be Evicted or Assistance May Be Terminated**

You can be evicted for serious or repeated lease violations that are not related to domestic violence, dating violence, sexual assault, or stalking commited against you. However, Stellar Management cannot hold tenants who have been victims of domestic violence, dating violence, sexual assault, or stalking to a more demanding set of rules than it applies to tenants who have not been victims of domestic violence, dating violence, sexual assault, or stalking.

The protections described in this notice might not apply, and you could be evicted if Stellar Management can demonstrate that not evicting you would present a real physical danger that:

1) Would occur within an immediate time frame, and

2) Could result in death or serious bodily harm to other tenants or those who work on the property.

If Stellar Management can demonstrate the above, Stellar Management should only evict you if there are no other actions that could be taken to reduce or eliminate the threat.

**Other Laws**

VAWA does not replace any Federal, State or local law that provides greater protection for victims of domestic violence, dating violence, sexual assault, or stalking. You may be entitled to additional housing protections for victims of domestic violence, dating violence, sexual assault, or stalking under other Federal laws, as well as under State and local laws.

**Non-Compliance with The Requirements of This Notice**

You may report a covered housing provider's violations of these rights and seek additional assistance, if needed, by contacting or filing a complaint with **Department of Housing and Urban Development 26 Federal Plaza, Suite 3541, New York, NY 10278-0068.**

**For Additional Information**

You may view a copy of HUD's final VAWA rule at
https://www.federalregister.gov/documents/2016/11/16/2016-25888/violence-against-women-reauthorization-act-of-2013-implementation-in-hud-housing-programs

Additionally, Stellar Management must make a copy of HUD's VAWA regulations available to you if you ask to see them. For questions regarding VAWA, please contact:

**Stellar Management  44 West 28th Street,  6th Floor, New York, NY  10001.**

For help regarding an abusive relationship, you may call the National Domestic Violence Hotline at 1-800-799-7233 or, for persons with hearing impairments, 1-800-787-3224 (TTY). You may also contact your local police department.

For tenants who are or have been victims of stalking seeking help may visit the National Center for Victims of Crime's Stalking Resource Center at https://www.victimsofcrime.org/our-programs/stalking-resource-center.

For help regarding sexual assault, you may contact **your local police department.**
Victims of stalking seeking help may contact **your local police department.**

**Attachment:** Certification form

FILED: KINGS CIVIL COURT - L&T 07/03/2024 03:17 PM          INDEX NO. LT-320098-24/KI

NYSCEF DOC. NO. 1          Case 1:25-cv-03679-NCM-CLP    Document 1-2    Filed 07/02/25    Page 16 of 17 PageID    RECEIVED NYSCEF: 07/03/2024

#: 54

Attachment 2

| CERTIFICATION OF DOMESTIC VIOLENCE, DATING VIOLENCE, SEXUAL ASSAULT, OR STALKING, AND ALTERNATE DOCUMENTATION | U.S. Department of Housing and Urban Development | OMB Approval No. 2577-0286 Exp. 06/30/2017 |
|---|---|---|

**Purpose of Form:** The Violence Against Women Act ("VAWA") protects applicants, tenants, and program participants in certain HUD programs from being evicted, denied housing assistance, or terminated from housing assistance based on acts of domestic violence, dating violence, sexual assault, or stalking against them. Despite the name of this law, VAWA protection is available to victims of domestic violence, dating violence, sexual assault, or stalking, regardless of sex, gender identity, or sexual orientation.

**Use of This Optional Form:** If you are seeking VAWA protections from your housing provider, your housing provider may give you a written request that asks you to submit documentation about the incident or incidents of domestic violence, dating violence, sexual assault, or stalking.

In response to this request, you or someone on your behalf may complete this optional form and submit it to your housing provider, or you may submit one of the following types of third-party documentation:

(1) A document signed by you and an employee, agent, or volunteer of a victim service provider, an attorney, or medical professional, or a mental health professional (collectively, "professional") from whom you have sought assistance relating to domestic violence, dating violence, sexual assault, or stalking, or the effects of abuse. The document must specify, under the penalty of perjury, that the professional believes the incident or incidents of domestic violence, dating violence, sexual assault, or stalking occured and meet the definition of "domestic violence,", "sexual assault," or "stalking" in HUD's regualtions at 24 CFR 5.2003.

(2) A record of a Federal, State, tribal, territorial or local law enforcement agency, court, or administrative agency; or

(3) At the discretion of the housing provider, a statement or other evidence provided by the applicant or tenant.

**Submission of Documentation:** The time period to submit documentation is 14 business days from the date that you receive a written request from your housing provider asking that you provide documentation of the occurence of domestic violence, dating violence, sexual assault, or stalking. Your housing provider may, but is not required to, extend the time period to submit the documentation, if you request an extension of the time period. If the requested information is not received within 14 business days of when you received the request for documentation, or any extension of the date provided by your housing provider, your housing provider does not need to grant you any of the VAWA protections. Distribution or issuance of this form does not serve as a written request for certification.

**Confidentiality:** All information provided to your housing provider concerning the incident(s) of domestic violence, dating violence, sexual assault, or stalking shall be kept confidential and such details shall not be entered into any shared database. Employees of your housing provider are not to have access to these details unless to grant or deny VAWA protections to you, and such employees may not disclose this information to any other entity or individual, except to the extent that disclosure is: (i) consented to by you in writing in a time-limited release; (ii) required for use in an eviction proceeding or hearing regarding termination of assistance; or (iii) otherwise required by applicable law.

Form HUD-5382
(12/2016)

Case 1:25-cv-03679-NCM-CLP    Document 1-2    Filed 07/02/25    Page 17 of 17 PageID
#: 55

## TO BE COMPLETED BY OR ON BEHHALF OF THE VICTIM OF DOMESTIC VIOLENCE, DATING VIOLENCE, SEXUAL ASSAULT, OR STALKING

1. Date the written request is received by victim: _____

2. Name of victim: _____

3. Your name (if different from victim's): _____

4. Name(s) of other family memeber(s) listed on the lease: _____

_____

5. Residence of victim: _____

6. Name of the accused perpetrator (if known and can be safely disclosed): _____

_____

7. Relationship of the accused perpetrator to the victim: _____

8. Date(s) and time(s) of incident(s) (if known): _____

_____

10. Location of incident(s): _____

| In your own words, briefly describe the incident(s): |
|---|
| _____ |
| _____ |
| _____ |
| _____ |

This is to certify that the information provided on this form is true and correct to the best of my knowledge and recollection, and that the individual named above in Item 2 is or has been a victim of domestic violence, dating violence, sexual assault, or stalking. I acknowledge that submission of false information could jeopardize program eligibility and could be the basis for denial of admission, termination of assistance, or eviction.

Signature _____    Signed on (Date) _____

**Public Reporting Burden:** The public reporting burden for this collection of information is estimated to average 1 hour per response. This includes the time for collecting, reviewing, and reporting the data. The information provided is to be used by the housing provider to request certification that the applicant or tenant is a victim of domestic violence, dating violence, sexual assault, or stalking. The information is subject to the confidentiality requirements of VAWA. This agency may not collect this information, and you are not required to complete this form, unless it displays a currently valid Office of Management and Budget control number.

Form HUD-5382
(12/2016)