FILED: KINGS CIVIL COURT - L&T 03/04/2025 08:13 AM                INDEX NO. LT-320098-24/KI
NYSCEF DOC. NO. 16                                                RECEIVED NYSCEF: 03/04/2025

Case 1:25-cv-03679-NCM-CLP    Document 1-3    Filed 07/02/25    Page 1 of 3 PageID #: 56

# EXHIBIT C



