# EXHIBIT E

FILED: KINGS CIVIL COURT - L&T 08/27/2024 03:30 PM        INDEX NO. LT-320098-24/KI
NYSCEF DOC. NO. 1                                                                  RECEIVED NYSCEF: 08/27/2024

Case 1:25-cv-03679-NCM-CLP    Document 1-5    Filed 07/02/25    Page 2 of 2 PageID #: 69

Civil Court of the City of New York
County of Kings: Housing Part

TIVOLI BI LLC
                Petitioner(s)
-against-
LISA PRINCE; "John" "Doe"; "Jane" "Doe"
                Respondent(s)

Dated: 08/27/2024

**ANSWER IN PERSON**

Name: **LISA PRINCE**
Property Address: 49-57 CROWN STREET
APARTMENT # 28L
Brooklyn, NY 11225

_X_ Respondent / ___ Person claiming possession has appeared and orally answered the Petition as follows:

**SERVICE**
1. _____ I did not receive the Notice of Petition and Petition.
2. _____ I received the Notice of Petition and Petition, but service was not correct as required by law.

**PARTIES**
3. _____ ___ My name appears improperly ___ or by the wrong name ___ or does not appear on the Notice of Petition/Petition; ___ the tenant is dead.
4. _____ The Petitioner is not the Landlord, owner of the building or otherwise a proper party.

**RENT**
5. _____ The Petitioner never asked me or properly asked me for the rent, orally or in writing, before starting this case.
6. _____ I or someone on my behalf tried to pay the rent, but the Petitioner refused to accept it.
7. _____ The monthly rent asked for is not the legal rent or amount on the current lease.
8. _X_ _X_ The Petitioner owes money to me because of a rent overcharge. ___ I paid for repairs or services.
9. _X_ The rent, or a part of the rent, has already been paid to the Petitioner.

**APARTMENT/HOUSE**
10. _____ There are or were conditions in the apartment and/or the building/house which the Petitioner did not repair and/or services which the Petitioner did not provide.
11. _____ ___ The petition does not properly describe the apartment/house: wrong apt/house number; ___ wrong or missing program(s) and/or laws covering my tenancy.
12. _____ The apartment/house is illegal.

**OTHER**
13. _____ The Petitioner has harmed me by waiting too long to bring this case (latches).
14. _X_ General denial.
15. _____ **New York City Only** - The Petitioner has harassed me
16. _____ I serve in the military or depend on someone in the military.
17. _X_ ___ The petition seeks the HUD or Housing Authority Section 8 Part of the rent. ___ The petitioner did not notify HUD or the Housing Authority about this case.
_X_ Other: SECTION 8
18. _____ **COUNTERCLAIM**: I seek a judgment and/or order based upon the above defense(s).
19. _____ Other counterclaim(s):

## Court Date: March 4, 2025 at 9:30 AM in Part H in Room 507

The clerk **CANNOT** change your court date. You MUST come and bring this form and all of your proof (receipts, photographs, etc.,) with you. Be at the court house **AT LEAST 30 Minutes Prior** to your scheduled appearance time, to allow time to go through the metal detectors. **IF YOU ARE LATE OR DO NOT APPEAR YOU MAY LOSE YOUR CASE AND GET EVICTED**. If you are unable to settle your case, you may have an immediate trial. If you will not be ready for trial, you **MUST** ask the Judge for a new date. The Judge will then decide if you have shown a good reason to postpone the case.

*For assistance visit a Help Center in the courthouse or the Court's website: http://nycourthelp.gov*

Cullen & Associates PC
299 BROADWAY
SUITE
New York, NY 10007

CIV-LT-91 (Revised Oct,2014)