# EXHIBIT H

FILED: KINGS CIVIL COURT - L&T 03/04/2025 08:13 AM					INDEX NO. LT-320098-24/KI
NYSCEF DOC. NO. 8										RECEIVED NYSCEF: 03/04/2025

Case 1:25-cv-03679-NCM-CLP   Document 1-8   Filed 07/02/25   Page 2 of 3 PageID #: 89

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF KINGS PART H
-------------------------------------------------------------------------X
TIVOLI BI LLC

                *Petitioner-Landlord*

   -against-

LISA PRINCE

                *Respondent-Tenant.*
-------------------------------------------------------------------------X

Index No.
LT-320098-24/KI

**NOTICE OF MOTION**

Premises
49-47 Crown Street, #28L
Brooklyn, NY 11225

PLEASE TAKE NOTICE that upon the annexed affirmation of Lisa Prince; the annexed affirmation of Kailyn Gaines, Esq.; and the exhibits and schedules annexed thereto, LISA PRINCE ("Ms. Prince") shall move this Court, in the Courthouse located at 141 Livingston Street, Brooklyn, NY 11201 in Part H, Room 507 and on March 4, 2025 at 9:30AM for an Order:

1. DISMISSING Petitioner's nonpayment petition on summary judgment pursuant to CPLR 3212;

2. IMPOSING sanctions on Petitioner and its counsel for initiating a frivolous lawsuit against Ms. Prince; and

3. GRANTING any such other and further relief as the Court may deem just and proper.

Dated:        March 4, 2025
                Brooklyn, NY

                                      Respectfully submitted,

                                      ----------------------------------------------
                                      BROOKLYN LEGAL SERVICES
                                      by Kailyn Gaines, Esq.
                                      1709 Saint Mark's Avenue
                                      Brooklyn, NY 11233
                                      718-233-6418
                                      kgaines@lsnyc.org
                                      *Attorneys for Respondent-Tenant*

FILED: KINGS CIVIL COURT - L&T 03/04/2025 08:13 AM  INDEX NO. LT-320098-24/KI
NYSCEF DOC. NO. 8    RECEIVED NYSCEF: 03/04/2025

Case 1:25-cv-03679-NCM-CLP    Document 1-8    Filed 07/02/25    Page 3 of 3 PageID #: 90

TO:    CULLEN & ASSOCIATES, P.C.
299 Broadway, Suite 1510
New York, NY 10007
212-233-9772
nonpayments@cullenpc.com