# EXHIBIT L

FILED: KINGS CIVIL COURT - L&T 06/04/2025 01:00 PM    INDEX NO. LT-320098-24/KI
NYSCEF DOC. NO. 22                                   RECEIVED NYSCEF: 06/04/2025

Case 1:25-cv-03679-NCM-CLP    Document 1-12    Filed 07/02/25    Page 2 of 2 PageID #: 113

# CIVIL COURT OF THE CITY OF NEW YORK

County of Kings

Date 6/4/25    Part H

Index No. L&T: 320098-24/KI
Page 1 of 1
Hon. Grant

Tivoli BI LLC, Petitioner(s),
against
Lisa Prince, Respondent(s)

2 atty
#31
#32

## STIPULATION OF SETTLEMENT

The parties understand that each party has the right to a trial, the right to see a Judge at any time and the right not to enter into a stipulation of settlement. However, after review of all the issues, the parties agree that they do not want to go to trial and instead agree to the following stipulation in settlement of the issues in this matter.

So Ordered / Added/Amended or Deleted

Hon. Sinjay K. Grant
Judge, Housing Court

| Party (please print) | Appearance | No Appearance | No Answer |
|---|---|---|---|
| Petitioner Tivoli | X | | |
| Respondent 1 Lisa Prince | X | | |
| Respondent 2 | | | |
| Respondent 3 | | | |

This case is dis~~missed~~ continued with prejudice as Respondent had paid the rent sought in the petition prior to the initiation of the case, and ~~~~ the petition amount was not due and owing.

Respondent withdraws her motion for sanctions in exchange for a one month credit of her portion of July rent, in the amount of $500.00 ~~$~~.

Kaitlyn Bowes
BLS
Respondent

Edward Hall