# EXHIBIT N



**STELLAR MANAGEMENT**
44 WEST 28TH STREET, 6TH FL.
NEW YORK, NY 10001

**STATEMENT** 

| | |
|---|---|
| Due Date: | 07/01/2025 |
| Amount Due: | $190,763.64 |
| Account Number: | tiv00299 |

July 2025

MAKE CHECKS PAYABLE TO:
**Stellar Management**

**Bill To:**
LISA PRINCE
49 CROWN STREET APT. 28L # 57
BROOKLYN NY 11225-1817

This statement includes payments received as of 6/20/25.

REGISTRATION PIN: 7SQXD5R2

| DESCRIPTION | AMOUNT |
|---|---|
| Balance Forward | 190,105.64 |
| Base Rent (07/2025) | 658.00 |
| **TOTAL AMOUNT DUE:** | **190,763.64** |

Please detach and return coupon with your payment.

Page 1 of 2

---



**STELLAR MANAGEMENT**
44 WEST 28TH STREET, 6TH FL.
NEW YORK, NY 10001

Return Service Requested

3744003442   PRESORT 3442 1 AV 0.540 P1C14 <B>

LISA PRINCE
49 CROWN STREET APT. 28L # 57
BROOKLYN NY 11225-1817

**REMITTANCE SECTION**

| | |
|---|---|
| Due Date: | 07/01/2025 |
| Account Number: | tiv00299 |
| Amount Due: | $190,763.64 |

MAKE CHECKS PAYABLE TO:
**Stellar Management**

STELLAR MANAGEMENT
PO BOX 365
EMERSON, NJ 07630

7047619038847386161618252550000190763640701202500000003