# EXHIBIT P

FILED: KINGS CIVIL COURT - L&T 01/11/2023 10:45 AM  INDEX NO. LT-309097-22/KI
NYSCEF DOC. NO. 17  RECEIVED NYSCEF: 01/11/2023

Case 1:25-cv-03679-NCM-CLP    Document 1-16    Filed 07/02/25    Page 2 of 2 PageID #: 132

Civil Court of the City of New York
County of Kings

#17

Index No: 309097-22/KI

Petitioner(s) Tivoli Bi LLC

-against-

Respondent(s) Carol Ayala

**Notice of Appearance**

I am an attorney admitted to practice in the State of New York. You are hereby notified that in the above entitled action I represent:

_____ Claimant(s)/Plaintiff(s)/Petitioner(s) _____
(circle applicable choice)

__X__ Defendant(s)/Respondents(s) Carol Ayala
(circle applicable choice)

Name: The Legal Aid Society / Alexander Ross  by  Alexander Ross
( Print Firm Name )         (Print Your Name)

Address: 874 Hendrix Street, Brooklyn, NY 11213

Phone No. 646-946-0491

Attorney Signature

CIV-GP-40