# EXHIBIT R

# CIVIL COURT OF THE CITY OF NEW YORK

County of Kings
Date 6/20/23  Part S

Tivoli Bi LLC

against    Petitioner(s),

Carol Ayala

Respondent(s)

Index No. L&T: 309097/22
Page 1 of 1
Hon. Golden

So Ordered:
Hon. Tashanna B. Golden
Judge, Housing Court

#9/6

## STIPULATION OF SETTLEMENT

The parties understand that each party has the right to a trial, the right to see a Judge at any time and the right not to enter into a stipulation of settlement. However, after review of all the issues, the parties agree that they do not want to go to trial and instead agree to the following stipulation in settlement of the issues in this matter.

| Party (please print) | Added/Amended or Deleted | Appearance | No Appearance | No Answer |
|---|---|---|---|---|
| Petitioner | | | | |
| Respondent 1 | | | | |
| Respondent 2 | | | | |
| Respondent 3 | | | | |

1) This matter is discontinued as the Respondent has satisfied the Petition

[signatures]
ef Wong
Balsamo Rosenblatt Hall