# EXHIBIT V

FILED: KINGS CIVIL COURT - L&T 04/01/2023 04:37 PM INDEX NO. LT-310498-23/KI
NYSCEF DOC. NO. 1 RECEIVED NYSCEF: 04/01/2023

Case 1:25-cv-03679-NCM-CLP    Document 1-22    Filed 07/02/25    Page 2 of 11 PageID #: 173

CIVIL COURT OF CITY OF NEW YORK
COUNTY OF KINGS  HOUSING PART

Index No. L/T

TIVOLI BI LLC

        against

*Petitioner (Landlord),*

DEDRA HESTER

*Respondent (Tenant)*

**NON-PAYMENT PETITION DWELLING**

Address:

49-57 CROWN STREET
APT. 25C
BROOKLYN , NY 11225

"JOHN DOE" & "JANE DOE"

*Respondent (Undertenant)*

Address:

49-57 CROWN STREET
APT. 25C
BROOKLYN , NY 11225

*First Name of Tenant and/or Undertenant being fictitious and unknown to petitioner.*
*Person intended being in possession of the premises herein described.*

THE PETITION OF TIVOLI BI LLC, a N.Y. Limited Liability Corporation alleges, upon information and belief:

1. Petitioner(s) is(are) the landlord(s) and owner of the premises.

2. Respondent(s) DEDRA HESTER,  is(are) tenant(s) in possession of said premises pursuant to a(n) WRITTEN lease agreement  wherein respondents promised to pay to landlord or landlord(s) predecessor as rent $902.00 each month in advance on the 1ST day of each month. Respondent(s) "JOHN DOE" & "JANE DOE" is(are) the undertenant(s) of the aforesaid respondent(s) tenant(s).

3. Respondent(s) are now in possession of said premises.

4. The premises are the residence of the tenant(s) and the undertenant(s) herein.

5. The premises for which removal is sought was rented for Dwelling purposes and are described as follows:
All Rooms, Apartment # 25C in the building known as 49-57 Crown Street Brooklyn, NY 11225, situated within the territorial jurisdiction of the Civil Court of the City of New York, County of Kings.

6. Pursuant to said agreement there was due from respondent tenant(s), the sum of $17,288.60 in rent and additional rent as follows:

| | | | |
|---|---|---|---|
| Mar 23 | $902.00 | Mar 22 | $902.00 |
| Feb 23 | $902.00 | Feb 22 | $902.00 |
| Jan 23 | $902.00 | Jan 22 | $902.00 |
| Dec 22 | $902.00 | Dec 21 | $902.00 |
| Nov 22 | $902.00 | Nov 21 | $902.00 |
| Oct 22 | $902.00 | Oct 21 | $902.00 |
| Sep 22 | $902.00 | Sep 21 | $902.00 |
| Aug 22 | $902.00 | Aug 21 | $150.60 |
| Jul 22 | $902.00 | | |
| Jun 22 | $902.00 | | |
| May 22 | $902.00 | | |
| Apr 22 | $902.00 | | |

7. **Premises are exempt from the Rent Stabilization Law as amended because, premises are located within a building previously owned by an Article 2 Housing Company and as the building was originally occupied subsequent to January 1, 1974, following withdrawal from the Mitchell Lama program, the premises have become unregulated. The Tenant is the recipient of a rental subsidy administered by The Department of Housing Preservation and Development.**

8. Said rent has been demanded from the tenant(s) by a fourteen day written-notice a copy of which, with affidavit of service, is annexed hereto since same became due and Petitioner has complied with RPL §235-e (d).

9. Respondent(s) have defaulted in the payment thereof and continue in possession of premises without permission after said default.

FILED: KINGS CIVIL COURT - L&T 04/01/2023 04:37 PM  INDEX NO. LT-310498-23/KI
NYSCEF DOC. NO. 1                                                              RECEIVED NYSCEF: 04/01/2023

Case 1:25-cv-03679-NCM-CLP    Document 1-22    Filed 07/02/25    Page 3 of 11 PageID #: 174

10. The premises are a multiple dwelling and pursuant to the Housing Maintenance Code Article 41 there is a currently effective registration statement on file with the Office of Code Enforcement which designates the managing agent named below, a natural person over 21 years of age, to be in control of and responsible for the maintenance and operation of the dwelling.

        **AGENT:** ARIANIT JAKUPAJ 44 West 28th Street New York, NY 10001

        44 West 28th Street 6th Floor, New York, NY 10001

        **Multiple Dwelling No. 374566**

**WHEREFORE,** Petitioner requests a final judgment against respondents(s) for the rent demanded therein, awarding possession of the premises to the petitioner landlord, and directing the issuance of a warrant to remove respondent(s) from possession of the premises together with the costs and disbursements of this proceeding.

TIVOLI BI LLC,                                                              Dated: March 24, 2023

STATE OF NEW YORK, COUNTY OF NEW YORK

The Undersigned affirms under penalty of perjury that he is one of the attorneys for the petitioner, that he has read the foregoing petition and knows the contents thereof: that the same are true to his own knowledge except as to matters stated to be upon information and belief: and as to those matters he believes them to be true. The grounds of his belief as to matters not stated upon his knowledge are statements and/or records provided by the petitioner, its agents and/or employees and contained in the file in the attorneys office. * This verification is made pursuant to the provisions of RPAPL 741. The reason a member of petitioner did not sign this verification is that one was not available at the time this petition was prepared.

Dated: March 24, 2023

                                                                          Kevin D. Cullen, Esq.

                                                                          Cullen & Associates, P.C.
                                                                          Attorney for Petitioner-Landlord
                                                                          299 Broadway, Suite 1510
                                                                          New York, NY 10007
                                                                          (212) 233-9772
                                                                          nonpayments@cullenpc.com

STELLA-1957-25C        FILE NO: 92502

FILED: KINGS CIVIL COURT - L&T 04/01/2023 04:37 PM        INDEX NO. LT-310498-23/KI
NYSCEF DOC. NO. 1                                                 RECEIVED NYSCEF: 04/01/2023

Case 1:25-cv-03679-NCM-CLP    Document 1-22    Filed 07/02/25    Page 4 of 11 PageID #: 175

CIVIL COURT OF CITY OF NEW YORK
COUNTY OF KINGS HOUSING PART
_____

TIVOLI BI LLC

                               *Petitioner (Landlord),*     Index No. L/T

      against

DEDRA HESTER

                               *Respondent (Tenant)*

                               Address:

49-57 CROWN STREET
APT. 25C
BROOKLYN , NY 11225
"JOHN DOE" & "JANE DOE"         *Respondent (Undertenant)*

                               Address:

49-57 CROWN STREET
APT. 25C
BROOKLYN , NY 11225
*First Name of Tenant and/or Undertenant being fictitious and unknown to petitioner.*
*Person intended being in possession of the premises herein described.*
_____

### NOTICE OF ELECTRONIC FILING
**(Consensual Case)**
(Uniform Rule § 208.4-a)

**You have received this Notice because:**

    o   The Plaintiff/Petitioner, whose name is listed above, has filed this case using the New York Courts e-filing system, and

    o   You are a defendant/Respondent (a party) in this case.

**If you are represented by an attorney:**   give this Notice to your attorney (Attorneys: see "Information for Attorneys" pg 2).

**If you are not represented by an attorney:**   you are **not required** to e-file. You may serve and file documents in paper form and you must be served with documents in paper form. However, as a party without an attorney, you may participate in e-filing.

### Benefits of E-Filing
You can:
    o   serve and file your documents electronically
    o   view your case file on-line
    o   limit the number of trips to the courthouse
    o   pay any court fees on-line

There are no additional fees to file, view, or print you case records.

To sign up for e-filing or for more information about how e-filing works, you may:

    o   visit www.nycourts.gov/efile-unrepresented or
    o   go to the Help Center or Clerk's Office at the court where the case was filed. To find legal information to help you represent yourself visit www.nycourthelp.gov

STELLA-4957-25C     FILE NO: 92502     Page 1 of 2     EFCIV-3

## Information for Attorneys

An attorney representing a party who is served with this notice must either consent or decline consent to electronic filing and service through NYSCEF for this case.

Attorneys registered with NYSCEF may record their consent electronically in the manner provided at the NYSCEF site. Attorneys not registered with NYSCEF but intending to participate in e-filing must first create a NYSCEF account and obtain a user ID and password prior to recording their consent by going to www.nycourts.gov/efile.

Attorneys declining to consent must file with the court and serve on all parties of record a declination of consent.

For additional information about electronic filing and to create a NYSCEF account, visit the NYSCEF website at www.nycourts.gov/efile or contact NYSCEF Resource Center (phone: 646 386-3033; email: efile@nycourts.gov).

Dated: March 24, 2023

| | |
|---|---|
| Name | Kevin D. Cullen, Esq. |
| Firm Name | Cullen & Associates, P.C. |
| Address: | 299 Broadway, Suite 1510 |
| | New York, NY 10007 |
| Phone | (212) 233-9772 |
| Email | nonpayments@cullenpc.com |

TO: DEDRA HESTER
"JOHN DOE" & "JANE DOE"
49-57 CROWN STREET
APT. 25C
BROOKLYN, NY 11225                                              7/19/19

Index #                                  Page 2 of 2                              EFCIV-3
STELLA-4957-25C      FILE NO: 92502

FILED: KINGS CIVIL COURT - L&T 04/01/2023 04:37 PM  INDEX NO. LT-310498-23/KI
NYSCEF DOC. NO. 1                                                    RECEIVED NYSCEF: 04/01/2023

Case 1:25-cv-03679-NCM-CLP    Document 1-22    Filed 07/02/25    Page 6 of 11 PageID #: 177

TRIBUNAL CIVIL DE LA CIUDAD DE NUEVA YORK
CONDADO DE KINGS: PARTE DE LA VIVIENDA

TIVOLI BI LLC

        contra                   *Parte Demandante,*                Numero de Indice L/T

DEDRA HESTER

                                 *Parte Demandada*
                                 Dirección

49-57 CROWN STREET
APT. 25C
BROOKLYN , NY 11225
"JOHN DOE" & "JANE DOE"

                                 *Parte Demandada - subdeteniente*
                                 Dirección

49-57 CROWN STREET
APT. 25C
BROOKLYN , NY 11225

*El nombre del inquilino y / o el subdeteniente es ficticio y desconocido para el peticionario.*
*Persona destinada a estar en posesión de las instalaciones aquí descritas.*

## Aviso Presentación Electrónica
## (Causa mutuo acuerdo)

(Regla Uniforme §208.4-a)

**Ha recibido este aviso porque:**

    o   La parte demandante anteriormente nombrada ha iniciado este caso utilizando el sistema de presentación electrónica de demandas (e-filing) de los Tribunales del estado de Nueva York, y

    o   Usted es una de las partes demandadas en esta causa

**Si cuenta con representación legal:** entréguele este aviso a su abogado(a) (Abogados: véase "Información para Abogados" en la segunda página.)

**Si no cuenta con representación legal:** no se le requiere presentar su demanda por medios electrónicos. Podrá presentar y entregar sus documentos impresos. No obstante como una de las partes del caso podrá presentar su causa por medios electrónicos.

## Beneficios de la presentación
## electrónica (e-filing)

Puede:

    o   entregar y presentar sus documentos por medios electrónicos
    o   ver su caso en línea
    o   limitar sus viajes al tribunal
    o   pagar costos judiciales en línea

No hay cobros adicionales para presentar, ver o imprimir el expediente judicial.

Para inscribirse en la presentación electrónica (e-filing) o para más información sobre cómo funciona:

    o   visite www.nycourts.gov/efile-unrepresented o
    o   Preséntese al centro de ayuda o a la secretaría del tribunal. Para información legal para litigantes por derecho proprio visite: www.nycourthelp.gov

Página 1 de 2            EFCIV-3

FILED: KINGS CIVIL COURT - L&T 04/01/2023 04:37 PM  INDEX NO. LT-310498-23/KI
NYSCEF DOC. NO. 1                                   RECEIVED NYSCEF: 04/01/2023

Case 1:25-cv-03679-NCM-CLP   Document 1-22   Filed 07/02/25   Page 7 of 11 PageID #: 178

## Información Para Abogados(as)

El(la) abogado(a) que representa a una de las partes de una demanda ya notificada de este aviso debe aceptar o rechazar la presentación y la entrega electrónica de los documentos a través del sistema de presentación electrónica de demandas (e-filing) de los Tribunales del estado de NY (NYSCEF).

Los/las abogados(as) registrados(as) con NYSCEF pueden dar su consentimiento por medio electrónico según las directivas dadas en el sitio web del NYSCEF. Los/las abogados(as) que non están registrados(as) con el NYSCEF con intenciones de participar en la presentación electrónica deberán crear una cuenta y obtener una identificación de usario y contraseña en www.nycourts.gov/efile antes de dar su consentimiento.

Los/las abogados(as) que se nieguen a dar su consentimiento de entrega deben presentar al tribunal y a todo participante un aviso de la declinación de consentimiento.

Para más información sobre la presentación electrónica de demandas o sobre cómo crear una cuenta NYSCEF, visite el sitio web www.nycourts.gov/efile o comuníquese con el Centro de Recursos del NYSCEF (teléfono: 646-386-3033; correo electrónico: efile@nycourts.gov).

Fechado: Marzo 24, 2023

| | |
|---|---|
| Nombre | Kevin D. Cullen, Esq. |
| Nombre del Bufete de Abogados | Cullen & Associates, P.C. |
| Dirección: | 299 Broadway, Suite 1510 |
| | New York, NY 10007 |
| Telefono: | (212) 233-9772 |
| Correo Electrónico: | nonpayments@cullenpc.com |

Para: DEDRA HESTER
"JOHN DOE" & "JANE DOE"
49-57 CROWN STREET
APT. 25C
BROOKLYN , NY 11225

| | | |
|---|---|---|
| Numero de Indice: | Página 2 de 2 | 7/21/20 |
| STELLA-4957-25C    FILE NO: 92502 | | |

FILED: KINGS CIVIL COURT - L&T 04/01/2023 04:37 PM          INDEX NO. LT-310498-23/KI
NYSCEF DOC. NO. 1                                           RECEIVED NYSCEF: 04/01/2023

Case 1:25-cv-03679-NCM-CLP    Document 1-22    Filed 07/02/25    Page 8 of 11 PageID #: 179

# FOURTEEN (14) DAY NOTICE TO FEDERALLY SUBSIDIZED TENANT
# FOR MATERIAL NON-COMPLIANCE WITH LEASE, PURSUANT TO
# HUD REGULATIONS AND CONCURENT DEMAND FOR RENT

February 15, 2023

Tenant(s):   **DEDRA HESTER**
             **"JOHN DOE" & "JANE DOE"**

Premises:    49-57 CROWN STREET
             **Apt 25C**
             BROOKLYN, NY 11225

**YOU ARE HEREBY ADVISED** that your undersigned landlord may elect to terminate your tenancy in the event that you fail to cure your monetary default.

Be advised that termination, if any, would be based upon your material non-compliance with rental obligations pursuant to your lease.

In the event you fail to cure your monetary default and/or reach an accord with the undersigned Landlord, the undersigned Landlord may commence a summary proceeding in the **Civil Court of the City of New York, KINGS County** to obtain money and possessory judgments, as well as a warrant for your eviction.

**BE ADVISED** that at all times you have the right to assistance of counsel.

**BE FURTHER ADVISED** that you are justly indebted to the undersigned Landlord in the sum of **$16,386.60** for the rent of said premises through **February 2023** payment of which must be made by **March 17, 2023** or you must surrender possession of said premises to the undersigned Landlord. This paragraph constitutes a demand for rent under RPAPL §711(2) and runs concurrent with the Federally required notice. An accurate breakdown of the balance due is set forth on page 2 of this notice.

Premises are exempt from the Rent Stabilization Law as amended because, premises are located within a building previously owned by an Article 2 Housing Company and as the building was originally occupied subsequent to January 1, 1974, following withdrawal from the Mitchell Lama program, the premises have become unregulated. The Tenant is the recipient of a rental subsidy administered by The Department of Housing Preservation and Development.

STELLA-4957-25C          Page 1 of 2
92502

# FOURTEEN DAY NOTICE TO TENANT
# RENT DEMAND

Dated: February 15, 2023

RE: DEDRA HESTER
"JOHN DOE" & "JANE DOE"
49-57 CROWN STREET, Apt 25C
BROOKLYN, NY 11225

PLEASE TAKE NOTICE that you are justly indebted to the undersigned Landlord in the total sum of $16,386.60 for rent and additional rent, if any, as set forth below, which you are required to pay on or before 03/17/2023 that being not less than fourteen (14) days from the service of this notice upon you. If you fail to make complete payment of the rent or elect to surrender possession of the premises within said time period, the Landlord may commence a summary proceeding.

| | | | |
|---|---|---|---|
| FEB23 | $902.00 | FEB22 | $902.00 |
| JAN23 | $902.00 | JAN22 | $902.00 |
| DEC22 | $902.00 | DEC21 | $902.00 |
| NOV22 | $902.00 | NOV21 | $902.00 |
| OCT22 | $902.00 | OCT21 | $902.00 |
| SEP22 | $902.00 | SEP21 | $902.00 |
| AUG22 | $902.00 | AUG21 | $150.60 |
| JUL22 | $902.00 | | |
| JUN22 | $902.00 | | |
| MAY22 | $902.00 | | |
| APR22 | $902.00 | | |
| MAR22 | $902.00 | | |

TIVOLI BI LLC

**Additional Service and/or Mailings:**
**Department of Housing Preservation**
And Development
100 Gold Street
New York, NY 10038

STELLA-4957-25C

FILED: KINGS CIVIL COURT - L&T 04/01/2023 04:37 PM  INDEX NO. LT-310498-23/KI
NYSCEF DOC. NO. 1                                                      RECEIVED NYSCEF: 04/01/2023

Case 1:25-cv-03679-NCM-CLP    Document 1-22    Filed 07/02/25    Page 10 of 11 PageID #: 181

TIVOLI BI LLC

Date:    02/15/2023

By Certified Mail

Dear    DEDRA HESTER

    49-57 CROWN STREET
    APT. 25C
    BROOKLYN, NY 11225

RE: Rent not received

Pursuant to the provisions of §235-e(d) of the New York State Property Law, this letter shall serve as notification that the monthly rent due under the terms of your lease, for the months set forth below, have not been received and at least five (5) days elapsed since the date it was due.

| | | | | |
|---|---|---|---|---|
| February 2023 | January 2023 | December 2022 | November 2022 | October 2022 |
| September 2022 | August 2022 | July 2022 | June 2022 | May 2022 |
| April 2022 | March 2022 | February 2022 | January 2022 | December 2021 |
| November 2021 | October 2021 | September 2021 | August 2021 | |

TIVOLI BI LLC

## AFFIDAVIT OF CONSPICUOUS SERVICE & MAILING

Index no:

File / Case no:

| | |
|---|---|
| PETITIONER | TIVOLI BI LLC |
| vs. | |
| RESPONDENT | DEDRA HESTER, "JOHN DOE" "JANE DOE"<br>49-57 CROWN STREET Apt 25C<br>BROOKLYN, NY 11225 |

**State of New York, County of Westchester   ss:**

**PAUL DANKEL**, being duly sworn, deposes and says:
That Deponent is not a party to this proceeding, is a licensed process server over 18 years of age and resides in Queens, New York.

Deponent was unable to serve **DEDRA HESTER, "JOHN DOE" "JANE DOE"** tenant(s)/occupant(s) by personal delivery at:
**49-57 CROWN STREET, APT 25C, BROOKLYN, NY 11225**,
which is the only Apt 25C at said address, which are the premises sought to be recovered.

On **3/17/2023** at **10:47 AM**, Deponent served the attached **FOURTEEN (14) DAY NOTICE TO FEDERALLY SUBSIDIZED TENANT FOR MATERIAL NON-COMPLIANCE WITH LEASE, PURSUANT TO HUD REGULATIONS AND CONCURRENT DEMAND FOR RENT , FEDERAL COLLECTION NOTICE & NOTICE PURSUANT TO §235-E (D) OF THE NEW YORK STATE PROPERTY LAW** by affixing a true copy for each tenant/occupant upon a conspicuous part, to wit-the **apartment door** of said premises sought to be recovered.

Deponent was unable to find a person of suitable age and discretion willing to receive same at this time or during the prior attempt(s) made on **3/16/2023** at **7:14 PM** and on **3/17/2023** at **10:47 AM**

And on: **3/17/2023** deponent served copies of the within **FOURTEEN (14) DAY NOTICE TO FEDERALLY SUBSIDIZED TENANT FOR MATERIAL NON-COMPLIANCE WITH LEASE, PURSUANT TO HUD REGULATIONS AND CONCURRENT DEMAND FOR RENT , FEDERAL COLLECTION NOTICE & NOTICE PURSUANT TO §235-E(D) OF THE NEW YORK STATE PROPERTY LAW** on each tenant/occupant at the premises sought to be recovered, by depositing a true copy for each named tenant/occupant of the same enclosed in a post paid wrapper, addressed to each tenant at the premises sought to be recovered, in the post office by certified mail  and by regular first class mail within the state of New York.

**AND ON 3/17/2023 ADDITIONAL MAILING BY REGULAR AND CERTIFIED MAIL TO:**
HPD, 100 GOLD STREET, , NEW YORK, NY 10038

SWORN TO BEFORE ME ON 3/17/2023

ALAN ABOODY
NOTARY PUBLIC, STATE OF NEW YORK
NO. 01AB5014371
QUALIFIED IN WESTCHESTER COUNTY
COMMISSION EXPIRES JULY 15, 2023

PAUL DANKEL
LIC. # 1020803

B  RA10000404480