UNITED STATES DISCTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------------------X

LISA PRINCE,                                                                      Index No.: 25-cv-3679

                                    Plaintiffs,

                    -against-                                                     **STIPULATION**

TIVOLI BI LLC,
STELLAR MANAGEMENT
CULLEN & ASSOCIATES, P.C., and
KEVIN CULLEN,

                                    Defendants.
------------------------------------------------------------------------------X

        The parties herein hereby agree as follows:

        1.      Defendants' time to answer, move or respond to the Summons and Complaint in

this action is extended through August 19, 2025.

        2.      Electronic and/or Facsimile signatures shall be deemed originals for all purposes

including filing this stipulation with the Court.

Dated:  New York, New York
        July 24    , 2025



_____                    _____
CULLEN & ASSOCIATES P.C.                                Brooklyn Legal Services
Defendant                                              Attorneys for Plaintiff
By: Kevin D. Cullen, Esq.                              By: Sara Manaugh
299 Broadway, Suite 1510                               105 Court Street, 4th Floor
New York, New York 10007                               Brooklyn, New York 11201
Tel: 212.233.9772                                      Tel: 718.237.5552
kevin@cullenpc.com                                     smanaugh@lsnyc.org



_____
Kevin Cullen
Defendant