ATTORNEY(S) :
INDEX # : 1:25-cv-03679-NCM-CLP
PURCHASED/FILED : July 7, 2025
STATE OF : NEW YORK
COURT : U.S. District
COUNTY/DISTRICT : Eastern Dist.

## AFFIRMATION OF SERVICE - SECRETARY OF STATE

Lisa Prince

Plaintiff(s)

against

Tivoli Bi, LLC, et al

Defendant(s)

STATE OF NEW YORK )
COUNTY OF ALBANY  ) SS
CITY OF ALBANY    )

**DESCRIPTION OF PERSON SERVED:**    Approx. Age: __35 Yrs__

Weight: __250 Lbs__  Height: __6'0"__  Gender: __Male__  Race: __Black__

Hair color: __Bald__  Other: _____

**Robert Guyette** _____, being duly sworn, deposes and says: deponent is over the age of eighteen (18) years; is not a party to this action, and resides in the State of NY, and that on _____**July 11, 2025**_____ , at __**2:54 pm**__ , at the office of the  Secretary of State of the State of NY, located at 99 Washington Ave, 6th Fl, Albany, New York 12231 deponent served:
**SUMMONS IN A CIVIL ACTION & COMPLAINT**

on

**Tivoli Bi, LLC**

the Defendant in this action, by delivering to and leaving with _____ **Keyonn Everett**

AUTHORIZED AGENT in the Office of the Secretary of State, of the State of New York, personally at the

Office of the Secretary of State of the State of New York, two (2) true copies  thereof and that at the time of

making such service, deponent paid said Secretary of State a fee of _____ $40 _____ dollars; That said service

was made pursuant to Section   **LIMITED LIABILITY COMPANY LAW §303**.

Deponent further says that deponent knew the person so served as aforesaid to be the agent in the Office

of the Secretary of State of the State of New York, duly authorized to accept such service on behalf of said

defendant.

I affirm on _____**JULY 11, 2025**_____, under penalties of perjury under the laws of New York, which may include a fine or imprisonment, that the foregoing is true, and I understand that this document maybe filed in an action or proceeding in a court of law.

X_____
    ROBERT GUYETTE

Invoice·Work Order # 2528225
Attorney File # **Prince vs Tivoli Bi**