AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 25-cv-3679

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Stellar Management
was received by me on *(date)* July 9th 2025

☒ I personally served the summons on the individual at *(place)* 44 West 28th Street New York, NY 10001 on *(date)* July 9th 2025; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _____

Joseph Walker
*Server's signature*

Joseph WALKER, Process Server
*Printed name and title*

105 Court Street, Bklyn NY 11201
*Server's address*

Additional information regarding attempted service, etc: