UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

LISA PRINCE,

        *Plaintiff,*

v.

TIVOLI BI LLC, STELLAR MANAGEMENT, CULLEN & ASSOCIATES, P.C., AND KEVIN CULLEN,

        *Defendants.*

Case No. 1:25-cv-03679(NCM)(CLP)

**STIPULATION**

The parties herein agree as follows:

1. The time for defendants CULLEN & ASSOCIATES, P.C., and KEVIN CULLEN to answer or otherwise respond to the Summons and Complaint is extended to and including September 19, 2025.
2. Defendants CULLEN & ASSOCIATES, P.C., and KEVIN CULLEN waive objections to service of the summons and complaint.
3. Electronic of facsimile signatures shall be deemed originals for all purposes including filing this stipulation with the Court.

Dated: Brooklyn, New York
      September 11, 2025

By: Sara Manaugh
BROOKLYN LEGAL SERVICES
105 Court Street, 4th Floor
Brooklyn, New York 11201
smanaugh@lsnyc.org
(718) 237-5500
*Attorneys for Plaintiff*

Dated: Madison, Connecticut
      September 12, 2025

By: Sarah Anne Trayner
THE TRAYNER GROUP LTD.
66 Bowman Avenue
Rye Brook, New York 10573
Satrayner@traynergroup.com
(914) 690-1010
*Authorized Representatives for Defendants*