UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------x      25-cv-03679 (NCM)(CLP)

LISA PRINCE,

                 Plaintiff

-against-

TIVOLI BI, LLC
STELLAR MANAGEMENT
CULLEN & ASSOCIATES, P.C.
and KEVIN CULLEN,

                 Defendants

----------------------------------------------------------x

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE, that ROBERT L. ARLEO, an attorney duly admitted to practice in the State of New York and in the United States District Court for the Eastern District of New York, has been retained by and appears as attorney for Defendants Tivoli Bi, LLC and Stellar Management.

DATED: September 12, 2025

                                       ROBERT L. ARLEO, ESQ. P.C.

                               By: */ s / Robert L. Arleo*
                                    ROBERT L. ARLEO, ESQ.
                                    1345 Avenue of the Americas
                                    2nd Floor
                                    New York, New York 10105
                                    Telephone: (212) 551-1115
                                    Facsimile: (518) 751-1801
                                    Email: robertarleo@gmail.com