UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------x    25-cv-03679 (NCM)(CLP)

LISA PRINCE,

                Plaintiff

-against-    ANSWER TO COMPLAINT

TIVOLI BI, LLC
STELLAR MANAGEMENT
CULLEN & ASSOCIATES, P.C.
and KEVIN CULLEN,


                Defendants

-----------------------------------------------------------x

Tivoli Bi, LLC and Stellar Management ("Answering Defendants"), by their attorney ROBERT L. ARLEO, ESQ., as and for their Answer to the Plaintiff's Complaint filed on July 2, 2025 (hereinafter "Plaintiff's Complaint"), sets forth as follows:

1. Deny the allegations set forth in paragraph 1 of the Plaintiff's Complaint.

2. The allegations set forth in paragraph 2 of Plaintiff's Complaint constitute an alleged statement of New York Housing Law to which no response is required. To the extent that said allegations as set forth to claim that the Answering Defendants violated New York Housing Law, deny the said allegations.

3. Deny the allegations set forth in paragraph 3 of Plaintiff's Complaint.

4. Deny the allegations set forth in paragraph 4 of Plaintiff's Complaint.

5. In regard to the allegations set forth in paragraph 5 of Plaintiff's Complaint, refer to the two nonpayment cases referenced therein for the accuracy of the said allegations.

6. Deny the allegations set forth in paragraph 6 of Plaintiff's Complaint.

7. The allegations set forth in paragraph 7 of Plaintiff's Complaint are not directed to the Answering Defendants thus no response thereto is required.

8. Deny the allegations set forth in paragraph 8 of Plaintiff's Complaint.

9. In regard to the allegations set forth in paragraphs 9, 10, 11and 12 of Plaintiff's Complaint leave to the Court all determinations as to jurisdiction, venue, supplemental jurisdiction and declaratory relief. Notwithstanding, the Answering Defendants continue to deny in full all allegations of alleged wrongdoing as set forth in the Plaintiff's Complaint.

10. Admit the allegations set forth in paragraph 13 of Plaintiff's Complaint.

11. Admit the allegations set forth in paragraph 14 of Plaintiff's Complaint.

12. Admit the allegations set forth in paragraph 15 of Plaintiff's Complaint.

13. Admit the allegations set forth in paragraph 16 of Plaintiff's Complaint.

14. Admit the allegations set forth in paragraph 17 of Plaintiff's Complaint.

15. The allegations set forth in paragraph 18 of Plaintiff's Complaint are not directed to the Answering Defendants thus no response thereto is required.

16. The allegations set forth in paragraph 19 of Plaintiff's Complaint are not directed to the Answering Defendants thus no response thereto is required.

17. The allegations set forth in paragraph 20 of Plaintiff's Complaint are not directed to the Answering Defendants thus no response thereto is required.

18. The allegations set forth in paragraph 21 of Plaintiff's Complaint are not directed to the Answering Defendants thus no response thereto is required.

19. Admit the allegations set forth in paragraph 22 of Plaintiff's Complaint.

20. Deny knowledge or information sufficient to form a belief as to the allegations set forth in paragraph 23 of Plaintiff's Complaint.

21. Deny knowledge or information sufficient to form a belief as to the allegations set forth in paragraph 24 of Plaintiff's Complaint.

22. Deny knowledge or information sufficient to form a belief as to the allegations set forth in paragraph 25 of Plaintiff's Complaint.

23. Deny the allegations set forth in paragraph 26 of Plaintiff's Complaint.

24. Deny the allegations set forth in paragraph 27 of Plaintiff's Complaint.

25. Deny the allegations set forth in paragraph 28 of Plaintiff's Complaint.

26. Deny the allegations set forth in paragraph 29 of Plaintiff's Complaint.

27. Deny the allegations set forth in paragraph 30 of Plaintiff's Complaint.

28. Deny the allegations set forth in paragraph 31 of Plaintiff's Complaint.

29. Deny the allegations set forth in paragraph 32 of Plaintiff's Complaint.

30. In regard to the allegations set forth in paragraph 33 of Plaintiff's Complaint, refer to the order referenced therein for the accuracy of the said allegations.

31. Deny knowledge or information sufficient to form a belief as to the allegations set forth in paragraph 34 of Plaintiff's Complaint.

32. In regard to the allegations set forth in paragraph 35 of Plaintiff's Complaint, refer to the directive referenced therein for the accuracy of the said allegations.

33. Deny knowledge or information sufficient to form a belief as to the allegations set forth in paragraph 36 of Plaintiff's Complaint.

34. Deny the allegations set forth in paragraph 37 of Plaintiff's Complaint.

35. In regard to the allegations set forth in paragraph 38 of Plaintiff's Complaint, refer to the petition referenced therein for the accuracy of the said allegations.

36. The allegations set forth in paragraph 39 of Plaintiff's Complaint are not directed to the Answering Defendants thus no response thereto is required.

37. The allegations set forth in paragraph 40 of Plaintiff's Complaint are not directed to the Answering Defendants thus no response thereto is required.

38. Deny the allegations set forth in paragraph 41 of Plaintiff's Complaint.

39. Deny the allegations set forth in paragraph 42 of Plaintiff's Complaint.

40. Deny knowledge or information sufficient to form a belief as to the allegations set forth in paragraph 43 of Plaintiff's Complaint.

41. Deny knowledge or information sufficient to form a belief as to the allegations set forth in paragraph 44 of Plaintiff's Complaint.

42. Admit the allegations set forth in paragraph 45 of Plaintiff's Complaint.

43. The allegations set forth in paragraph 46 of Plaintiff's Complaint are not directed to the Answering Defendants thus no response thereto is required.

44. In regard to the allegations set forth in paragraph 47 of Plaintiff's Complaint, refer to the summary judgment motion referenced therein.

45. The allegations set forth in paragraph 48 of Plaintiff's Complaint are not directed to the Answering Defendants thus no response thereto is required.

46. The allegations set forth in paragraph 49 of Plaintiff's Complaint are not directed to the Answering Defendants thus no response thereto is required.

47. In regard to the allegations set forth in paragraph 50 of Plaintiff's Complaint, refer to the proceeding referenced therein for the accuracy of the said allegations.

48. Deny the allegations set forth in paragraph 51 of Plaintiff's Complaint.

49. In regard to the allegations set forth in paragraph 52 of Plaintiff's Complaint, refer to the summary judgment motion referenced therein for the accuracy of the said allegations.

50. In regard to the allegations set forth in paragraph 53 of Plaintiff's Complaint, refer to the stipulations referenced therein for the accuracy of the said allegations.

51. In regard to the allegations set forth in paragraph 54 of Plaintiff's Complaint, refer to the Congress of the United States in regard to the allegations referenced therein for the accuracy of the said allegations.

52. Deny the allegations set forth in paragraph 55 of Plaintiff's Complaint.

53. Deny the allegations set forth in paragraph 56 of Plaintiff's Complaint.

54. Deny the allegations set forth in paragraph 57 of Plaintiff's Complaint.

55. Deny knowledge or information sufficient to form a belief as to the allegations set forth in paragraph 58 of Plaintiff's Complaint.

56. Deny knowledge or information sufficient to form a belief as to the allegations set forth in paragraph 59 of Plaintiff's Complaint.

57. Deny the allegations set forth in paragraph 60 of Plaintiff's Complaint.

58. Deny the allegations set forth in paragraph 61 of Plaintiff's Complaint.

59. Deny the allegations set forth in paragraph 62 of Plaintiff's Complaint.

60. The allegations set forth in paragraph 63 of Plaintiff's Complaint are not directed to the Answering Defendants thus no response thereto is required.

61. The allegations set forth in paragraph 64 of Plaintiff's Complaint are not directed to the Answering Defendants thus no response thereto is required.

62. The allegations set forth in paragraph 65 of Plaintiff's Complaint are not directed to the Answering Defendants thus no response thereto is required.

63. The allegations set forth in paragraph 66 of Plaintiff's Complaint are not directed to the Answering Defendants thus no response thereto is required.

64. Deny the allegations set forth in paragraph 67 of Plaintiff's Complaint.

65. Deny the allegations set forth in paragraph 68 of Plaintiff's Complaint.

66. The allegations set forth in paragraph 69 of Plaintiff's Complaint are not directed to the Answering Defendants thus no response thereto is required.

67. The allegations set forth in paragraph 70 of Plaintiff's Complaint are not directed to the Answering Defendants thus no response thereto is required.

68. The allegations set forth in paragraph 71 of Plaintiff's Complaint are not directed to the Answering Defendants thus no response thereto is required.

69. The allegations set forth in paragraph 72 of Plaintiff's Complaint are not directed to the Answering Defendants thus no response thereto is required.

70. Deny the allegations set forth in paragraph 73 of Plaintiff's Complaint.

71. In regard to the allegations set forth in paragraph 74 of Plaintiff's Complaint, refer to the notice referenced therein for the accuracy of the said allegations.

72. The allegations set forth in paragraph 74 of Plaintiff's Complaint are not directed to the Answering Defendants thus no response thereto is required.

73. The allegations set forth in paragraph 75 of Plaintiff's Complaint are not directed to the Answering Defendants thus no response thereto is required.

74. The allegations set forth in paragraph 76 of Plaintiff's Complaint are not directed to the Answering Defendants thus no response thereto is required.

75. The allegations set forth in paragraph 77 of Plaintiff's Complaint are not directed to the Answering Defendants thus no response thereto is required.

76. The allegations set forth in paragraph 78 of Plaintiff's Complaint are not directed to the Answering Defendants thus no response thereto is required.

77. The allegations set forth in paragraph 79 of Plaintiff's Complaint are not directed to the Answering Defendants thus no response thereto is required.

78. Deny the allegations set forth in paragraph 80 of Plaintiff's Complaint.

79. Deny the allegations set forth in paragraph 81 of Plaintiff's Complaint.

80. In regard to the allegations set forth in paragraph 82 of Plaintiff's Complaint, refer to the dismissal referenced therein for the accuracy of the said allegations.

81. The allegations set forth in paragraph 83 of Plaintiff's Complaint are not directed to the Answering Defendants thus no response thereto is required.

82. The allegations set forth in paragraph 84 of Plaintiff's Complaint are not directed to the Answering Defendants thus no response thereto is required.

83. The allegations set forth in paragraph 85 of Plaintiff's Complaint are not directed to the Answering Defendants thus no response thereto is required.

84. The allegations set forth in paragraph 86 of Plaintiff's Complaint are not directed to the Answering Defendants thus no response thereto is required.

85. Deny the allegations set forth in paragraph 87 of Plaintiff's Complaint.

86. Deny the allegations set forth in paragraph 84 of the Plaintiff's Complaint.

87. Deny the allegations set forth in paragraph 85 of the Plaintiff's Complaint.

88. Deny the allegations set forth in paragraph 86 of the Plaintiff's Complaint.

89. Deny the allegations set forth in paragraph 87 of the Plaintiff's Complaint.

90. Deny the allegations set forth in paragraph 88 of the Plaintiff's Complaint.

91. Deny the allegations set forth in paragraph 89 of the Plaintiff's Complaint.

92. In regard to the allegations set forth in paragraph 90 of Plaintiff's Complaint, refer to the dismissal referenced therein for the accuracy of the said allegations.

93. The allegations set forth in paragraph 91 of Plaintiff's Complaint are not directed to the Answering Defendants thus no response thereto is required.

94. The allegations set forth in paragraph 92 of Plaintiff's Complaint are not directed to the Answering Defendants thus no response thereto is required.

95. The allegations set forth in paragraph 93 of Plaintiff's Complaint are not directed to the Answering Defendants thus no response thereto is required.

96. Deny the allegations set forth in paragraph 94 of the Plaintiff's Complaint.

97. In regard to the allegations set forth in paragraph 95 of Plaintiff's Complaint, refer to the decision referenced therein for the accuracy of the said allegations.

98. In regard to the allegations set forth in paragraph 96 of the Plaintiff's Complaint refer to each and every paragraph set forth in the herein Answer and incorporate by reference said paragraphs as if stated at length herein.

99. The allegations set forth in paragraph 97 of Plaintiff's Complaint are not directed to the Answering Defendants thus no response thereto is required.

100. The allegations set forth in paragraph 99 of Plaintiff's Complaint are not directed to the Answering Defendants thus no response thereto is required.

101. The allegations set forth in paragraph 99 of Plaintiff's Complaint are not directed to the Answering Defendants thus no response thereto is required.

102. The allegations set forth in paragraph 100 of Plaintiff's Complaint are not directed to the Answering Defendants thus no response thereto is required.

103. The allegations set forth in paragraph 101 of Plaintiff's Complaint are not directed to the Answering Defendants thus no response thereto is required.

104. The allegations set forth in paragraph 102 of Plaintiff's Complaint are not directed to the Answering Defendants thus no response thereto is required.

105. The allegations set forth in paragraph 103 of Plaintiff's Complaint are not directed to the Answering Defendants thus no response thereto is required.

106. The allegations set forth in paragraph 104 of Plaintiff's Complaint are not directed to the Answering Defendants thus no response thereto is required.

107. The allegations set forth in paragraph 105 of Plaintiff's Complaint are not directed to the Answering Defendants thus no response thereto is required.

108. The allegations set forth in paragraph 106 of Plaintiff's Complaint are not directed to the Answering Defendants thus no response thereto is required.

109. The allegations set forth in paragraph 107 of Plaintiff's Complaint are not directed to the Answering Defendants thus no response thereto is required.

110. In regard to the allegations set forth in paragraph 108 of the Plaintiff's Complaint refer to each and every paragraph set forth in the herein Answer and incorporate by reference said paragraphs as if stated at length herein.

111. The allegations set forth in paragraph 109 of the Plaintiff's Complaint constitute an alleged statement of New York GBL 349 to which no response is required. To the extent that said allegations are set forth to imply that the Answering Defendants violated New York GBL 349, deny said allegations.

112. Deny the allegations set forth in paragraph 110 of the Plaintiff's Complaint.

113. Deny the allegations set forth in paragraph 111 of the Plaintiff's Complaint.

114. Deny the allegations set forth in paragraph 112 of the Plaintiff's Complaint.

115. Deny the allegations set forth in paragraph 113 of the Plaintiff's Complaint.

116. Deny the allegations set forth in paragraph 114 of the Plaintiff's Complaint.

117. Deny the allegations set forth in paragraph 115 of the Plaintiff's Complaint.

118. Deny the allegations set forth in paragraph 116 of the Plaintiff's Complaint.

119. Deny the allegations set forth in paragraph 117 of the Plaintiff's Complaint.

120. Admit the allegations set forth in paragraph 118 of the Plaintiff's Complaint in regard to the duty claim, deny Answering Defendants violated any duty.

121. Deny the allegations set forth in paragraph 119 of the Plaintiff's Complaint.

122. Deny the allegations set forth in paragraph 120 of the Plaintiff's Complaint.

123. In regard to the allegations set forth in paragraph 121 of the Plaintiff's Complaint refer to each and every paragraph set forth in the herein Answer and incorporate by reference said paragraphs as if stated at length herein.

124. The allegations set forth in paragraph 122 of Plaintiff's Complaint are not directed to the Answering Defendants thus no response thereto is required.

125. The allegations set forth in paragraph 123 of Plaintiff's Complaint are not directed to the Answering Defendants thus no response thereto is required.

126. The allegations set forth in paragraph 124 of Plaintiff's Complaint are not directed to the Answering Defendants thus no response thereto is required.

127. In regard to the allegations set forth in paragraph 125 of the Plaintiff's Complaint refer to each and every paragraph set forth in the herein Answer and incorporate by reference said paragraphs as if stated at length herein.

128. In regard to the allegations set forth in paragraph 126 of Plaintiff's Complaint, deny answering Defendants failed to use diligence.

129. Deny the allegations set forth in paragraph 127 of Plaintiff's Complaint.

130. Deny the allegations set forth in paragraph 128 of Plaintiff's Complaint.

131. Deny the allegations set forth in paragraph 129 of Plaintiff's Complaint.

132. The allegations set forth in paragraph 130 of Plaintiff's Complaint are not directed to the Answering Defendants thus no response thereto is required.

133. Admit the allegations set forth in paragraph 131 of Plaintiff's Complaint.

134. The allegations set forth in paragraph 132 of Plaintiff's Complaint constitute an alleged statement of New York GBL 349 to which no response is required. To the extent that said allegations are set forth to imply that the Answering Defendants violated New York GBL 349, deny said allegations.

135. Deny the allegations set forth in paragraph 133 of Plaintiff's Complaint.

136. Deny the allegations set forth in paragraph 134 of Plaintiff's Complaint.

137. Deny the allegations set forth in paragraph 135 of Plaintiff's Complaint.

138. In regard to the allegations set forth in paragraph 136 of the Plaintiff's Complaint refer to each and every paragraph set forth in the herein Answer and incorporate by reference said paragraphs as if stated at length herein.

139. The allegations set forth in paragraph 137 of Plaintiff's Complaint constitute an alleged statement of the Housing Maintenance Code to which no response is required. To the extent that said allegations are set forth to imply that the Answering Defendants violated the Housing Maintenance Code, deny said allegations.

140. The allegations set forth in paragraph 138 of Plaintiff's Complaint constitute an alleged statement of the Housing Maintenance Code to which no response is required. To the extent that said allegations are set forth to imply that the Answering Defendants violated the Housing Maintenance Code, deny said allegations.

141. The allegations set forth in paragraph 139 of Plaintiff's Complaint constitute an alleged statement of the Housing Maintenance Code to which no response is required. To the extent that said allegations are set forth to imply that the Answering Defendants violated the Housing Maintenance Code, deny said allegations.

142. Deny the allegations set forth in paragraph 140 of the Plaintiff's Complaint.

143. Deny the allegations set forth in paragraph 141 of the Plaintiff's Complaint.

144. Deny the allegations set forth in paragraph 142 of the Plaintiff's Complaint.

145. Deny the allegations set forth in paragraph 143 of the Plaintiff's Complaint.

## AS AND FOR A FIRST AFFIRMATIVE DEFENSE

146. The Plaintiff failed to mitigate her alleged actual damages.

## AS AND FOR A SECOND AFFIRMATIVE DEFENSE

147. The Plaintiff lacks Article III standing in that she did not suffer any concrete, particularized injury in fact or any economic injury or any non-economic injury which was not authorized by law.

## DEMAND FOR JURY TRIAL

148. Should any dispositive motion filed by the Answering Defendants prove unsuccessful the Answering Defendants will demand trial by jury.

DATED: New York, New York
         September 12, 2025

                                       ROBERT L. ARLEO, ESQ. P.C.

                            By: /s/      *Robert L. Arleo*
                                ROBERT L. ARLEO, ESQ.
                                Attorney for the Answering Defendants
                                1345 Avenue of the Americas
                                2nd Floor
                                New York, New York  10105
                                Phone: (212) 551-1115
                                Fax: (518) 751-1801
                                Email: robertarleo@gmail.com

TO: Brooklyn Legal Services
     105 Court Street, 4th Floor
     Brooklyn, New York 11201

     Legal Services New York City
     40 Worth Street, Suite 606
     New York, New York 10013