# LEGAL SERVICES NYC | BROOKLYN

**VIA ECF**

September 16, 2025

United States Magistrate Judge Cheryl L. Pollak
U.S. District Court for the Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York  11201

Re:   *Prince v. Tivoli BI LLC et al.*, Case Number 25-cv-03679-NCM-CLP

Dear Judge Pollak:

This office represents plaintiff Lisa Prince in the above-referenced action.  With counsel for defendants Tivoli Bi, LLC and Stellar Management (the "Owner Defendants"), we write to apprise the Court of the status of the case, pursuant to the Court's order dated September 2, 2025.

This action was commenced July 2, 2025.  Service was effected on defendants Cullen & Associates, P.C., and Kevin Cullen (the "Attorney Defendants") on July 8, 2025. Stellar Management was served on July 9, 2025, and Tivoli Bi, LLC was served via delivery to the New York State Secretary of State on July 11, 2025.  Plaintiff stipulated to extend the time of the Attorney Defendants to answer or otherwise respond to August 19, 2025 (Docket Entry ("DE") 9), and that stipulation was so-ordered by the Court (DE 10). After the Attorney Defendants failed to answer or otherwise respond by that date, Plaintiff sought a certificate of default (DE 21), which request was denied by the Clerk of the Court due to missing information in the affidavits of service.  Subsequently, Plaintiff stipulated to further extend the Attorney Defendants' time to answer or otherwise respond to September 19, 2025 (DE 22).  This last stipulation includes a waiver of challenges to service of the summons and complaint.

Plaintiff stipulated to extend the Owner Defendants' time to answer or otherwise respond to August 22, 2025 (DE 11), and that stipulation was so-ordered by the Court (DE 12).  Plaintiff further stipulated to extend the Owner Defendants' time to answer or otherwise respond to September 5, 2025 (DE 14), and that stipulation was so-ordered by the Court (DE 15).  Subsequently, Plaintiff agreed not to seek a default against the Owner Defendants if they answered or otherwise responded by September 12, 2025, which they have both done (DE 25, 26).

## Demand Justice.

**Brooklyn Legal Services**  |  105 Court Street, Brooklyn, NY 11201
Phone: 718-237-5500  |  Fax: 718-855-0733  |  www.LegalServicesNYC.org
**Hon. Betty Staton**, President  |  **Tanya Wong**, Project Director
**Monica Corrine Moran, Esq.**, Board Chair  |  **Michael L. Williams**, Vice Chair



LSC | America's Partner for Equal Justice
LEGAL SERVICES CORPORATION

Hon. Cheryl L. Pollak
September 16, 2025
Page 2

The Court has scheduled an Initial Conference for October 2, 2025, by which date we anticipate issue will have been joined and counsel for all parties will appear.

Respectfully submitted,

/s/
Sara Manaugh


Cc: All parties and counsel of record