AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Eastern District of New York

| Lisa Prince | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 1:25-cv-03679-NCM |
| Tivoli BI LLC, et al. | ) |
| *Defendant* | ) |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Lisa Prince .

Date: 09/18/2025

s/ Ahmad Keshavarz
*Attorney's signature*

Ahmad Keshavarz #4524260
*Printed name and bar number*
16 Court St, 26th Floor
Brooklyn, NY 11241

*Address*

ahmad@newyorkconsumerattorney.com
*E-mail address*

(347) 308-4859
*Telephone number*

(877) 496-8709
*FAX number*

Print    Save As...    Reset