UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------X
LISA PRINCE

                Plaintiff,

  -against-

TIVOLI BI LLC,
STELLAR MANAGEMENT,
CULLEN & ASSOCIATES, P.C. and
KEVIN CULLEN,

                Defendants.
-------------------------------------------------------X

Case No. 1:25-cv-3679 (NCM)(CLP)

**NOTICE OF APPEARANCE**

**PLEASE TAKE NOTICE** that Brett A. Scher of Kaufman Dolowich LLP hereby enters his appearance as counsel for Defendants Cullen & Associates, P.C. and Kevin Cullen in the above-captioned action. Please forward copies of all future correspondence and litigation documents to the attention of the undersigned.

Dated: Woodbury, New York
       September 19, 2025

                              **KAUFMAN DOLOWICH LLP**

                          By:    /s/ Brett A. Scher
                                  Brett A. Scher, Esq.
                                  135 Crossways Park Drive, Suite 201
                                  Woodbury, New York 11797
                                  (516) 681-1100
                                  bscher@kaufmandolowich.com

To: All counsel via ECF