Page: 2
Date: 06/09/2025

Cullen & Associates, P.C.
Court Result Status
From 06/04/2025 to 06/04/2025
Clients From STELLA to STELLA
Landlords From 4957 to 49A

| Apartment | Tenant | Index | Warrant Issued | Court Appearance |
|---|---|---|---|---|

**Client:** STELLA - STELLAR MANAGEMENT
**Landlord:** 4957 - TIVOLI BI LLC - 49-57 CROWN STREET

| | | | | |
|---|---|---|---|---|
| Apt. 28L | LISA PRINCE "JOHN DOE" & "JANE DOE" | 320098/24 | No | 06/04/2025 |

Court: KINGS
(Residential)

**Status**
The within matter is discontinued as petition was satisfied. Respondent withdraws her motion for sanctions in exchange for a month credit of ther portion of the rent, in the amount of $500.00.

FILED: KINGS CIVIL COURT - L&T 06/04/2025 01:00 PM INDEX NO. 320098-24/KI
NYSCEF DOC. NO. 22                                                                                                 RECEIVED NYSCEF: 06/04/2025

Case 1:25-cv-03679-NCM-CLP   Document 32-12   Filed 09/30/25   Page 2 of 2 PageID #: 316

CIVIL COURT OF THE CITY OF NEW YORK
County of Kings
Date 6/4/25    Part H

Index No. L&T: 320098-24/KI
Page 1 of 1
Hon. Grant

Tivoli BI LLC, Petitioner(s),
against
Lisa Prince, Respondent(s)

2 atty
#31
#32

**STIPULATION OF SETTLEMENT**

*The parties understand that each party has the right to a trial, the right to see a Judge at any time and the right not to enter into a stipulation of settlement. However, after review of all the issues, the parties agree that they do not want to go to trial and instead agree to the following stipulation in settlement of the issues in this matter.*

So Ordered/Amended or Deleted

Hon. Sujay K. Grant
Judge, Housing Court

| Party (please print) | | Appearance | No Appearance | No Answer |
|---|---|---|---|---|
| Petitioner | Tivoli | X | | |
| Respondent 1 | Lisa Prince | X | | |
| Respondent 2 | | | | |
| Respondent 3 | | | | |

This case is dis~~missed~~ continued with prejudice as Respondent had paid the rent sought in the petition prior to the initiation of the case, ~~and~~ and the petition amount was not due and owing.

Respondent withdraws her motion for sanctions in exchange for a one month credit of her portion of July rent, in the amount of $~~1500~~ 500.

[signatures]
Katy Bower
BLS
Respondent

Edward Hall

CIV-LT-30 page 1 (Revised 4/07)