FILED: KINGS CIVIL COURT - L&T 03/04/2025 08:13 AM INDEX NO. LT-320098-24/KI
NYSCEF DOC. NO: 16                                                                  RECEIVED NYSCEF: 03/04/2025

Case 1:25-cv-03679-NCM-CLP    Document 34-3    Filed 10/03/25    Page 1 of 3 PageID #: 378

# EXHIBIT C



FILED: KINGS CIVIL COURT - L&T 03/04/2025 08:13 AM INDEX NO. LT-320098-24/KI
NYSCEF DOC. NO. 16  RECEIVED NYSCEF: 03/04/2025

Case 1:25-cv-03679-NCM-CLP    Document 34-3    Filed 10/03/25    Page 3 of 3 PageID #: 380

