# EXHIBIT D

NY Split Ledger

## NY Split Ledger
### Balance As Of: 03/03/2025

[ Detail ] [ PDF ] [ Help ]
[ Close ] [ Excel ]

| Code | tiv00299 | Property | tivoli | Lease From | 09/01/2024 | Lease Desc | Section 8 |
|---|---|---|---|---|---|---|---|
| Name | LISA PRINCE | Unit | 28L | Lease To | 08/31/2025 | Legal Alert | **Court Date** |
| Address | 49-57 Crown Street | Status | Current | Move In | 06/01/1975 | Rental Type | Residential |
|  | Apt. 28L | Rent | 658.00 | Move Out |  | Last Pay | 03/02/2025 |
| City St. Zip | Brooklyn, NY 11225 | Deposit | 520.00 | Phone (H) |  | Phone (W) | (929) 358-9878 |

| Ledger Type | Billed | Current | Arrears | Credit & Adjustments | Balance |
|---|---|---|---|---|---|
| Tenant | baserent | 658.00 | 189,067.64 | 0.00 | 189,725.64 |
| Tenant | damages | 0.00 | 40.00 | 0.00 | 40.00 |
| Tenant | surcharg | 0.00 | 350.00 | 0.00 | 350.00 |
| **Tenant** | **Total** | **658.00** | **189,457.64** | **0.00** | **190,115.64** |
| Non Tenant | sec8 | 1,386.52 | 4,279.87 | -1,386.52 | 4,279.87 |
| **Non Tenant** | **Total** | **1,386.52** | **4,279.87** | **-1,386.52** | **4,279.87** |
| **Grand** | **Total** | **2,044.52** | **193,737.51** | **-1,386.52** | **194,395.51** |

# Resident Ledger (NON HAP)

Date: 03/03/2025

| Code | tiv00299 | Property | tivoli | Lease From |
|---|---|---|---|---|
| Name | LISA PRINCE | Unit | 28L | Lease To |
| Address | 49-57 Crown Street | Status | Current | Move In |
| | Apt. 28L | Rent | 658.00 | Move Out |
| City | Brooklyn, NY 11225 | Phone (H) | (929) 358-9878 | Phone (W) |

| Date | Chg Code | Description | Charge | Payment |
|---|---|---|---|---|
| 11/01/2010 | baserent | Base Rent Charge (11/2010) | 805.00 | |
| 11/04/2010 | | chk# 2117 | | 805.00 |
| 12/01/2010 | baserent | Base Rent Charge (12/2010) | 805.00 | |
| 12/01/2010 | secdep | :Posted by QuickTrans (secdep) | 520.00 | |
| 12/01/2010 | | chk# 2126 NFB-0001-13215 | | 805.00 |
| 12/01/2010 | | chk# :QuickTrans :Posted by QuickTrans | | 520.00 |
| 01/01/2011 | baserent | Base Rent Charge (01/2011) | 1,623.00 | |
| 01/10/2011 | | chk# 2138 NFB-0001-91980 | | 1,623.00 |
| 02/01/2011 | baserent | Base Rent Charge (02/2011) | 1,623.00 | |
| 02/04/2011 | | chk# 2144 NFB-0001-84740 | | 1,623.00 |
| 03/01/2011 | baserent | Base Rent Charge (03/2011) | 1,623.00 | |
| 03/07/2011 | | chk# 2158 NFB-0001-09645 | | 1,623.00 |
| 04/01/2011 | baserent | Base Rent Charge (04/2011) | 1,623.00 | |
| 04/05/2011 | surcharg | Tenant failed to comply with annual recertification | 811.50 | |
| 04/07/2011 | | chk# 2172 NFB-0001-17490 | | 1,623.00 |
| 05/01/2011 | baserent | Base Rent Charge (05/2011) | 1,623.00 | |
| 05/01/2011 | surcharg | Surcharge Rent (05/2011) | 811.50 | |
| 05/16/2011 | | chk# 2185 NFB-0001-72585 | | 1,623.00 |
| 06/01/2011 | baserent | Base Rent Charge (06/2011) | 1,623.00 | |
| 06/01/2011 | surcharg | Surcharge Rent (06/2011) | 811.50 | |
| 06/10/2011 | | chk# 2193 NFB-0001-68465 | | 1,623.00 |
| 06/27/2011 | surcharg | tenant complied with recertifying | (811.50) | |
| 07/01/2011 | baserent | Base Rent Charge (07/2011) | 1,623.00 | |
| 07/01/2011 | baserent | Basic=1,623.00; RENT 7/1/2011 to 7/31/2011 | 1,623.00 | |
| 07/07/2011 | | chk# 2202 NFB-0001-26370 | | 1,623.00 |
| 07/21/2011 | baserent | :Prog Gen Reverse for chg# 28305264 | (1,623.00) | |
| 07/21/2011 | surcharg | :Prog Gen Reverse for chg# 28146298 | (811.50) | |
| 07/21/2011 | surcharg | :Prog Gen Reverse for chg# 28193251 | (811.50) | |
| 08/01/2011 | baserent | Basic=1,623.00; RENT 8/1/2011 to 8/31/2011 | 1,623.00 | |
| 08/08/2011 | | chk# 2207 NFB-0001-21140 | | 1,623.00 |
| 09/01/2011 | baserent | Basic=1,623.00; RENT 9/1/2011 to 9/30/2011 | 1,623.00 | |
| 09/07/2011 | | chk# 2218 NFB-0001-49715 | | 1,623.00 |
| 10/01/2011 | baserent | Basic=1,623.00; RENT 10/1/2011 to 10/31/2011 | 1,623.00 | |
| 10/11/2011 | | chk# 2227 NFB-0001-04245 | | 1,623.00 |
| 11/01/2011 | baserent | Basic=1,623.00; RENT 11/1/2011 to 11/30/2011 | 1,623.00 | |
| 11/08/2011 | | chk# 2237 NFB-0001-56475 | | 1,623.00 |
| 12/01/2011 | baserent | Basic=1,623.00; RENT 12/1/2011 to 12/31/2011 | 1,623.00 | |
| 12/07/2011 | | chk# 2244 NFB-0001-23835 | | 1,623.00 |
| 01/01/2012 | baserent | Basic=1,623.00; RENT 1/1/2012 to 1/31/2012 | 1,623.00 | |
| 01/09/2012 | | chk# 2255 NFB-0001-99150 | | 1,623.00 |
| 02/01/2012 | baserent | Basic=1,623.00; RENT 2/1/2012 to 2/29/2012 | 1,623.00 | |
| 02/06/2012 | | chk# 2262 NFB-0001-69320 | | 1,623.00 |
| 03/01/2012 | baserent | Basic=1,623.00; RENT 3/1/2012 to 3/31/2012 | 1,623.00 | |
| 03/06/2012 | | chk# 2274 NFB-0001-11850 | | 1,623.00 |
| 04/01/2012 | baserent | Basic=1,623.00; RENT 4/1/2012 to 4/30/2012 | | |
| 04/05/2012 | | chk# 2284 NFB-0001-60800 | | |

NY Split Ledger

## NY Split Ledger
### Balance As Of: 03/03/2025

[Detail] [PDF] [Help]
[Close] [Excel]

| | | | | |
|---|---|---|---|---|
| Code | tiv00299 | Property | tivoli | |
| Name | LISA PRINCE | Unit | 28L | |
| Address | 49-57 Crown Street | Status | Current | |
| | Apt. 28L | Rent | 658.00 | |
| City St. Zip | Brooklyn, NY 11225 | Deposit | 520.00 | |

| | | | | |
|---|---|---|---|---|
| Lease From | 09/01/2024 | Lease Desc | Section 8 | |
| Lease To | 08/31/2025 | Legal Alert | **Court Date** | |
| Move In | 06/01/1975 | Rental Type | Residential | |
| Move Out | | Last Pay | 03/02/2025 | |
| Phone (H) | | Phone (W) | (929) 358-9878 | |

| Ledger Type | Billed | Current | Arrears | Credit & Adjustments | Balance |
|---|---|---|---|---|---|
| Tenant | baserent | 658.00 | 189,067.64 | 0.00 | 189,725.64 |
| Tenant | damages | 0.00 | 40.00 | 0.00 | 40.00 |
| Tenant | surcharg | 0.00 | 350.00 | 0.00 | 350.00 |
| **Tenant** | **Total** | **658.00** | **189,457.64** | **0.00** | **190,115.64** |
| Non Tenant | sec8 | 1,386.52 | 4,279.87 | -1,386.52 | 4,279.87 |
| **Non Tenant** | **Total** | **1,386.52** | **4,279.87** | **-1,386.52** | **4,279.87** |
| **Grand** | **Total** | **2,044.52** | **193,737.51** | **-1,386.52** | **194,395.51** |

# Resident Ledger (NON HAP)

Date: 03/03/2025

| Code | tiv00299 | Property | tivoli | Lease From | 09/01/2024 |
|---|---|---|---|---|---|
| Name | LISA PRINCE | Unit | 28L | Lease To | 08/31/2025 |
| Address | 49-57 Crown Street | Status | Current | Move In | 06/01/1975 |
| | Apt. 28L | Rent | 658.00 | Move Out | |
| City | Brooklyn, NY 11225 | Phone (H) | (929) 358-9878 | Phone (W) | |

| Date | Chg Code | Description | Charge | Payment | Balance | Chg/Rec |
|---|---|---|---|---|---|---|
| 11/01/2010 | baserent | Base Rent Charge (11/2010) | 805.00 | | 805.00 | 27673553 |
| 11/04/2010 | | chk# 2117 | | 805.00 | 0.00 | 2933325 |
| 12/01/2010 | baserent | Base Rent Charge (12/2010) | 805.00 | | 805.00 | 27777764 |
| 12/01/2010 | secdep | :Posted by QuickTrans (secdep) | 520.00 | | 1,325.00 | 27817381 |
| 12/01/2010 | | chk# 2126 NFB-0001-13215 | | 805.00 | 520.00 | 2983702 |
| 12/01/2010 | | chk# :QuickTrans :Posted by QuickTrans | | 520.00 | 0.00 | 3019063 |
| 01/01/2011 | baserent | Base Rent Charge (01/2011) | 1,623.00 | | 1,623.00 | 27821360 |
| 01/10/2011 | | chk# 2138 NFB-0001-91980 | | 1,623.00 | 0.00 | 3069315 |
| 02/01/2011 | baserent | Base Rent Charge (02/2011) | 1,623.00 | | 1,623.00 | 27897938 |
| 02/04/2011 | | chk# 2144 NFB-0001-84740 | | 1,623.00 | 0.00 | 3119387 |
| 03/01/2011 | baserent | Base Rent Charge (03/2011) | 1,623.00 | | 1,623.00 | 27974913 |
| 03/07/2011 | | chk# 2158 NFB-0001-09645 | | 1,623.00 | 0.00 | 3184854 |
| 04/01/2011 | baserent | Base Rent Charge (04/2011) | 1,623.00 | | 1,623.00 | 28056201 |
| 04/05/2011 | surcharg | Tenant failed to comply with annual recertification | 811.50 | | 2,434.50 | 28094849 |
| 04/07/2011 | | chk# 2172 NFB-0001-17490 | | 1,623.00 | 811.50 | 3249006 |
| 05/01/2011 | baserent | Base Rent Charge (05/2011) | 1,623.00 | | 2,434.50 | 28146297 |
| 05/01/2011 | surcharg | Surcharge Rent (05/2011) | 811.50 | | 3,246.00 | 28146298 |
| 05/16/2011 | | chk# 2185 NFB-0001-72585 | | 1,623.00 | 1,623.00 | 3314628 |
| 06/01/2011 | baserent | Base Rent Charge (06/2011) | 1,623.00 | | 3,246.00 | 28193250 |
| 06/01/2011 | surcharg | Surcharge Rent (06/2011) | 811.50 | | 4,057.50 | 28193251 |
| 06/10/2011 | | chk# 2193 NFB-0001-68465 | | 1,623.00 | 2,434.50 | 3365456 |
| 06/27/2011 | surcharg | tenant complied with recertifying | (811.50) | | 1,623.00 | 28258612 |
| 07/01/2011 | baserent | Base Rent Charge (07/2011) | 1,623.00 | | 3,246.00 | 28264273 |
| 07/01/2011 | baserent | Basic=1,623.00; RENT 7/1/2011 to 7/31/2011 | 1,623.00 | | 4,869.00 | 28305264 |
| 07/07/2011 | | chk# 2202 NFB-0001-26370 | | 1,623.00 | 3,246.00 | 3414910 |
| 07/21/2011 | baserent | :Prog Gen Reverse for chg# 28305264 | (1,623.00) | | 1,623.00 | 28310122 |
| 07/21/2011 | surcharg | :Prog Gen Reverse for chg# 28146298 | (811.50) | | 811.50 | 28310191 |
| 07/21/2011 | surcharg | :Prog Gen Reverse for chg# 28193251 | (811.50) | | 0.00 | 28310192 |
| 08/01/2011 | baserent | Basic=1,623.00; RENT 8/1/2011 to 8/31/2011 | 1,623.00 | | 1,623.00 | 28363222 |
| 08/08/2011 | | chk# 2207 NFB-0001-21140 | | 1,623.00 | 0.00 | 3473462 |
| 09/01/2011 | baserent | Basic=1,623.00; RENT 9/1/2011 to 9/30/2011 | 1,623.00 | | 1,623.00 | 28395152 |
| 09/07/2011 | | chk# 2218 NFB-0001-49715 | | 1,623.00 | 0.00 | 3528081 |
| 10/01/2011 | baserent | Basic=1,623.00; RENT 10/1/2011 to 10/31/2011 | 1,623.00 | | 1,623.00 | 28494841 |
| 10/11/2011 | | chk# 2227 NFB-0001-04245 | | 1,623.00 | 0.00 | 3590849 |
| 11/01/2011 | baserent | Basic=1,623.00; RENT 11/1/2011 to 11/30/2011 | 1,623.00 | | 1,623.00 | 28523027 |
| 11/08/2011 | | chk# 2237 NFB-0001-56475 | | 1,623.00 | 0.00 | 3645332 |
| 12/01/2011 | baserent | Basic=1,623.00; RENT 12/1/2011 to 12/31/2011 | 1,623.00 | | 1,623.00 | 28639985 |
| 12/07/2011 | | chk# 2244 NFB-0001-23835 | | 1,623.00 | 0.00 | 3709007 |
| 01/01/2012 | baserent | Basic=1,623.00; RENT 1/1/2012 to 1/31/2012 | 1,623.00 | | 1,623.00 | 28696082 |
| 01/09/2012 | | chk# 2255 NFB-0001-99150 | | 1,623.00 | 0.00 | 3764906 |
| 02/01/2012 | baserent | Basic=1,623.00; RENT 2/1/2012 to 2/29/2012 | 1,623.00 | | 1,623.00 | 28726438 |
| 02/06/2012 | | chk# 2262 NFB-0001-69320 | | 1,623.00 | 0.00 | 3815814 |
| 03/01/2012 | baserent | Basic=1,623.00; RENT 3/1/2012 to 3/31/2012 | 1,623.00 | | 23.00 | 28789641 |
| 03/06/2012 | | chk# 2274 NFB-0001-11850 | | 1,623 | | 3873012 |
| 04/01/2012 | baserent | Basic=1,623.00; RENT 4/1/2012 to 4/30/2012 | 1,623.00 | | | 3865780 |
| 04/05/2012 | | chk# 2284 NFB-0001-60800 | | 1,62 | | |

| Date | Type | Description | Charge | Payment | Balance | Ref |
|---|---|---|---|---|---|---|
| 05/01/2012 | baserent | Basic=1,623.00; RENT 5/1/2012 to 5/31/2012 | 1,623.00 | | 1,623.00 | 28914030 |
| 05/07/2012 | | chk# 2298 NFB-0001-51585 | | 1,623.00 | 0.00 | 3985959 |
| 06/01/2012 | baserent | Basic=1,623.00; RENT 6/1/2012 to 6/30/2012 | 1,623.00 | | 1,623.00 | 28981449 |
| 06/11/2012 | | chk# 2306 NFB-0001-46615 | | 1,623.00 | 0.00 | 4051769 |
| 07/01/2012 | baserent | Basic=1,623.00; RENT 7/1/2012 to 7/31/2012 | 1,623.00 | | 1,623.00 | 29087758 |
| 07/09/2012 | | chk# 2316 NFB-0001-82435 | | 1,625.00 | (2.00) | 4105857 |
| 08/01/2012 | baserent | Basic=1,623.00; RENT 8/1/2012 to 8/31/2012 | 1,623.00 | | 1,621.00 | 29135347 |
| 08/09/2012 | | chk# 2327 NFB-0001-12990 | | 1,621.00 | 0.00 | 4168594 |
| 09/01/2012 | baserent | Basic=1,623.00; RENT 9/1/2012 to 9/30/2012 | 1,623.00 | | 1,623.00 | 29204388 |
| 09/06/2012 | | chk# 2335 NFB-0001-08985 | | 1,623.00 | 0.00 | 4224697 |
| 10/01/2012 | baserent | Basic=1,623.00; RENT 10/1/2012 to 10/31/2012 | 1,623.00 | | 1,623.00 | 29264600 |
| 10/09/2012 | | chk# 2345 NFB-0001-03345 | | 1,623.00 | 0.00 | 4272754 |
| 11/01/2012 | baserent | Basic=1,623.00; RENT 11/1/2012 to 11/30/2012 | 1,623.00 | | 1,623.00 | 29347923 |
| 11/13/2012 | | chk# 2355 NFB-0001-14745 | | 1,623.00 | 0.00 | 4318157 |
| 12/01/2012 | baserent | Basic=1,623.00; RENT 12/1/2012 to 12/31/2012 | 1,623.00 | | 1,623.00 | 29394902 |
| 12/05/2012 | | chk# 2365 NFB-0001-42060 | | 1,623.00 | 0.00 | 4353513 |
| 01/01/2013 | baserent | Basic=1,623.00; RENT 1/1/2013 to 1/31/2013 | 1,623.00 | | 1,623.00 | 29447827 |
| 01/07/2013 | | chk# 2375 NFB-0001-86945 | | 1,623.00 | 0.00 | 4408857 |
| 02/01/2013 | baserent | Basic=1,623.00; RENT 2/1/2013 to 2/28/2013 | 1,623.00 | | 1,623.00 | 29505554 |
| 02/07/2013 | | chk# 2386 NFB-0001-26425 | | 1,623.00 | 0.00 | 4459393 |
| 03/01/2013 | baserent | Basic=1,623.00; RENT 3/1/2013 to 3/31/2013 | 1,623.00 | | 1,623.00 | 29544930 |
| 03/04/2013 | | chk# 2394 NFB-0001-75995 | | 1,623.00 | 0.00 | 4493519 |
| 04/01/2013 | baserent | Basic=1,623.00; RENT 4/1/2013 to 4/30/2013 | 1,623.00 | | 1,623.00 | 29609770 |
| 04/04/2013 | | chk# 2399 :Import Lockbox Bank File | | 1,623.00 | 0.00 | 4541225 |
| 05/01/2013 | baserent | Basic=1,623.00; RENT 5/1/2013 to 5/31/2013 | 1,623.00 | | 1,623.00 | 29631552 |
| 05/02/2013 | | chk# 2410 :Import Lockbox Bank File | | 1,623.00 | 0.00 | 4580880 |
| 06/01/2013 | baserent | Basic=1,623.00; RENT 6/1/2013 to 6/30/2013 | 1,623.00 | | 1,623.00 | 29667633 |
| 06/06/2013 | | chk# 2420 :Import Lockbox Bank File | | 1,623.00 | 0.00 | 4638557 |
| 07/01/2013 | baserent | Basic=1,623.00; RENT 7/1/2013 to 7/31/2013 | 1,623.00 | | 1,623.00 | 29767845 |
| 07/08/2013 | | chk# 2431 :Import Lockbox Bank File | | 1,623.00 | 0.00 | 4685544 |
| 08/01/2013 | baserent | Basic=1,623.00; RENT 8/1/2013 to 8/31/2013 | 1,623.00 | | 1,623.00 | 29821312 |
| 08/05/2013 | | chk# 2440 :Import Lockbox Bank File | | 1,623.00 | 0.00 | 4723538 |
| 09/01/2013 | baserent | Basic=1,623.00; RENT 9/1/2013 to 9/30/2013 | 1,623.00 | | 1,623.00 | 29840347 |
| 09/06/2013 | | chk# 2453 :Import Lockbox Bank File | | 1,623.00 | 0.00 | 4772235 |
| 10/01/2013 | baserent | Basic=1,623.00; RENT 10/1/2013 to 10/31/2013 | 1,623.00 | | 1,623.00 | 29913723 |
| 10/07/2013 | | chk# 2460 :Import Lockbox Bank File | | 1,623.00 | 0.00 | 4814725 |
| 11/01/2013 | baserent | Basic=1,623.00; RENT 11/1/2013 to 11/30/2013 | 1,623.00 | | 1,623.00 | 29971243 |
| 11/05/2013 | | chk# 2471 :Import Lockbox Bank File | | 1,623.00 | 0.00 | 4852270 |
| 12/01/2013 | baserent | Basic=1,623.00; RENT 12/1/2013 to 12/31/2013 | 1,623.00 | | 1,623.00 | 30011520 |
| 12/05/2013 | | chk# 2478 :Import Lockbox Bank File | | 1,623.00 | 0.00 | 4897352 |
| 01/01/2014 | baserent | Basic=1,623.00; RENT 1/1/2014 to 1/31/2014 | 1,623.00 | | 1,623.00 | 30064663 |
| 01/06/2014 | | chk# 2483 :Import Lockbox Bank File | | 1,623.00 | 0.00 | 4944115 |
| 02/01/2014 | baserent | Basic=1,623.00; RENT 2/1/2014 to 2/28/2014 | 1,623.00 | | 1,623.00 | 30084619 |
| 03/01/2014 | baserent | Basic=1,623.00; RENT 3/1/2014 to 3/31/2014 | 1,623.00 | | 3,246.00 | 30148593 |
| 04/01/2014 | baserent | Basic=1,623.00; RENT 4/1/2014 to 4/30/2014 | 1,623.00 | | 4,869.00 | 30182085 |
| 06/01/2014 | baserent | Basic=1,623.00; RENT 6/1/2014 to 6/30/2014 | 1,623.00 | | 6,492.00 | 30245352 |
| 07/01/2014 | baserent | Basic=1,623.00; RENT 7/1/2014 to 7/31/2014 | 1,623.00 | | 8,115.00 | 30327196 |
| 08/01/2014 | baserent | Basic=1,623.00; RENT 8/1/2014 to 8/31/2014 | 1,623.00 | | 9,738.00 | 30405785 |
| 09/01/2014 | baserent | Basic=1,623.00; RENT 9/1/2014 to 9/30/2014 | 1,623.00 | | 11,361.00 | 30443699 |
| 12/01/2014 | baserent | Basic=1,623.00; RENT 10/1/2014 to 10/31/2014 | 1,623.00 | | 12,984.00 | 30607358 |
| 12/01/2014 | baserent | Basic=1,623.00; RENT 11/1/2014 to 11/30/2014 | 1,623.00 | | 14,607.00 | 30607485 |
| 12/01/2014 | baserent | Basic=1,623.00; RENT 12/1/2014 to 12/31/2014 | 1,623.00 | | 16,230.00 | 30607618 |
| 12/11/2014 | baserent | tnt was not charged 5/2014 rent | 1,623.00 | | 17,853.00 | 30613489 |
| 12/15/2014 | damages | As per Carol - new bottom lock cylinder charge | 40.00 | | 17,893.00 | 30616481 |
| 01/01/2015 | baserent | Basic=1,623.00; RENT 1/1/2015 to 1/31/2015 | 1,623.00 | | 19,516.00 | 30661751 |
| 02/01/2015 | baserent | Basic=1,623.00; RENT 2/1/2015 to 2/28/2015 | 1,623.00 | | 21,139.00 | 30701472 |
| 03/01/2015 | baserent | Basic=1,623.00; RENT 3/1/2015 to 3/31/2015 | 1,623.00 | | 22,762.00 | 30759635 |
| 04/01/2015 | baserent | Basic=1,623.00; RENT 4/1/2015 to 4/30/2015 | 1,623.00 | | 24,385.00 | 30802382 |
| 05/01/2015 | baserent | Basic=1,623.00; RENT 5/1/2015 to 5/31/2015 | 1,623.00 | | 26,008.00 | 30847052 |
| 06/01/2015 | baserent | Basic=1,623.00; RENT 6/1/2015 to 6/30/2015 | 1,623.00 | | 27,631.00 | 30875794 |
| 07/01/2015 | baserent | Basic=1,623.00; RENT 7/1/2015 to 7/31/2015 | 1,623.00 | | 29,254.00 | 30906334 |
| 08/01/2015 | baserent | Basic=1,623.00; RENT 8/1/2015 to 8/31/2015 | 1,623.00 | | 30,877.00 | 30944140 |

| Date | Type | Description | Amount | Balance | Ref |
|---|---|---|---|---|---|
| 09/01/2015 | baserent | Basic=1,623.00; RENT 9/1/2015 to 9/30/2015 | 1,623.00 | 32,500.00 | 30956008 |
| 10/01/2015 | baserent | Basic=1,623.00; RENT 10/1/2015 to 10/31/2015 | 1,623.00 | 34,123.00 | 31008126 |
| 11/01/2015 | baserent | Basic=1,623.00; RENT 11/1/2015 to 11/30/2015 | 1,623.00 | 35,746.00 | 31037485 |
| 12/01/2015 | baserent | Basic=1,623.00; RENT 12/1/2015 to 12/31/2015 | 1,623.00 | 37,369.00 | 31062349 |
| 01/01/2016 | baserent | Basic=1,623.00; RENT 1/1/2016 to 1/31/2016 | 1,623.00 | 38,992.00 | 31098858 |
| 02/01/2016 | baserent | Basic=1,623.00; RENT 2/1/2016 to 2/29/2016 | 1,623.00 | 40,615.00 | 31130069 |
| 03/01/2016 | baserent | Basic=1,623.00; RENT 3/1/2016 to 3/31/2016 | 1,623.00 | 42,238.00 | 31160366 |
| 04/01/2016 | baserent | Basic=1,623.00; RENT 4/1/2016 to 4/30/2016 | 1,623.00 | 43,861.00 | 31191193 |
| 05/01/2016 | baserent | Basic=1,623.00; RENT 5/1/2016 to 5/31/2016 | 1,623.00 | 45,484.00 | 31222682 |
| 06/01/2016 | baserent | Basic=1,623.00; RENT 6/1/2016 to 6/30/2016 | 1,623.00 | 47,107.00 | 31251307 |
| 07/01/2016 | baserent | Basic=1,623.00; RENT 7/1/2016 to 7/31/2016 | 1,623.00 | 48,730.00 | 31261970 |
| 08/01/2016 | baserent | Basic=1,623.00; RENT 8/1/2016 to 8/31/2016 | 1,623.00 | 50,353.00 | 31307410 |
| 09/01/2016 | baserent | Basic=1,623.00; RENT 9/1/2016 to 9/30/2016 | 1,623.00 | 51,976.00 | 31339623 |
| 10/01/2016 | baserent | Basic=1,623.00; RENT 10/1/2016 to 10/31/2016 | 1,623.00 | 53,599.00 | 31367932 |
| 11/01/2016 | baserent | Basic=1,623.00; RENT 11/1/2016 to 11/30/2016 | 1,623.00 | 55,222.00 | 31395141 |
| 12/01/2016 | baserent | Basic=1,623.00; RENT 12/1/2016 to 12/31/2016 | 1,623.00 | 56,845.00 | 31421048 |
| 01/01/2017 | baserent | Basic=1,623.00; RENT 1/1/2017 to 1/31/2017 | 1,623.00 | 58,468.00 | 31449634 |
| 02/01/2017 | baserent | Basic=1,623.00; RENT 2/1/2017 to 2/28/2017 | 1,623.00 | 60,091.00 | 31476471 |
| 03/01/2017 | baserent | Basic=1,623.00; RENT 3/1/2017 to 3/31/2017 | 1,623.00 | 61,714.00 | 31502302 |
| 04/01/2017 | baserent | Basic=1,623.00; RENT 4/1/2017 to 4/30/2017 | 1,623.00 | 63,337.00 | 31533670 |
| 05/01/2017 | baserent | Basic=1,623.00; RENT 5/1/2017 to 5/31/2017 | 1,623.00 | 64,960.00 | 31560505 |
| 06/01/2017 | baserent | Basic=1,623.00; RENT 6/1/2017 to 6/30/2017 | 1,623.00 | 66,583.00 | 31589379 |
| 07/01/2017 | baserent | Basic=1,623.00; RENT 7/1/2017 to 7/31/2017 | 1,623.00 | 68,206.00 | 31617267 |
| 08/01/2017 | baserent | Basic=1,623.00; RENT 8/1/2017 to 8/31/2017 | 1,623.00 | 69,829.00 | 31641811 |
| 09/01/2017 | baserent | Basic=1,623.00; RENT 9/1/2017 to 9/30/2017 | 1,623.00 | 71,452.00 | 31670599 |
| 10/01/2017 | baserent | Basic=1,623.00; RENT 10/1/2017 to 10/31/2017 | 1,623.00 | 73,075.00 | 31703228 |
| 11/01/2017 | baserent | Basic=1,623.00; RENT 11/1/2017 to 11/30/2017 | 1,623.00 | 74,698.00 | 31732246 |
| 12/01/2017 | baserent | Basic=1,623.00; RENT 12/1/2017 to 12/31/2017 | 1,623.00 | 76,321.00 | 31759052 |
| 01/01/2018 | baserent | Basic=1,623.00; RENT 1/1/2018 to 1/31/2018 | 1,623.00 | 77,944.00 | 31783191 |
| 02/01/2018 | baserent | Basic=1,623.00; RENT 2/1/2018 to 2/28/2018 | 1,623.00 | 79,567.00 | 31812057 |
| 03/01/2018 | baserent | Basic=1,623.00; RENT 3/1/2018 to 3/31/2018 | 1,623.00 | 81,190.00 | 31842650 |
| 04/01/2018 | baserent | Basic=1,623.00; RENT 4/1/2018 to 4/30/2018 | 1,623.00 | 82,813.00 | 31871147 |
| 05/01/2018 | baserent | Basic=1,623.00; RENT 5/1/2018 to 5/31/2018 | 1,623.00 | 84,436.00 | 31894144 |
| 06/01/2018 | baserent | Basic=1,623.00; RENT 6/1/2018 to 6/30/2018 | 1,623.00 | 86,059.00 | 31925079 |
| 07/01/2018 | baserent | Basic=1,623.00; RENT 7/1/2018 to 7/31/2018 | 1,623.00 | 87,682.00 | 31956052 |
| 08/01/2018 | baserent | Basic=1,623.00; RENT 8/1/2018 to 8/31/2018 | 1,623.00 | 89,305.00 | 31984499 |
| 09/01/2018 | baserent | Basic=1,623.00; RENT 9/1/2018 to 9/30/2018 | 1,623.00 | 90,928.00 | 32015055 |
| 10/01/2018 | baserent | Basic=1,623.00; RENT 10/1/2018 to 10/31/2018 | 1,623.00 | 92,551.00 | 32043096 |
| 11/01/2018 | baserent | Basic=1,623.00; RENT 11/1/2018 to 11/30/2018 | 1,623.00 | 94,174.00 | 32079325 |
| 12/01/2018 | baserent | Basic=1,623.00; RENT 12/1/2018 to 12/31/2018 | 1,623.00 | 95,797.00 | 32107719 |
| 01/01/2019 | baserent | Basic=1,623.00; RENT 1/1/2019 to 1/31/2019 | 1,623.00 | 97,420.00 | 32131358 |
| 02/01/2019 | baserent | Basic=1,623.00; RENT 2/1/2019 to 2/28/2019 | 1,623.00 | 99,043.00 | 32159624 |
| 03/01/2019 | baserent | Basic=1,623.00; RENT 3/1/2019 to 3/31/2019 | 1,623.00 | 100,666.00 | 32191317 |
| 04/01/2019 | baserent | Basic=1,623.00; RENT 4/1/2019 to 4/30/2019 | 1,623.00 | 102,289.00 | 32218649 |
| 05/01/2019 | baserent | Basic=1,623.00; RENT 5/1/2019 to 5/31/2019 | 1,623.00 | 103,912.00 | 32230245 |
| 06/01/2019 | baserent | Basic=1,623.00; RENT 6/1/2019 to 6/30/2019 | 1,623.00 | 105,535.00 | 32276817 |
| 07/01/2019 | baserent | Basic=1,623.00; RENT 7/1/2019 to 7/31/2019 | 1,623.00 | 107,158.00 | 32304157 |
| 08/01/2019 | baserent | Basic=1,623.00; RENT 8/1/2019 to 8/31/2019 | 1,623.00 | 108,781.00 | 32328406 |
| 09/01/2019 | baserent | Basic=1,623.00; RENT 9/1/2019 to 9/30/2019 | 1,623.00 | 110,404.00 | 32358927 |
| 10/01/2019 | baserent | Basic=1,623.00; RENT 10/1/2019 to 10/31/2019 | 1,623.00 | 112,027.00 | 32384968 |
| 11/01/2019 | baserent | Basic=1,623.00; RENT 11/1/2019 to 11/30/2019 | 1,623.00 | 113,650.00 | 32392829 |
| 12/01/2019 | baserent | Basic=1,623.00; RENT 12/1/2019 to 12/31/2019 | 1,623.00 | 115,273.00 | 32436472 |
| 01/01/2020 | baserent | Basic=1,623.00; RENT 1/1/2020 to 1/31/2020 | 1,623.00 | 116,896.00 | 32485323 |
| 02/01/2020 | baserent | Basic=1,623.00; RENT 2/1/2020 to 2/29/2020 | 1,623.00 | 118,519.00 | 32514068 |
| 03/01/2020 | baserent | Basic=1,623.00; RENT 3/1/2020 to 3/31/2020 | 1,623.00 | 120,142.00 | 32542515 |
| 04/01/2020 | baserent | Basic=1,623.00; RENT 4/1/2020 to 4/30/2020 | 1,623.00 | 121,765.00 | 32570747 |
| 05/01/2020 | baserent | Basic=1,623.00; RENT 5/1/2020 to 5/31/2020 | 1,623.00 | 123,388.00 | 32596914 |
| 06/01/2020 | baserent | Basic=1,623.00; RENT 6/1/2020 to 6/30/2020 | 1,623.00 | 125,011.00 | 32620360 |
| 07/01/2020 | baserent | Basic=1,623.00; RENT 7/1/2020 to 7/31/2020 | 1,623.00 | 126,634.00 | 32643603 |
| 08/01/2020 | baserent | Basic=1,623.00; RENT 8/1/2020 to 8/31/2020 | 1,623.00 | 128,257.00 | 32668161 |
| 09/01/2020 | baserent | Basic=1,623.00; RENT 9/1/2020 to 9/30/2020 | 1,623.00 | 129,880.00 | 32691592 |
| 10/01/2020 | baserent | Basic=1,623.00; RENT 10/1/2020 to 10/31/2020 | 1,623.00 | 131,503.00 | 32717064 |

| Date | Type | Description | Charge | Payment | Balance | Ref |
|---|---|---|---|---|---|---|
| 10/15/2020 | keylock | As per Channel- 2 new key fobs | 100.00 | | 131,603.00 | 32716784 |
| 10/20/2020 | | chk# 40179045805833 :CHECKscan Payment | | 50.00 | 131,553.00 | 7399029 |
| 10/20/2020 | | chk# 40179045806103 :CHECKscan Payment | | 50.00 | 131,503.00 | 7399030 |
| 11/01/2020 | baserent | Basic=1,623.00; RENT 11/1/2020 to 11/30/2020 | 1,623.00 | | 133,126.00 | 32737759 |
| 12/01/2020 | baserent | Basic=1,623.00; RENT 12/1/2020 to 12/31/2020 | 1,623.00 | | 134,749.00 | 32763173 |
| 01/01/2021 | baserent | Basic=1,623.00; RENT 1/1/2021 to 1/31/2021 | 1,623.00 | | 136,372.00 | 32785343 |
| 02/01/2021 | baserent | Basic=1,623.00; RENT 2/1/2021 to 2/28/2021 | 1,623.00 | | 137,995.00 | 32806474 |
| 03/01/2021 | baserent | Basic=1,623.00; RENT 3/1/2021 to 3/31/2021 | 1,623.00 | | 139,618.00 | 32829038 |
| 04/01/2021 | baserent | Basic=1,623.00; RENT 4/1/2021 to 4/30/2021 | 1,623.00 | | 141,241.00 | 32851964 |
| 05/01/2021 | baserent | Basic=1,623.00; RENT 5/1/2021 to 5/31/2021 | 1,623.00 | | 142,864.00 | 32877035 |
| 06/01/2021 | baserent | Basic=1,623.00; RENT 6/1/2021 to 6/30/2021 | 1,623.00 | | 144,487.00 | 32897697 |
| 07/01/2021 | baserent | Basic=1,623.00; RENT 7/1/2021 to 7/31/2021 | 1,623.00 | | 146,110.00 | 32921897 |
| 08/01/2021 | baserent | Basic=1,623.00; RENT 8/1/2021 to 8/31/2021 | 1,623.00 | | 147,733.00 | 32942285 |
| 09/01/2021 | baserent | Basic=1,623.00; RENT 9/1/2021 to 9/30/2021 | 1,623.00 | | 149,356.00 | 32967652 |
| 10/01/2021 | baserent | Basic=1,623.00; RENT 10/1/2021 to 10/31/2021 | 1,623.00 | | 150,979.00 | 32991377 |
| 11/01/2021 | baserent | Basic=1,623.00; RENT 11/1/2021 to 11/30/2021 | 1,623.00 | | 152,602.00 | 33013848 |
| 12/01/2021 | baserent | Basic=1,623.00; RENT 12/1/2021 to 12/31/2021 | 1,623.00 | | 154,225.00 | 33040114 |
| 01/01/2022 | baserent | Basic=1,623.00; RENT 1/1/2022 to 1/31/2022 | 1,623.00 | | 155,848.00 | 33058803 |
| 02/01/2022 | baserent | Basic=1,623.00; RENT 2/1/2022 to 2/28/2022 | 1,623.00 | | 157,471.00 | 33084338 |
| 03/01/2022 | baserent | Basic=1,623.00; RENT 3/1/2022 to 3/31/2022 | 1,623.00 | | 159,094.00 | 33106252 |
| 04/01/2022 | baserent | Basic=1,623.00; RENT 4/1/2022 to 4/30/2022 | 1,623.00 | | 160,717.00 | 33130847 |
| 05/01/2022 | baserent | Basic=1,623.00; RENT 5/1/2022 to 5/31/2022 | 1,623.00 | | 162,340.00 | 33153195 |
| 06/01/2022 | baserent | Basic=1,623.00; RENT 6/1/2022 to 6/30/2022 | 1,623.00 | | 163,963.00 | 33176432 |
| 07/01/2022 | baserent | Basic=1,753.00; RENT 7/1/2022 to 7/31/2022 | 1,753.00 | | 165,716.00 | 33180809 |
| 08/01/2022 | baserent | Basic=1,753.00; RENT 8/1/2022 to 8/31/2022 | 1,753.00 | | 167,469.00 | 33207156 |
| 09/01/2022 | baserent | Basic=1,753.00; RENT 9/1/2022 to 9/30/2022 | 1,753.00 | | 169,222.00 | 33248425 |
| 10/01/2022 | baserent | Basic=1,753.00; RENT 10/1/2022 to 10/31/2022 | 1,753.00 | | 170,975.00 | 33271048 |
| 11/01/2022 | baserent | Basic=1,753.00; RENT 11/1/2022 to 11/30/2022 | 1,753.00 | | 172,728.00 | 33297470 |
| 12/01/2022 | baserent | Basic=1,753.00; RENT 12/1/2022 to 12/31/2022 | 1,753.00 | | 174,481.00 | 33320021 |
| 01/01/2023 | baserent | Basic=1,753.00; RENT 1/1/2023 to 1/31/2023 | 1,753.00 | | 176,234.00 | 33326733 |
| 02/01/2023 | baserent | Basic=1,753.00; RENT 2/1/2023 to 2/28/2023 | 1,753.00 | | 177,987.00 | 33366619 |
| 03/01/2023 | baserent | Basic=1,753.00; RENT 3/1/2023 to 3/31/2023 | 1,753.00 | | 179,740.00 | 33391070 |
| 04/01/2023 | baserent | Basic=1,753.00; RENT 4/1/2023 to 4/30/2023 | 1,753.00 | | 181,493.00 | 33414257 |
| 05/01/2023 | baserent | Basic=1,753.00; RENT 5/1/2023 to 5/31/2023 | 1,753.00 | | 183,246.00 | 33436647 |
| 06/01/2023 | baserent | Basic=1,753.00; RENT 6/1/2023 to 6/30/2023 | 1,753.00 | | 184,999.00 | 33468399 |
| 07/01/2023 | baserent | Basic=1,893.00; RENT 7/1/2023 to 7/31/2023 | 1,893.00 | | 186,892.00 | 33494926 |
| 08/01/2023 | baserent | Basic=1,893.00; RENT 8/1/2023 to 8/31/2023 | 1,893.00 | | 188,785.00 | 33518527 |
| 08/10/2023 | surcharg | As per Jessica- Failure to submit income affidavit for June 2023 through August 2023. | 300.00 | | 189,085.00 | 33519706 |
| 08/14/2023 | surcharg | Amount charged on 8/10/23 should have been for $150 ($50 per month not $100) crediting difference. | (150.00) | | 188,935.00 | 33520119 |
| 09/01/2023 | surcharg | Surcharge Rent (09/2023) | 50.00 | | 188,985.00 | 33526099 |
| 09/01/2023 | baserent | Basic=1,893.00; RENT 9/1/2023 to 9/30/2023 | 1,893.00 | | 190,878.00 | 33539068 |
| 09/27/2023 | baserent | As per Wanda - New sec8 voucher eff 9/15/23. Tenant share - $689 | (642.14) | | 190,235.86 | 33545973 |
| 10/01/2023 | baserent | Base Rent (10/2023) | 658.00 | | 190,893.86 | 33548565 |
| 10/02/2023 | surcharg | As per Jessica- Tenant submitted income affidavit, crediting August & September | (100.00) | | 190,793.86 | 33563868 |
| 11/01/2023 | baserent | Base Rent (11/2023) | 658.00 | | 191,451.86 | 33571206 |
| 12/01/2023 | baserent | Base Rent (12/2023) | 658.00 | | 192,109.86 | 33593840 |
| 12/28/2023 | | chk# 4517 2110356121 :CHECKscan Payment | | 660.00 | 191,449.86 | 8173447 |
| 12/28/2023 | | chk# 4517 2110177613 :CHECKscan Payment | | 660.00 | 190,789.86 | 8173448 |
| 12/28/2023 | | chk# 4517 2109717106 :CHECKscan Payment | | 660.00 | 190,129.86 | 8173450 |
| 12/28/2023 | | chk# 4517 2110176445 :CHECKscan Payment | | 460.00 | 189,669.86 | 8173451 |
| 12/28/2023 | | chk# 40194210817238 :CHECKscan Payment | | 230.00 | 189,439.86 | 8173452 |
| 01/01/2024 | baserent | Base Rent (01/2024) | 658.00 | | 190,097.86 | 33616688 |
| 01/12/2024 | | chk# 4517_183665841 https://www.clickpay.com/viewcheck.aspx?tid=L240112_BR2PG7 | | 660.00 | 189,437.86 | 8189661 |
| 02/01/2024 | baserent | Base Rent (02/2024) | 658.00 | | 190,095.86 | 33639490 |
| 02/09/2024 | | chk# 4517_186751551 https://www.clickpay.com/viewcheck.aspx?tid=L240209_HA8TT9 | | 660.00 | 189,435.86 | 8208708 |
| 03/01/2024 | baserent | Base Rent (03/2024) | 658.00 | | 190,093.86 | 33661332 |
| 03/08/2024 | | chk# 4517_189740862 https://www.clickpay.com/viewcheck.aspx?tid=L240308_VS0PF0 | | 660.00 | 189,433.86 | 8227675 |

| Date | Type | Description | Charge | Payment | Balance | Ref |
|---|---|---|---:|---:|---:|---:|
| 04/01/2024 | baserent | Base Rent (04/2024) | 658.00 | | 190,091.86 | 33683632 |
| 04/09/2024 | | chk# 4517_193115712 https://www.clickpay.com/viewcheck.aspx?tid=L240409_ZW9LK2 | | 660.00 | 189,431.86 | 8248330 |
| 05/01/2024 | baserent | Base Rent (05/2024) | 658.00 | | 190,089.86 | 33706006 |
| 05/10/2024 | | chk# 4517_196318658 https://www.clickpay.com/viewcheck.aspx?tid=L240510_IV3GW9 | | 620.00 | 189,469.86 | 8269812 |
| 06/01/2024 | baserent | Base Rent (06/2024) | 658.00 | | 190,127.86 | 33728910 |
| 06/12/2024 | | chk# 4517_199441549 https://www.clickpay.com/viewcheck.aspx?tid=L240612_ZA2QB8 | | 470.00 | 189,657.86 | 8293197 |
| 07/01/2024 | baserent | Base Rent (07/2024) | 658.00 | | 190,315.86 | 33751867 |
| 07/15/2024 | | chk# 4517_202890869 https://www.clickpay.com/viewcheck.aspx?tid=L240715_JS6AI0 | | 660.00 | 189,655.86 | 8313385 |
| 07/15/2024 | | chk# 4517_202890870 https://www.clickpay.com/viewcheck.aspx?tid=L240715_WX0RC4 | | 90.00 | 189,565.86 | 8313386 |
| 08/01/2024 | baserent | Base Rent (08/2024) | 658.00 | | 190,223.86 | 33775425 |
| 08/15/2024 | | chk# 4517_206045144 https://www.clickpay.com/viewcheck.aspx?tid=L240815_JZ4NU6 | | 100.00 | 190,123.86 | 8334436 |
| 08/15/2024 | | chk# 4517_206045612 https://www.clickpay.com/viewcheck.aspx?tid=L240815_AV3DW5 | | 660.00 | 189,463.86 | 8334465 |
| 09/01/2024 | baserent | Base Rent (09/2024) | 658.00 | | 190,121.86 | 33801005 |
| 09/24/2024 | | chk# 4517_209368325 https://www.clickpay.com/viewcheck.aspx?tid=L240924_GH6DA6 | | 660.00 | 189,461.86 | 8357494 |
| 10/01/2024 | baserent | Base Rent (10/2024) | 658.00 | | 190,119.86 | 33822711 |
| 10/11/2024 | | chk# 4517_212171987 https://www.clickpay.com/viewcheck.aspx?tid=L241011_BI6RY5 | | 660.00 | 189,459.86 | 8373357 |
| 11/01/2024 | baserent | Base Rent (11/2024) | 658.00 | | 190,117.86 | 33846227 |
| 11/08/2024 | | chk# 4517_215079674 https://www.clickpay.com/viewcheck.aspx?tid=L241108_IK3XV7 | | 660.00 | 189,457.86 | 8391667 |
| 12/01/2024 | baserent | Base Rent (12/2024) | 658.00 | | 190,115.86 | 33867957 |
| 12/09/2024 | | chk# 4517_218083392 https://www.clickpay.com/viewcheck.aspx?tid=L241209_VY0FA1 | | 658.22 | 189,457.64 | 8411898 |
| 01/01/2025 | baserent | Base Rent (01/2025) | 658.00 | | 190,115.64 | 33890154 |
| 01/16/2025 | | chk# 4517_222150887 https://www.clickpay.com/viewcheck.aspx?tid=L250116_EM2QE3 | | 658.00 | 189,457.64 | 8434083 |
| 02/01/2025 | baserent | Base Rent (02/2025) | 658.00 | | 190,115.64 | 33912525 |
| 02/10/2025 | | chk# 4517_225146187 https://www.clickpay.com/viewcheck.aspx?tid=L250210_LR5BX4 | | 658.00 | 189,457.64 | 8453588 |
| 03/01/2025 | baserent | Base Rent (03/2025) | 658.00 | | 190,115.64 | 33934427 |