# EXHIBIT H

Case 1:25-cv-03679-NCM-CLP    Document 34-8    Filed 10/03/25    Page 2 of 3 PageID #: 411

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF KINGS PART H

-------------------------------------------------------------------------X

TIVOLI BI LLC

                              *Petitioner-Landlord*

            -against-

LISA PRINCE

                              *Respondent-Tenant.*

-------------------------------------------------------------------------X

Index No.
LT-320098-24/KI

**NOTICE OF MOTION**

Premises
49-47 Crown Street, #28L
Brooklyn, NY 11225

PLEASE TAKE NOTICE that upon the annexed affirmation of Lisa Prince; the annexed affirmation of Kailyn Gaines, Esq.; and the exhibits and schedules annexed thereto, LISA PRINCE ("Ms. Prince") shall move this Court, in the Courthouse located at 141 Livingston Street, Brooklyn, NY 11201 in Part H, Room 507 and on March 4, 2025 at 9:30AM for an Order:

1. DISMISSING Petitioner's nonpayment petition on summary judgment pursuant to CPLR 3212;

2. IMPOSING sanctions on Petitioner and its counsel for initiating a frivolous lawsuit against Ms. Prince; and

3. GRANTING any such other and further relief as the Court may deem just and proper.

Dated:        March 4, 2025
              Brooklyn, NY

                                        Respectfully submitted,

                                        ------------------------------------------------------
                                        BROOKLYN LEGAL SERVICES
                                        by Kailyn Gaines, Esq.
                                        1709 Saint Mark's Avenue
                                        Brooklyn, NY 11233
                                        718-233-6418
                                        kgaines@lsnyc.org
                                        *Attorneys for Respondent-Tenant*

Case 1:25-cv-03679-NCM-CLP   Document 34-8   Filed 10/03/25   Page 3 of 3 PageID #: 412

TO:        CULLEN & ASSOCIATES, P.C.
299 Broadway, Suite 1510
New York, NY 10007
212-233-9772
nonpayments@cullenpc.com