# EXHIBIT J

Case 1:25-cv-03679-NCM-CLP   Document 34-10   Filed 10/03/25   Page 1 of 2 PageID #: 425

FILED: KINGS CIVIL COURT - L&T 03/04/2025 11:00 AM INDEX NO. LT-320098-24/KI
NYSCEF DOC. NO. 18 RECEIVED NYSCEF: 03/04/2025

Case 1:25-cv-03679-NCM-CLP    Document 34-10    Filed 10/03/25    Page 2 of 2 PageID #: 426

# CIVIL COURT OF THE CITY OF NEW YORK

County of Kings
Date 3/4/25  Part H

Index No. L&T: 320098-24/KI
Page 1 of 1
Hon. Sulay Grant

**STIPULATION OF SETTLEMENT**

Petitioner(s): Tivoli BIVLC

against

Respondent(s): Lisa Prince

2 atty #18

The parties understand that each party has the right to a trial, the right to see a Judge at any time and the right not to enter into a stipulation of settlement. However, after review of all the issues, the parties agree that they do not want to go to trial and instead agree to the following stipulation in settlement of the issues in this matter.

| Party (please print) | Added/Amended or Deleted | Appearance | No Appearance | No Answer |
|---|---|---|---|---|
| Petitioner: Tivoli | | X | | |
| Respondent 1: Lisa Prince | | X | | |
| Respondent 2: | | | | |
| Respondent 3: | | | | |

So Ordered:
Hon. Sulay K. Grant
Judge, Housing

The parties agree to adjourn until April 16, 2025 at 9:30 AM, for briefing of Respondent's motion to dismiss. Breakdown provided.

Petitioner will file its opposition to Respondent's motion, if any, by April 1, 2025. Respondent will file her reply by the return date.

Petitioner
of counsel

Respondent
Kailyn Baines, BLS