# EXHIBIT L

FILED: KINGS CIVIL COURT - L&T 06/04/2025 01:00 PM INDEX NO. LT-320098-24/KI
NYSCEF DOC. NO. 22    RECEIVED NYSCEF: 06/04/2025

Case 1:25-cv-03679-NCM-CLP    Document 34-12    Filed 10/03/25    Page 2 of 2 PageID #: 435

CIVIL COURT OF THE CITY OF NEW YORK
County of Kings
Date 6/4/25    Part H

Index No. L&T: 320098-24/KI
Page 1 of 1
Hon. Grant

## STIPULATION OF SETTLEMENT

The parties understand that each party has the right to a trial, the right to see a Judge at any time and the right not to enter into a stipulation of settlement. However, after review of all the issues, the parties agree that they do not want to go to trial and instead agree to the following stipulation in settlement of the issues in this matter.

Tivoli BI LLC    Petitioner(s),
against
Lisa Prince    Respondent(s)

2 atty
#31
#32

| Party (please print) | So Ordered / Added/Amended or Deleted | Appearance | No Appearance | No Answer |
|---|---|---|---|---|
| Petitioner Tivoli | | X | | |
| Respondent 1 Lisa Prince | | X | | |
| Respondent 2 | | | | |
| Respondent 3 | | | | |

So Ordered: Hon. Sinay K. Grant, Judge, Housing Court

This case is discontinued ~~dismissed~~ with prejudice as Respondent had paid the rent sought in the petition prior to the initiation of the case, and ~~as such the~~ petition amount was not due and owing.

Respondent withdraws her motion for sanctions in exchange for a one month credit of her portion of ~~July~~ rent, in the amount of $500.00 ~~$1000~~.

[Signatures]
Kaiya Bowes
BLS
Respondent

Edward Hall

CIV-LT-30 page 1 (Revised 4/07)