# EXHIBIT M

# STELLAR MANAGEMENT

44 West 28th street, 6th floor
New York, NY 10001



June 10, 2025

LISA PRINCE
49-57 Crown Street Apt. 28L
Brooklyn NY 11225

### Re: Rent Arrears

Dear Tenant,

Please be advised that as of this date our records indicate that you still owe the landlord past due rent in the amount of **$189,715.64**.

Please be reminded that any payments after the 10th of each month will result in the account being charged a late fee as stated in your lease agreement.

For your convenience, online payments can be made by visiting:
https://www.clickpay.com/Custom/stellar/login.html

Your prompt attention to this matter is greatly appreciated. Please contact the undersigned immediately to discuss this matter and avoid future legal proceedings.

Sincerely,

Lorna Blackman

Phone:

Email: lblackman@stellarmanagement.com

Stellar Management