# EXHIBIT N



**STELLAR**
MANAGEMENT
44 WEST 28TH STREET, 6TH FL.
NEW YORK, NY 10001

## STATEMENT

| | |
|---|---|
| Due Date: | July 2025 |
| Amount Due: | 07/01/2025 |
| Account Number: | $190,763.64 |
| | tiv00299 |

MAKE CHECKS PAYABLE TO:
**Stellar Management**



**Bill To:**
LISA PRINCE
49 CROWN STREET APT. 28L # 57
BROOKLYN NY 11225-1817

This statement includes payments received as of 6/20/25.

## DESCRIPTION

REGISTRATION PIN: 7SQXD5R2

| Description | AMOUNT |
|---|---|
| Balance Forward | 190,105.64 |
| Base Rent (07/2025) | 658.00 |
| **TOTAL AMOUNT DUE:** | **190,763.64** |

---

Please detach and return coupon with your payment.

**STELLAR**
MANAGEMENT
44 WEST 28TH STREET, 6TH FL.
NEW YORK, NY 10001

Return Service Requested

## REMITTANCE SECTION

| | |
|---|---|
| Due Date: | |
| Account Number: | 07/01/2025 |
| **Amount Due:** | tiv00299 |
| | **$190,763.64** |

MAKE CHECKS PAYABLE TO:
**Stellar Management**

3744003442    PRESORT 3442 1 AV 0.540 P1C14 <B>

LISA PRINCE
49 CROWN STREET APT. 28L # 57
BROOKLYN NY 11225-1817

STELLAR MANAGEMENT
PO BOX 365
EMERSON, NJ 07630

70476190388473861616182525500001907636407012025000000003