# EXHIBIT P

Case 1:25-cv-03679-NCM-CLP   Document 34-16   Filed 10/03/25   Page 1 of 2 PageID #: 453

FILED: KINGS CIVIL COURT - L&T 01/11/2023 10:45 AM    INDEX NO. LT-309097-22/KI
NYSCEF DOC. NO. 17                                       RECEIVED NYSCEF: 01/11/2023

Case 1:25-cv-03679-NCM-CLP    Document 34-16    Filed 10/03/25    Page 2 of 2 PageID #: 454

Civil Court of the City of New York
County of Kings

#17         Index No: 309097-22/KI

Petitioner(s): Tivoli Bi LLC

-against-

Respondent(s): Carol Ayala

**Notice of Appearance**

I am an attorney admitted to practice in the State of New York. You are hereby notified that in the above entitled action I represent:

____ Claimant(s)/Plaintiff(s)/Petitioner(s) _____
(circle applicable choice)

X  Defendant(s)/Respondents(s) Carol Ayala
(circle applicable choice)

Name: The Legal Aid Society   by   Alexander Roa
(Print Firm Name)                  (Print Your Name)

Address: 874 Hendrix Street, Brooklyn, NY 1213

Phone No. 646-946-0491

Attorney Signature

CIV-GP-40

1 of 1