Case 1:25-cv-03679-NCM-CLP    Document 34-23    Filed 10/03/25    Page 1 of 2 PageID #: 505

# EXHIBIT W

CIVIL COURT OF THE CITY OF NEW YORK
COUNTY OF KINGS: PART A

-----------------------------------------------------------------x

TIVOLO BI LLC

                Petitioner - Landlord,

- against –

DEDRA HESTER

                Respondent - Tenant,

-----------------------------------------------------------------x

Index No. LT-310498-23/KI

**NOTICE OF APPEARANCE**

**PLEASE TAKE NOTICE**, that **BROOKLYN LEGAL SERVICES**, by **Raphael Pope-Sussman, Esq.**, is appearing as attorneys for DEDRA HESTER in this matter, and demands that you serve all papers upon the undersigned at the address stated below, including but not limited to all papers already filed with the Court in this action.

Dated: September 26, 2023

*Raphael Pope-Sussman*
_____
BROOKLYN LEGAL SERVICES
BY: Raphael Pope-Sussman, Esq.
Staff Attorney
105 Court Street, 4th Floor
Brooklyn, NY 11201
Tel: (718) 237-5523
Email: rapopesussman@lsnyc.org
*Attorneys for Respondent*