# EXHIBIT Y

Case 1:25-cv-03679-NCM-CLP   Document 34-25   Filed 10/03/25   Page 1 of 2 PageID #: 523

**CIVIL COURT OF THE CITY OF NEW YORK**
County of Kings
Date 11/23/23   Part A

Tivoli BI LLC
              Petitioner(s),
against

Dedra Hester
              Respondent(s)

Index No. L&T: 310498-23
Page 1 of 1
Hon. McClanahan

2-Atty

**STIPULATION OF SETTLEMENT**

The parties understand that each party has the right to a trial, the right to see a Judge at any time and the right not to enter into a stipulation of settlement. However, after review of all the issues, the parties agree that they do not want to go to trial and instead agree to the following stipulation in settlement of the issues in this matter.

| Party (please print) | Added/Amended or Deleted | Appearance | No Appearance | No Answer |
|---|---|---|---|---|
| Petitioner Counsel | | | | |
| Respondent 1 Counsel | | | | |
| Respondent 2 | | | | |
| Respondent 3 | | | | |

The parties agree as follows:

1. The Petition is satisfied and this case is discontinued with prejudice as to all rent due and owing through November 30, 2023.

2. Respondent has a rent credit of $4,910, to be applied exclusively to rent beginning December 2023.

3. The parties agree the credit described in Paragraph 2 of this Stipulation is subject to adjustments required law under Respondent's Section 8 voucher, which is administered by the Department of Housing Preservation and Development (HPD).

4. There is no warrant or judgment in this case.

Raphael Pope-Sussman
Brooklyn Legal Services
Atty for Respondent

CIV-LT-3Q page 1 (Revised 4/07)