UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------X
LISA PRINCE,

                            Plaintiff,

        -against-

TIVOLI BI LLC,
STELLAR MANAGEMENT,
CULLEN & ASSOCIATES, P.C. and
KEVIN CULLEN,

                       Defendants.
------------------------------------------------------X

Case No. 1:25-cv-3679 (NCM)(CLP)

**RULE 7.1 STATEMENT**

    Pursuant to Federal Rule of Civil Procedure 7.1 and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Defendant Cullen & Associates, P.C. (the "Cullen Firm") certifies that the Cullen Firm has no corporate parents, affiliates and/or subsidiaries which are publicly held.


Dated: Woodbury, New York
       October 24, 2025

                        **KAUFMAN DOLOWICH LLP**

By: _____
                      Brett A. Scher, Esq.
                      Adam M. Marshall, Esq.
                      *Attorneys for Defendants*
                      *Cullen & Associates, P.C. and Kevin Cullen*
                      135 Crossway Park Drive, Suite 201
                      Woodbury, New York 11797
                      (516) 681-1100

To: All Counsel via ECF