UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------x        25-cv-03679 (NCM)(CLP)

LISA PRINCE,

                Plaintiff

-against-

TIVOLI BI, LLC, MEL MANAGEMENT
CORP., D/B/A STELLAR MANAGEMENT,
CULLEN & ASSOCIATES, P.C.
and KEVIN CULLEN,

                Defendants

-----------------------------------------------------------x

<u>CORPORATE DISCLOSURE STATEMENT</u>

TO THE CLERK OF THE COURT:

   There is no parent corporation or any publicly held corporation which owns 10% or more of the stock of TIVOLI BI, LLC, a Defendant named in the above-entitled action.

DATED: October 30, 2025

                                         ROBERT L. ARLEO, ESQ. P.C.

                              By: <u>/s/ Robert L. Arleo</u>
                                       ROBERT L. ARLEO
                                       1345 Avenue of the Americas
                                       2nd Floor
                                       New York, New York 10168
                                       Telephone: (212) 551-1115
                                       Facsimile: (518) 965-1022
                                       Email: <u>robertarleo@gmail.com</u>
                                       Attorney for Tivoli Bi, LLC