UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------x   25-cv-03679 (NCM)(CLP)

LISA PRINCE,

                Plaintiff

-against-

TIVOLI BI, LLC, MEL MANAGEMENT
CORP., D/B/A STELLAR MANAGEMENT,
CULLEN & ASSOCIATES, P.C.
and KEVIN CULLEN,


                Defendants

-----------------------------------------------------------x

CORPORATE DISCLOSURE STATEMENT

TO THE CLERK OF THE COURT:

   There is no parent corporation or any publicly held corporation which owns 10% or more of the stock of MEL MANAGEMENT CORP., a Defendant named in the above-entitled action.

DATED: October 30, 2025

                              ROBERT L. ARLEO, ESQ. P.C.

                    By: _/s/ Robert L. Arleo_
                            ROBERT L. ARLEO
                            1345 Avenue of the Americas
                            2nd Floor
                            New York, New York 10168
                            Telephone: (212) 551-1115
                            Facsimile: (518) 965-1022
                            Email: robertarleo@gmail.com
                            Attorney for Mel Management Corp.