**Attorney(s):** Law Offices of Ahmad Keshavarz
**Index #:** 1:25-cv-03679-NCM-CLP
**Purchased/Filed:** November 6, 2025
**State of:** New York
**Court:** U.S. District
**County/District:** Eastern Dist.

## AFFIRMATION OF SERVICE - SECRETARY OF STATE

Lisa Prince

Plaintiff(s)

against

Tivoli Bi LLC, et al

Defendant(s)

STATE OF NEW YORK )
COUNTY OF ALBANY ) SS
CITY OF ALBANY )

**DESCRIPTION OF PERSON SERVED:**
Approx. Age: 50 Yrs
Weight: 180 lbs   Height: 5'9"   Gender: Male   Race: White
Hair color: Gray   Other:

**Robert Guyette**, being duly sworn, deposes and says: deponent is over the age of eighteen (18) years; is not a party to this action, and resides in the State of NY, and that on **November 18, 2025**, at **2:30 PM**, at the office of the Secretary of State of the State of NY, located at 99 Washington Ave, 6th Fl, Albany, New York 12231 deponent served:

**SUMMONS IN A CIVIL ACTION WITH FIRST-AMENDED COMPLAINT DEMAND FOR JURY TRIAL**

on

**Mel Management Corp. d/b/a Stellar Management**,

the Defendant in this action, by delivering to and leaving with **Dan Noonan** AUTHORIZED AGENT in the Office of the Secretary of State, of the State of New York, personally at the Office of the Secretary of State of the State of New York, two (2) true copies thereof and that at the time of making such service, deponent paid said Secretary of State a fee of **$40** dollars; That said service was made pursuant to Section **BUSINESS CORPORATION LAW §306**.

Deponent further says that deponent knew the person so served as aforesaid to be the agent in the Office of the Secretary of State of the State of New York, duly authorized to accept such service on behalf of said defendant.

I affirm on **November 18, 2025**, under penalties of perjury under the laws of New York, which may include a fine or imprisonment, that the foregoing is true, and I understand that this document maybe filed in an action or proceeding in a court of law.

X _____
Robert Guyette

Invoice·Work Order # 2546101
Attorney File # **Prince vs Tivoli**