**ROBERT L. ARLEO, ESQ. P.C.**
1345 Avenue of the Americas
2nd Floor
New York, N.Y.  10105

Telephone: (212) 551-1115                                                                       Fax: (518) 751-1801
Email: robertarleo@gmail.com

                                                                                                November 26, 2025

Honorable Natasha C. Merle
District Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York  11201

                              Re: Prince v. Tivoli Bi, LLC, Stellar Management,
                                   Kevin Cullen and Cullen & Associates, P.C.
                                   <u>25-cv-03679 (NCM)(CLP)</u>

Dear District Judge Merle:

   I represent Defendants Tivoli Bi, LLC and Stellar Management. Your Honor ordered the parties to submit a joint letter by yesterday, November 25, 2025, advising as to whether the parties wished to go to the Magistrate Judge for settlement discussions and whether my clients still intended to file a motion to dismiss Plaintiff's Amended Complaint for lack of standing. In effort to comply with the order, I sent the attached proposed joint letter to all counsels. One of Plaintiff's counsel, Ahmad Keshavarz, then caused an extensive email exchange because he does not want to engage in settlement attempts at the present time. All the attorneys could not agree on the content of the joint letter, no joint letter was filed. Thus, I am unilaterally filing this letter.

   The attached letter constitutes my clients' position. Also, the attorney for Defendants Kevin Cullen and Cullen & Associates, P.C. has indicated his desire to also engage in settlement discussions before the Magistrate Judge.

                                                                Respectfully submitted

                                                                /  s  /  *Robert L. Arleo*

                                                                Robert L. Arleo

RLA:gra
CC: All attorneys of record via email and via ECF