***ROBERT L. ARLEO, ESQ. P.C.***
1345 Avenue of the Americas
2nd Floor
New York, N.Y. 10105

Telephone: (212) 551-1115                                                                                           Fax: (518) 751-1801
Email: robertarleo@gmail.com

                                                                                                November 25, 2025

Honorable Natasha C. Merle
District Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

                                   Re: Prince v. Tivoli Bi, LLC, Stellar Management,
                                        Kevin Cullen and Cullen & Associates, P.C.
                                        25-cv-03679 (NCM)(CLP)

Dear District Judge Merle:

   I represent Defendants Tivoli Bi, LLC and Stellar Management. Please consider this correspondence as the joint letter ordered by Your Honor on November 18th via Minute Entry. The parties do collectively wish to attempt to negotiate a global settlement before the Magistrate Judge. Otherwise, my clients withdraw their request for permission to file a motion to dismiss the Amended Complaint for lack of standing (but preserve that defense) and ask for permission to have until December 2nd to file an Answer to the Amended Complaint.

                                                         Respectfully submitted

                                                         / s / *Robert L. Arleo*

                                                         Robert L. Arleo

RLA:gra
cc: All attorneys of record via ECF