UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------x          25-cv-03679 (NCM)(CLP)

LISA PRINCE,
      Plaintiff

-against-            ANSWER TO AMENDED COMPLAINT

TIVOLI BI, LLC MEL MANAGEMENT
CORP. D/B/A STELLAR MANAGEMENT
CULLEN & ASSOCIATES, P.C.
and KEVIN CULLEN,

      Defendants
-----------------------------------------------------------x

 Tivoli Bi, LLC and Mel Management Corp. d/b/a Stellar Management ("Answering Defendants"), by their attorney ROBERT L. ARLEO, ESQ., as and for their Answer to Plaintiff's Amended Complaint filed on October 3, 2025 (hereinafter "Plaintiff's Amended Complaint"), set forth as follows:

1. Deny the allegations set forth in paragraph 1 of Plaintiff's Amended Complaint.

2. The allegations set forth in paragraph 2 of Plaintiff's Amended Complaint constitute an alleged statement of New York Housing Law to which no response is required. To the extent that said allegations as set forth to claim that the Answering Defendants violated New York Housing Law, deny the said allegations.

3. Deny the allegations set forth in paragraph 3 of Plaintiff's Amended Complaint.

4. Deny the allegations set forth in paragraph 4 of Plaintiff's Amended Complaint.

5. In regard to the allegations set forth in paragraph 5 of Plaintiff's Amended Complaint, refer to the two nonpayment cases referenced therein for the accuracy of said allegations.

6. Deny the allegations set forth in paragraph 6 of Plaintiff's Amended Complaint.

7. The allegations set forth in paragraph 7 of Plaintiff's Amended Complaint are not directed to the Answering Defendants thus no response thereto is required.

8. Deny the allegations set forth in paragraph 8 of Plaintiff's Amended Complaint.

9. In regard to the allegations set forth in paragraphs 9, 10, 11and 12 of Plaintiff's Amended, leave to the Court all determinations as to jurisdiction, venue, supplemental jurisdiction and declaratory relief. Notwithstanding, the Answering Defendants continue to deny in full all allegations of alleged wrongdoing as set forth in the Plaintiff's Amended Complaint.

10. Admit the allegations set forth in paragraph 13 of Plaintiff's Amended Complaint.

11. Admit the allegations set forth in paragraph 14 of Plaintiff's Amended Complaint.

12. Admit the allegations set forth in paragraph 15 of Plaintiff's Amended Complaint.

13. Admit the allegations set forth in paragraph 16 of Plaintiff's Amended Complaint.

14. Admit the allegations set forth in paragraph 17 of Plaintiff's Amended Complaint.

15. The allegations set forth in paragraph 18 of Plaintiff's Amended Complaint are not directed to the Answering Defendants thus no response thereto is required.

16. The allegations set forth in paragraph 19 of Plaintiff's Amended Complaint are not directed to the Answering Defendants thus no response thereto is required.

17. The allegations set forth in paragraph 20 of Plaintiff's Amended Complaint are not directed to the Answering Defendants thus no response thereto is required.

18. Deny the allegations set forth in paragraph 21 of Plaintiff's Amended Complaint.

19. Admit the allegations set forth in paragraph 22 of Plaintiff's Amended Complaint.

20. Deny knowledge or information sufficient to form a belief as to the allegations set forth in paragraph 23 of Plaintiff's Amended Complaint.

21. Deny the allegations set forth in paragraph 24 of Plaintiff's Amended Complaint.

22. Deny the allegations set forth in paragraph 25 of Plaintiff's Amended Complaint.

23. Deny the allegations set forth in paragraph 26 of Plaintiff's Amended Complaint.

24. Deny the allegations set forth in paragraph 27 of Plaintiff's Amended Complaint.

25. Deny the allegations set forth in paragraph 28 of Plaintiff's Amended Complaint.

26. Deny the allegations set forth in paragraph 29 of Plaintiff's Amended Complaint.

27. Deny the allegations set forth in paragraph 30 of Plaintiff's Amended Complaint.

28. Deny the allegations set forth in paragraph 31 of Plaintiff's Amended Complaint.

29. Deny the allegations set forth in paragraph 32 of Plaintiff's Amended Complaint.

30. In regard to the allegations set forth in paragraph 33 of Plaintiff's Amended Complaint, refer to the order referenced therein for the accuracy of said allegations.

31. Deny the allegations set forth in paragraph 34 of Plaintiff's Amended Complaint.

32. In regard to the allegations set forth in paragraph 35 of Plaintiff's Amended Complaint, refer to the directive referenced therein for the accuracy of said allegations.

33. Deny knowledge or information sufficient to form a belief as to the allegations set forth in paragraph 36 of Plaintiff's Amended Complaint.

34. Deny the allegations set forth in paragraph 37 of Plaintiff's Amended Complaint.

35. In regard to the allegations set forth in paragraph 38 of Plaintiff's Amended Complaint, refer to the petition referenced therein for the accuracy of said allegations.

36. The allegations set forth in paragraph 39 of Plaintiff's Amended Complaint are not directed to the Answering Defendants thus no response thereto is required.

37. The allegations set forth in paragraph 40 of Plaintiff's Amended Complaint are not directed to the Answering Defendants thus no response thereto is required.

38. Deny the allegations set forth in paragraph 41 of Plaintiff's Amended Complaint.

39. Deny the allegations set forth in paragraph 42 of Plaintiff's Amended Complaint.

40. Deny the allegations set forth in paragraph 43 of Plaintiff's Amended Complaint.

41. Deny knowledge or information sufficient to form a belief as to the allegations set forth in paragraph 44 of Plaintiff's Amended Complaint.

42. Admit the allegations set forth in paragraph 45 of Plaintiff's Amended Complaint.

43. The allegations set forth in paragraph 46 of Plaintiff's Amended Complaint are not directed to the Answering Defendants thus no response thereto is required.

44. In regard to the allegations set forth in paragraph 47 of Plaintiff's Amended Complaint, refer to the summary judgment motion referenced therein for the accuracy of said allegations.

45. The allegations set forth in paragraph 48 of Plaintiff's Amended Complaint are not directed to the Answering Defendants thus no response thereto is required.

46. The allegations set forth in paragraph 49 of Plaintiff's Amended Complaint are not directed to the Answering Defendants thus no response thereto is required.

47. In regard to the allegations set forth in paragraph 50 of Plaintiff's Amended Complaint, refer to court records for the accuracy of said allegations.

48. In regard to the allegations set forth in paragraph 51 of Plaintiff's Amended Complaint, refer to court records for the accuracy of said allegations.

49. In regard to the allegations set forth in paragraph 52 of Plaintiff's Amended Complaint, refer to court records for the accuracy of said allegations.

50. In regard to the allegations set forth in paragraph 53 of Plaintiff's Amended Complaint, refer to court records for the accuracy of said allegations.

51. Deny the allegations set forth in paragraph 54 of Plaintiff's Amended Complaint.

52. Deny the allegations set forth in paragraph 55 of Plaintiff's Amended Complaint.

53. Deny the allegations set forth in paragraph 56 of Plaintiff's Amended Complaint.

54. DKI the allegations set forth in paragraph 57 of Plaintiff's Amended Complaint.

55. Deny the allegations set forth in paragraph 58 of Plaintiff's Amended Complaint.

56. Deny the allegations set forth in paragraph 59 of Plaintiff's Amended Complaint.

57. Deny the allegations set forth in paragraph 60 of Plaintiff's Amended Complaint.

58. Deny the allegations set forth in paragraph 61 of Plaintiff's Amended Complaint.

59. Deny knowledge or information sufficient to form a belief as to the allegations set forth in paragraph 62 of Plaintiff's Amended Complaint.

60. Deny knowledge or information sufficient to form a belief as to the allegations set forth in paragraph 63 of Plaintiff's Amended Complaint.

61. Deny knowledge or information sufficient to form a belief as to the allegations set forth in paragraph 64 of Plaintiff's Amended Complaint.

62. Deny knowledge or information sufficient to form a belief as to the allegations set forth in paragraph 65 of Plaintiff's Amended Complaint.

63. Deny the allegations set forth in paragraph 66 of Plaintiff's Amended Complaint.

64. Deny the allegations set forth in paragraph 67 of Plaintiff's Amended Complaint.

65. Deny knowledge or information sufficient to form a belief as to the allegations set forth in paragraph 68 of Plaintiff's Amended Complaint.

66. The allegations set forth in paragraph 69 of Plaintiff's Amended Complaint are not directed to the Answering Defendants thus no response thereto is required.

67. The allegations set forth in paragraph 70 of Plaintiff's Amended Complaint are not directed to the Answering Defendants thus no response thereto is required.

68. The allegations set forth in paragraph 71 of Plaintiff's Amended Complaint are not directed to the Answering Defendants thus no response thereto is required.

69. Deny the allegations set forth in paragraph 72 of Plaintiff's Amended Complaint.

70. Deny the allegations set forth in paragraph 73 of Plaintiff's Amended Complaint.

71. Deny the allegations set forth in paragraph 74 of Plaintiff's Amended Complaint.

72. Deny the allegations set forth in paragraph 75 of Plaintiff's Amended Complaint.

73. Deny the allegations set forth in paragraph 76 of Plaintiff's Amended Complaint.

74. Admit the allegations set forth in paragraph 77 of Plaintiff's Amended Complaint.

75. The allegations set forth in paragraph 78 of Plaintiff's Amended Complaint are not directed to the Answering Defendants thus no response thereto is required.

76. The allegations set forth in paragraph 79 of Plaintiff's Amended Complaint are not directed to the Answering Defendants thus no response thereto is required.

77. In regard to the allegations set forth in paragraph 80 of Plaintiff's Amended Complaint refer to the petition described therein for the accuracy of said allegations.

78. Deny the allegations set forth in paragraph 81 of Plaintiff's Amended Complaint.

79. Deny the allegations set forth in paragraph 82 of Plaintiff's Amended Complaint.

80. The allegations set forth in paragraph 83 of Plaintiff's Amended Complaint are not directed to the Answering Defendants thus no response thereto is required.

81. The allegations set forth in paragraph 84 of Plaintiff's Amended Complaint are not directed to the Answering Defendants thus no response thereto is required.

82. The allegations set forth in paragraph 85 of Plaintiff's Amended Complaint are not directed to the Answering Defendants thus no response thereto is required.

83. The allegations set forth in paragraph 86 of Plaintiff's Amended Complaint are not directed to the Answering Defendants thus no response thereto is required.

84. In regard to the allegations set forth in paragraph 87 of Plaintiff's Amended Complaint refer to the petition described therein for the accuracy of said allegations.

85. Deny the allegations set forth in paragraph 88 of the Plaintiff's Amended Complaint.

86. Deny the allegations set forth in paragraph 89 of the Plaintiff's Amended Complaint.

87. In regard to the allegations set forth in paragraph 90 of Plaintiff's Amended Complaint, refer to the dismissal referenced therein for the accuracy of said allegations.

88. Admit the allegations set forth in paragraph 91 of Plaintiff's Amended Complaint.

89. The allegations set forth in paragraph 92 of Plaintiff's Amended Complaint are not directed to the Answering Defendants thus no response thereto is required.

90. The allegations set forth in paragraph 93 of Plaintiff's Amended Complaint are not directed to the Answering Defendants thus no response thereto is required.

91. In regard to the allegations set forth in paragraph 94 of Plaintiff's Amended Complaint refer to the petition described therein for the accuracy of said allegations.

92. Deny the allegations set forth in paragraph 95 of Plaintiff's Amended Complaint.

93. Deny the allegations set forth in paragraph 96 of Plaintiff's Amended Complaint.

94. In regard to the allegations set forth in paragraph 97 of Plaintiff's Amended Complaint, refer to the stipulation referenced therein for the accuracy of the said allegations.

95. The allegations set forth in paragraph 98 of Plaintiff's Amended Complaint are not directed to the Answering Defendants thus no response thereto is required.

96. The allegations set forth in paragraph 99 of Plaintiff's Amended Complaint are not directed to the Answering Defendants thus no response thereto is required.

97. The allegations set forth in paragraph 100 of Plaintiff's Amended Complaint are not directed to the Answering Defendants thus no response thereto is required.

98. In regard to the allegations set forth in paragraph 101 of Plaintiff's Amended Complaint refer to the petition described therein for the accuracy of said allegations.

99. Deny the allegations set forth in paragraph 102 of Plaintiff's Amended Complaint.

100. Deny the allegations set forth in paragraph 103 of the Plaintiff's Amended Complaint.

101. In regard to the allegations set forth in paragraph 104 of the Plaintiff's Amended Complaint refer to each and every paragraph set forth in the herein Answer and incorporate by reference said paragraphs as if stated at length herein.

102. The allegations set forth in paragraph 105 of Plaintiff's Amended Complaint are not directed to the Answering Defendants thus no response thereto is required.

103. The allegations set forth in paragraph 106 of Plaintiff's Amended Complaint are not directed to the Answering Defendants thus no response thereto is required.

104. The allegations set forth in paragraph 107 of Plaintiff's Amended Complaint are not directed to the Answering Defendants thus no response thereto is required.

105. The allegations set forth in paragraph 108 of Plaintiff's Amended Complaint are not directed to the Answering Defendants thus no response thereto is required.

106. The allegations set forth in paragraph 109 of Plaintiff's Amended Complaint are not directed to the Answering Defendants thus no response thereto is required.

107. The allegations set forth in paragraph 110 of Plaintiff's Amended Complaint are not directed to the Answering Defendants thus no response thereto is required.

108. The allegations set forth in paragraph 111 of Plaintiff's Amended Complaint are not directed to the Answering Defendants thus no response thereto is required.

109. The allegations set forth in paragraph 112 of Plaintiff's Amended Complaint are not directed to the Answering Defendants thus no response thereto is required.

110. The allegations set forth in paragraph 113 of Plaintiff's Amended Complaint are not directed to the Answering Defendants thus no response thereto is required.

111. The allegations set forth in paragraph 114 of Plaintiff's Amended Complaint are not directed to the Answering Defendants thus no response thereto is required.

112. The allegations set forth in paragraph 115 of Plaintiff's Amended Complaint are not directed to the Answering Defendants thus no response thereto is required.

113. In regard to the allegations set forth in paragraph 116 of Plaintiff's Amended Complaint refer to each and every paragraph set forth in the herein Answer and incorporate by reference said paragraphs as if stated at length herein.

114. The allegations set forth in paragraph 117 of Plaintiff's Amended Complaint constitute an alleged statement of New York GBL 349 to which no response is required. To the extent that said allegations are set forth to imply that the Answering Defendants violated New York GBL 349, deny said allegations.

115. Deny the allegations set forth in paragraph 118 of Plaintiff's Amended Complaint.

116. Deny the allegations set forth in paragraph 119 of Plaintiff's Amended Complaint.

117. Deny the allegations set forth in paragraph 120 of Plaintiff's Amended Complaint.

118. Deny the allegations set forth in paragraph 121 of Plaintiff's Amended Complaint.

119. Deny the allegations set forth in paragraph 122 of Plaintiff's Amended Complaint.

120. Deny the allegations set forth in paragraph 123 of Plaintiff's Amended Complaint.

121. Deny the allegations set forth in paragraph 124 of Plaintiff's Amended Complaint.

122. Deny the allegations set forth in paragraph 125 of Plaintiff's Amended Complaint.

123. Admit the allegations set forth in paragraph 126 of the Plaintiff's Complaint in regard to the duty claim, deny Answering Defendants violated any duty.

124. Deny the allegations set forth in paragraph 127 of Plaintiff's Amended Complaint.

125. Deny the allegations set forth in paragraph 128 of Plaintiff's Amended Complaint.

126. In regard to the allegations set forth in paragraph 129 of Plaintiff's Amended Complaint refer to each and every paragraph set forth in the herein Answer and incorporate by reference said paragraphs as if stated at length herein.

127. The allegations set forth in paragraph 130 of Plaintiff's Amended Complaint are not directed to the Answering Defendants thus no response thereto is required.

128. The allegations set forth in paragraph 131 of Plaintiff's Amended Complaint are not directed to the Answering Defendants thus no response thereto is required.

129. The allegations set forth in paragraph 132 of Plaintiff's Amended Complaint are not directed to the Answering Defendants thus no response thereto is required.

130. In regard to the allegations set forth in paragraph 133 of Plaintiff's Amended Complaint refer to each and every paragraph set forth in the herein Answer and incorporate by reference said paragraphs as if stated at length herein.

131. In regard to the allegations set forth in paragraph 134 of Plaintiff's Amended Complaint, deny answering Defendants failed to use diligence.

132. Deny the allegations set forth in paragraph 135 of Plaintiff's Amended Complaint.

133. Deny the allegations set forth in paragraph 136 of Plaintiff's Amended Complaint.

134. Deny the allegations set forth in paragraph 137 of Plaintiff's Amended Complaint.

135. The allegations set forth in paragraph 138 of Plaintiff's Amended Complaint are not directed to the Answering Defendants thus no response thereto is required.

136. Admit the allegations set forth in paragraph 139 of Plaintiff's Amended Complaint.

137. The allegations set forth in paragraph 140 of Plaintiff's Amended Complaint constitute an alleged statement of New York GBL 349 to which no response is required. To the extent that said allegations are set forth to imply that the Answering Defendants violated New York GBL 349, deny said allegations.

138. Deny the allegations set forth in paragraph 141 of Plaintiff's Amended Complaint.

139. Deny the allegations set forth in paragraph 142 of Plaintiff's Amended Complaint.

140. Deny the allegations set forth in paragraph 143 of Plaintiff's Amended Complaint.

141. In regard to the allegations set forth in paragraph 144 of Plaintiff's Amended Complaint refer to each and every paragraph set forth in the herein Answer and incorporate by reference said paragraphs as if stated at length herein.

142. The allegations set forth in paragraph 145 of Plaintiff's Amended Complaint constitute an alleged statement of the Housing Maintenance Code to which no response is required. To the extent that said allegations are set forth to imply that the Answering Defendants violated the Housing Maintenance Code, deny said allegations.

143. The allegations set forth in paragraph 146 of Plaintiff's Amended Complaint constitute an alleged statement of the Housing Maintenance Code to which no response is required. To the extent that said allegations are set forth to imply that the Answering Defendants violated the Housing Maintenance Code, deny said allegations.

144. The allegations set forth in paragraph 147 of Plaintiff's Amended Complaint constitute an alleged statement of the Housing Maintenance Code to which no response is required.

To the extent that said allegations are set forth to imply that the Answering Defendants violated the Housing Maintenance Code, deny said allegations.

145. Deny the allegations set forth in paragraph 148 of Plaintiff's Amended Complaint.

146. Deny the allegations set forth in paragraph 149 of Plaintiff's Amended Complaint.

147. Deny the allegations set forth in paragraph 150 of Plaintiff's Amended Complaint.

148. Deny the allegations set forth in paragraph 151 of Plaintiff's Amended Complaint.

<u>AS AND FOR A FIRST AFFIRMATIVE DEFENSE</u>

149. Plaintiff failed to mitigate her alleged actual damages.

<u>AS AND FOR A SECOND AFFIRMATIVE DEFENSE</u>

150. The Plaintiff lacks Article III standing in that she did not suffer any concrete, particularized injury in fact or any economic injury or any non-economic injury which was not authorized by law.

<u>DEMAND FOR JURY TRIAL</u>

151. Should any dispositive motion filed by the Answering Defendants prove unsuccessful the Answering Defendants will demand trial by jury.

DATED: New York, New York
December 4, 2025

          ROBERT L. ARLEO, ESQ. P.C.
By: <u>/s/      Robert L. Arleo</u>
     ROBERT L. ARLEO, ESQ.
     Attorney for Answering Defendants
     1345 Avenue of the Americas
     2nd Floor
     New York, New York  10105
     Phone: (212) 551-1115
     Fax: (518) 751-1801
     Email: robertarleo@gmail.com

TO: Brooklyn Legal Services
105 Court Street, 4th Floor
Brooklyn, New York 11201

Legal Services New York City
40 Worth Street, Suite 606
New York, New York 10013

The Law Office of Ahmad Keshavarz
16 Court Street
 Suite 2600
Brooklyn, New York 11241-1026

Kaufman Dolowich
135 Crossways Park Drive
Suite 201
Woodbury, New York  11707