# AHMAD KESHAVARZ
*Attorney at Law*

---

16 COURT STREET, #2600  
BROOKLYN, NY 11241

WWW.NEWYORKCONSUMERATTORNEY.COM  
E-mail: ahmad@NewYorkConsumerAttorney.com

Telephone: (718) 522-7900  
Fax: (877) 496-7809

December 8, 2025

**VIA ECF**

Honorable Natasha C. Merle  
United States District Court  
Eastern District of New York  
225 Cadman Plaza East  
Brooklyn, New York 11201

    Re:    **Joint letter pursuant to Your Honor's November 18, 2025 Order.**  
            *Prince v. Tivoli BI LLC et al.*, 1:25-cv-03679-NCM-CLP

Dear Judge Merle:

    The undersigned, along with co-counsel Brooklyn Legal Services, represents Plaintiff Lisa Prince in this action against Defendants Cullen & Associates, P.C., a debt collection law firm, and its principal Kevin Cullen ("the Attorney Defendants"); Tivoli BI, LLC, Ms. Prince's landlord and Mel Management Corp. d/b/a Stellar Management, the management company for Tivoli BI, LLC (collectively, "the Landlord Defendants.")

    I write on behalf of all parties. This joint letter is pursuant to Your Honor's November 18, 2025 Order.

    The Landlord Defendants withdraw their request for permission to file a motion to dismiss the Amended Complaint for lack of standing (but preserve that defense).

    There is not consensus among the parties on whether a settlement conference before the magistrate would be fruitful at this time.

    The Landlord Defendants have requested, and Plaintiff consents, to their answering the Amended Complaint on or before December 2, 2025.

Respectfully,  
/s/  
Ahmad Keshavarz