**Kevin Gartland**

| | |
|---|---|
| **From:** | Robert Arleo <robertarleo@gmail.com> |
| **Sent:** | Tuesday, November 25, 2025 6:00 PM |
| **To:** | Ahmad Keshavarz |
| **Cc:** | Adam M. Marshall; Kailyn Gaines; Brett A. Scher; Kevin Gartland; Samar Katnani |
| **Subject:** | Re: 1:25-CV-3679 Initial Disclosures & Discovery Demands |

I do not consent to this proposed sentence Ahmad, you are attempting to foreclose the position of the Defendants as to settlement. I am done with the emails
Robert L. Arleo

Robert L. Arleo Esq. P.C.
**1345 Avenue of the Americas**
**2nd Floor**
New York, NY  10105

212-551-1115 phone
518-751-1801 fax

RobertArleo@gmail.com
www.RobertArleo.com

On Tue, Nov 25, 2025 at 5:50 PM Ahmad Keshavarz <ahmad@newyorkconsumerattorney.com> wrote:
 Kevin, put there two sentences in.  Add a sentence, "Plaintiff does not believe a settlement conference would be fruitful at this juncture, but believes a mediation at some point prior to the close of discovery may fruitful."

 If everyone signs off then file. Otherwise will pick this up in the morning.

# Ahmad Keshavarz

 On Nov 25, 2025, at 5:46 PM, Adam M. Marshall <amarshall@kaufmandolowich.com> wrote:

 And happy birthday to your wife Ahmad.

 Get Outlook for iOS

 **Adam M. Marshall**
 *Attorney At Law*

# KAUFMA

135 Crossways Park Drive, Suite 201
Woodbury, NY 11797

Direct:    516-557-1460
Email:    amarshall@kaufmandolowich.com

 

PLEASE NOTE: This message, including any attachments, may include privileged, confidential and/or inside information. Any distribution or use of this communication by anyone other than the intended recipient(s) is strictly prohibited and may be unlawful. If you are not the intended recipient, please notify the sender by replying to this message and then delete it from your system.
Please consider the environment before printing.

**From:** Adam M. Marshall <amarshall@kaufmandolowich.com>
**Sent:** Tuesday, November 25, 2025 5:43:06 PM
**To:** Robert Arleo <robertarleo@gmail.com>; Ahmad Keshavarz <ahmad@newyorkconsumerattorney.com>
**Cc:** Kailyn Gaines <kgaines@lsnyc.org>; Brett A. Scher <bscher@kaufmandolowich.com>; Kevin Gartland <kevin@newyorkconsumerattorney.com>; Samar Katnani <skatnani@lsnyc.org>
**Subject:** Re: 1:25-CV-3679 Initial Disclosures & Discovery Demands

For what it's worth, I don't remember the judge forbidding us from stating each party's position either.

We're fine with a separate letter too with a request by the landlord defendants and attorney defendants for a settlement conference.

Get Outlook for iOS

**Adam M. Marshall**
*Attorney At Law*

# KAUFMA

135 Crossways Park Drive, Suite 201
Woodbury, NY 11797

Direct:  516-557-1460
Email:   amarshall@kaufmandolowich.com




PLEASE NOTE: This message, including any attachments, may include privileged, confidential and/or inside information. Any distribution or use of this communication by anyone other than the intended recipient(s) is strictly prohibited and may be unlawful. If you are not the intended recipient, please notify the sender by replying to this message and then delete it from your system.
Please consider the environment before printing.

**From:** Robert Arleo <robertarleo@gmail.com>
**Sent:** Tuesday, November 25, 2025 5:37 PM
**To:** Ahmad Keshavarz <ahmad@newyorkconsumerattorney.com>
**Cc:** Adam M. Marshall <amarshall@kaufmandolowich.com>; Kailyn Gaines <kgaines@lsnyc.org>; Brett A. Scher <bscher@kaufmandolowich.com>; Kevin Gartland <kevin@newyorkconsumerattorney.com>; Samar Katnani <skatnani@lsnyc.org>
**Subject:** Re: 1:25-CV-3679 Initial Disclosures & Discovery Demands


[EXTERNAL SENDER]

You are incorrect, the Judge said nothing about withholding individual
positions regarding settlement. If you file the letter as you propose, I will simply file a letter in the morning,
advising that the landlord Defendants wish to go to the Magistrate Judge for settlement. I will also advise the Judge that I did not consent to your filing the letter in the form
it is in.
Robert L. Arleo

Robert L. Arleo Esq. P.C.
**1345 Avenue of the Americas**

**2nd Floor**
New York, NY  10105


212-551-1115 phone
518-751-1801 fax


RobertArleo@gmail.com
www.RobertArleo.com


On Tue, Nov 25, 2025 at 5:34 PM Ahmad Keshavarz
<ahmad@newyorkconsumerattorney.com> wrote:

> Folks, tonight is my wife's birthday. I am going off-line soon. There does not seem to be objection to what I circulated, just the request for the addition of language (which, in my view,  the court indicated she did not want, she just wanted to know if there was consensus).
>
>
> I request we have consent  to file what I circulated. Otherwise this something we will have to pick up in the morning.
>
>
> Please let us know before 6:00 one way or the other.
>
>
> Thanks.
>
>
> 
>
> **The Law Office of Ahmad Keshavarz**
>
> 16 Court St., Suite 2600, Brooklyn, NY 11241-1026
>
> Cell: (347) 308-4859    Fax: (877) 496-7809
>
> Website: www.NewYorkConsumerAttorney.com  Email: ahmad@NewYorkConsumerAttorney.com

**From:** Ahmad Keshavarz
**Sent:** Tuesday, November 25, 2025 5:12 PM
**To:** Adam M. Marshall; Robert Arleo
**Cc:** Kailyn Gaines; Brett A. Scher; Kevin Gartland; Samar Katnani
**Subject:** RE: 1:25-CV-3679 Initial Disclosures & Discovery Demands

The judge was very clear that, for the joint letter,  the parties were to indicate whether there was consensus whether a settlement conference would be fruitful, without indicating the positions of the various parties.

I would therefore request that our language remain.

<image001.png>

**The Law Office of Ahmad Keshavarz**

16 Court St., Suite 2600, Brooklyn, NY 11241-1026

Cell: (347) 308-4859    Fax: (877) 496-7809

Website: www.NewYorkConsumerAttorney.com   Email: ahmad@NewYorkConsumerAttorney.com

**From:** Adam M. Marshall [mailto:amarshall@kaufmandolowich.com]
**Sent:** Tuesday, November 25, 2025 4:15 PM
**To:** Robert Arleo; Ahmad Keshavarz
**Cc:** Kailyn Gaines; Brett A. Scher; Kevin Gartland; Samar Katnani
**Subject:** Re: 1:25-CV-3679 Initial Disclosures & Discovery Demands

Please make it:  The Landlord Defendants and Attorney Defendants request a settlement conference.

Thanks,

Adam

**Adam M. Marshall**
*Attorney At Law*



135 Crossways Park Drive, Suite 201
Woodbury, NY 11797

Direct:    516-557-1460
Email:     amarshall@kaufmandolowich.com



PLEASE NOTE: This message, including any attachments, may include privileged, confidential and/or inside information. Any distribution or use of this communication by anyone other than the intended recipient(s) is strictly prohibited and may be unlawful. If you are not the intended recipient, please notify the sender by replying to this message and then delete it from your system.

Please consider the environment before printing.

**From:** Robert Arleo <robertarleo@gmail.com>
**Date:** Tuesday, November 25, 2025 at 4:07 PM
**To:** Ahmad Keshavarz <ahmad@newyorkconsumerattorney.com>
**Cc:** Kailyn Gaines <kgaines@lsnyc.org>, Brett A. Scher <bscher@kaufmandolowich.com>, Adam M. Marshall <amarshall@kaufmandolowich.com>, Kevin Gartland <kevin@newyorkconsumerattorney.com>, Samar Katnani <skatnani@lsnyc.org>
**Subject:** Re: 1:25-CV-3679 Initial Disclosures & Discovery Demands

[EXTERNAL SENDER]

Ahmad- The letter is fine with the addition that the sentence "The landlord Defendants ask for a settlement conference."

Robert L. Arleo

Robert L. Arleo Esq. P.C.

**1345 Avenue of the Americas**

**2nd Floor**

New York, NY  10105

212-551-1115 phone

518-751-1801 fax

[RobertArleo@gmail.com](RobertArleo@gmail.com)

[www.RobertArleo.com](www.RobertArleo.com)

On Tue, Nov 25, 2025 at 4:03 PM Ahmad Keshavarz <[ahmad@newyorkconsumerattorney.com](ahmad@newyorkconsumerattorney.com)> wrote:

> Attached is a proposed joint letter. I believe the court indicated the parties were to indicate whether there was consensus whether a settlement conference would be fruitful, without indicating the positions of the various parties.
>
> If you consent to the letter please let us know and we will file.
>
> If there are proposed revisions attached is the letter in Word with track changes on.
>
> <image001.png>
>
> **The Law Office of Ahmad Keshavarz**
>
> 16 Court St., Suite 2600, Brooklyn, NY 11241-1026
>
> Cell: (347) 308-4859    Fax: (877) 496-7809
>
> Website: [www.NewYorkConsumerAttorney.com](www.NewYorkConsumerAttorney.com)   Email: [ahmad@NewYorkConsumerAttorney.com](ahmad@NewYorkConsumerAttorney.com)
>
> **From:** Robert Arleo [mailto:[robertarleo@gmail.com](robertarleo@gmail.com)]
> **Sent:** Tuesday, November 25, 2025 3:35 PM
> **To:** Kailyn Gaines
> **Cc:** [bscher@kdvlaw.com](bscher@kdvlaw.com); [amarshall@kaufmandolowich.com](amarshall@kaufmandolowich.com); Kevin Gartland; Samar Katnani; Ahmad

Keshavarz

**Subject:** Re: 1:25-CV-3679 Initial Disclosures & Discovery Demands

Please see attached proposed joint letter which is due today. Please advise if I may file it via ECF.

Robert L. Arleo

Robert L. Arleo Esq. P.C.

**1345 Avenue of the Americas**

**2nd Floor**

New York, NY  10105

212-551-1115 phone

518-751-1801 fax

[RobertArleo@gmail.com](mailto:RobertArleo@gmail.com)

[www.RobertArleo.com](http://www.RobertArleo.com)

On Mon, Nov 3, 2025 at 5:16 PM Kailyn Gaines <[kgaines@lsnyc.org](mailto:kgaines@lsnyc.org)> wrote:

Good afternoon, Counsel,

Attached please find Plaintiff's initial disclosures and first set of discovery demands.

Best,

Kailyn Gaines

_____

Kailyn Gaines (she/her)

Staff Attorney, Tenant Rights Coalition

Brooklyn Legal Services

1709 St. Marks Avenue, 2nd Floor

Brooklyn, NY 11233

Phone: (718) 233-6418

Email: kgaines@lsnyc.org

**LEGAL SERVICES NYC** | Demand Justice.

*This e-mail is sent by a law firm and contains information that may be privileged and confidential and may also be covered by the Health Insurance Portability and Accountability Act (HIPAA). If you are not the intended recipient, do not disseminate; please delete the e-mail and notify us immediately.*

🌲 *Please consider the environment before printing this email message.*

**Disclaimer**

The information contained in this communication from the sender is confidential. It is intended solely for use by the recipient and others authorized to receive it. If you are not the recipient, you are hereby notified that any disclosure, copying, distribution or taking action in relation of the contents of this information is strictly prohibited and may be unlawful.

This email has been scanned for viruses and malware, and may have been automatically archived by Mimecast, a leader in email security and cyber resilience. Mimecast integrates email defenses with brand protection, security awareness training, web security, compliance and other essential capabilities. Mimecast helps protect large and small organizations from malicious activity, human error and technology failure: and to lead the movement toward building a more resilient world. To find out more, visit our website.