**KAUFMAN | DOLOWICH**

Kaufman Dolowich LLP
135 Crossways Park Drive, Suite 201
Woodbury, NY 11797

Telephone: 516.681.1100

www.kaufmandolowich.com

Adam M. Marshall
amarshall@kaufmandolowich.com

January 18, 2026

**VIA ECF**
Honorable Cheryl L. Pollak, U.S.M.J.
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

    Re:    *Prince v. Tivoli BI, LLC, et al.*
             Case No. 1:25-cv-3679 (NCM)(CLP)

Dear Judge Pollak:

    This firm represents Defendants Kevin S. Cullen and Cullen & Associates, P.C. (the "Attorney Defendants") in the above matter. We respectfully ubmit this letter on behalf of all parties to update the Court on the status of discovery and future depositions.

**Attorney & Landlord Defendants' Position:**

    Document discovery is ongoing. Defendants Tivoli BI, LLC and Mel Management Corp. d/b/a Stellar Management (collectively, the "Landlord Defendants") have served responses to Plaintiff's requests for production of documents as well as their own requests for discovery. Both the Landlord Defendants and Attorney Defendants have served responses to Plaintiff's Requests for Admissions. The Attorney Defendants will be serving their requests by Tuesday and are on track to produce answers to Plaintiff's interrogatories and requests for production next week, with documents continuing on a rolling basis as aged files (going back as far as 2016) are pulled from offsite storage and copied.

    The parties expect to conduct depositions in March.

**Plaintiff's Position:**

    Plaintiff is concerned about the Defendants' delays in responding to Plaintiff's discovery demands, which were propounded on November 3, 2025—*seventy-four days ago*. Plaintiff has courteously consented to a series of deadline extensions with the understanding that all answers and documents would be produced by today. But despite these extensions, Attorney Defendants to date have propounded no responses to Plaintiff's requests for production or Plaintiff's interrogatories; they have not produced any documents at all. Landlord Defendants, for their part, served 241 pages of documents on Plaintiff just this afternoon and no answers to the interrogatories. Plaintiff has not had the opportunity to review the document production. Landlord Defendants indicate they will serve interrogatory answers early next week. Plaintiff has no objection to any of this so long as the answers and documents are fully or substantially responsive.

Attorney Defendants now commit to answering interrogatories and requests for production next week and producing responsive documents on a rolling basis. So long as Attorney Defendants do so in a fully responsive or substantively responsive manner, Plaintiff has no objection to the additional extension requested by Attorney Defendants. It is concerning to Plaintiff that no answers and no production has been served at all by Attorney Defendants, but next week may demonstrate that Plaintiff's concerns have not come to pass.

Consequently, until discovery responses and documents are served next week, and Plaintiff has had an opportunity to evaluate the responses, Plaintiff cannot know if there will be significant discovery problems that should be brought to the attention of the Court.

If fully responsive answers and documents are served next week by Defendants, Plaintiff would like to begin depositions in February.

We thank the Court for its consideration.

> Respectfully,
> Kaufman Dolowich LLP
> Brooklyn Legal Services
>
> By:   /s/ Adam M. Marshall
>       Adam M. Marshall, Esq.
>       Kailyn Gaines, Esq.

cc:   All Counsel of Record via ECF