UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

LISA PRINCE,

        *Plaintiff,*        Case No. 1:25-CV-3679-NCM-CLP

    v.        **NOTICE OF APPEARANCE**

TIVOLI BI LLC, STELLAR MANAGEMENT, CULLEN & ASSOCIATES, P.C., and KEVIN CULLEN,

        *Defendants.*

**PLEASE TAKE NOTICE** that the undersigned attorney is appearing as co-counsel for Plaintiff on this case and respectfully requests that all Notices of Electronic Filing be transmitted to her in this case.  She is duly admitted to practice in this Court.

        Respectfully submitted,

Date:    February 25, 2026
        Brooklyn, NY

_____
Samar Katnani
Brooklyn Legal Services
Tenant Rights Coalition
1709 St. Marks Ave
Brooklyn, New York 11233
Phone: 718-233-6393
Email: skatnani@lsnyc.org
*Attorneys for Plaintiff*