# EXHIBIT "E"

**Adam M. Marshall**

| | |
|---|---|
| **Subject:** | Re: Prince v. Tivoli BI LLC et al. |
| **Date:** | Wednesday, July 8, 2026 at 2:55:22 PM Eastern Daylight Time |
| **From:** | Kailyn Gaines <kgaines@lsnyc.org> |
| **To:** | Adam M. Marshall <amarshall@kaufmandolowich.com> |
| **CC:** | Samar Katnani <skatnani@lsnyc.org>, AHMAD KESHAVARZ <ahmad@newyorkconsumerattorney.com>, Kevin Gartland <kevin@newyorkconsumerattorney.com>, Robert Arleo <robertarleo@gmail.com>, Brett A. Scher <bscher@kaufmandolowich.com> |
| **Attachments:** | image117112.png, image103108.png, image784210.png, image119683.png, image737954.png, image983347.png, image717759.png, image943286.png, image240172.png, image359147.png, image044483.png, image689732.png |

[EXTERNAL SENDER]
We assumed the retainer was in our possession; that's why we agreed to produce it.  Had we been able to locate the retainer, we would have turned it over.  Nothing mysterious about that.

We will provide the verification for the interrogatory responses.  If we locate evidence of monetary damages, we will turn that over, too.

Happy to loop the Court into the rest via the July 15 joint letter.

Kailyn Gaines (she/her)
Staff Attorney, Tenant Rights Coalition
Brooklyn Legal Services
1709 St. Marks Avenue, 2nd Floor
Brooklyn, NY 11233
Phone: (718) 233-6418
Email: kgaines@lsnyc.org

 **Demand Justice.**

*This e-mail is sent by a law firm and contains information that may be privileged and confidential and may also be covered by the Health Insurance Portability and Accountability Act (HIPAA).  If you are not the intended recipient, do not disseminate; please delete the e-mail and notify us immediately.*
🌲 *Please consider the environment before printing this email message.*

**From:** Adam M. Marshall <amarshall@kaufmandolowich.com>
**Sent:** Wednesday, July 8, 2026 12:17 PM
**To:** Kailyn Gaines <kgaines@lsnyc.org>
**Cc:** Samar Katnani <skatnani@lsnyc.org>; AHMAD KESHAVARZ <ahmad@newyorkconsumerattorney.com>; Kevin Gartland

<kevin@newyorkconsumerattorney.com>; Robert Arleo <robertarleo@gmail.com>; Brett A. Scher <bscher@kaufmandolowich.com>
**Subject:** Re: Prince v. Tivoli BI LLC et al.

Kailyn,

We'll just move to compel.

Plaintiff keeps changing her position.  The BLS retainer agreement was in your/your client's possession two months ago when Plaintiff agreed to produce it but has now mysteriously disappeared.  Communications that were relevant two months ago but supposedly privileged are now somehow not relevant at all, for reasons you do not explain.  We still have no privilege log.  We still have no verification for the interrogatory responses.  We still have no monetary damages documentation or calculation.

You're welcome to provide us with the date Plaintiff first contacted BLS since we're entitled to that information (as Plaintiff agreed months ago).  You can explain everything else to the Court.


Thanks,
Adam



**Adam M. Marshall**
*Attorney At Law*

KAUFMAN|DOLOWICH

135 Crossways Park Drive, Suite 201
Woodbury, NY 11797

Direct:     516-283-8731
Cell:        516-557-1460
Email:      amarshall@kaufmandolowich.com



PLEASE NOTE: This message, including any attachments, may include privileged, confidential and/or inside information. Any distribution or use of this communication by anyone other than the intended recipient(s) is strictly prohibited and may be unlawful. If

you are not the intended recipient, please notify the sender by replying to this message and then delete it from your system.

Please consider the environment before printing.

**From:** Kailyn Gaines <kgaines@lsnyc.org>
**Date:** Wednesday, July 8, 2026 at 11:57 AM
**To:** Adam M. Marshall <amarshall@kaufmandolowich.com>
**Cc:** Samar Katnani <skatnani@lsnyc.org>; AHMAD KESHAVARZ <ahmad@newyorkconsumerattorney.com>; Kevin Gartland <kevin@newyorkconsumerattorney.com>; Robert Arleo <robertarleo@gmail.com>; Brett A. Scher <bscher@kaufmandolowich.com>
**Subject:** Re: Prince v. Tivoli BI LLC et al.

[EXTERNAL SENDER]
Hi Adam,

After diligent & reasonable search, we were unable to locate the retainer for the 2024 nonpayment case.

As for communications, after review, we do not believe that of the communications between BLS & Ms. Prince are relevant.  To the extent you seek the date that Ms. Prince first contacted BLS about the 2024 nonpayment case, we are willing to provide that date.  Let me know.

Thanks,
Kailyn Gaines

_____

Kailyn Gaines (she/her)
Staff Attorney, Tenant Rights Coalition
Brooklyn Legal Services
1709 St. Marks Avenue, 2nd Floor
Brooklyn, NY 11233
Phone: (718) 233-6418
Email: kgaines@lsnyc.org

 **Demand Justice.**

*This e-mail is sent by a law firm and contains information that may be privileged and confidential and may also be covered by the Health Insurance Portability and Accountability Act (HIPAA).  If you are not the intended recipient, do not disseminate; please delete the e-mail and notify us immediately.*

🌲 *Please consider the environment before printing this email message.*

**From:** Adam M. Marshall <amarshall@kaufmandolowich.com>
**Sent:** Thursday, July 2, 2026 1:51 PM
**To:** Kailyn Gaines <kgaines@lsnyc.org>
**Cc:** Samar Katnani <skatnani@lsnyc.org>; AHMAD KESHAVARZ <ahmad@newyorkconsumerattorney.com>; Kevin Gartland <kevin@newyorkconsumerattorney.com>; Robert Arleo <robertarleo@gmail.com>; Brett A. Scher <bscher@kaufmandolowich.com>
**Subject:** Prince v. Tivoli BI LLC et al.

Kailyn,

We are in receipt of your July 1 emails attaching HIPAA authorizations and social media posts from your client.

As you know, Plaintiff previously agreed to produce her supplemental responses by May 30, then by June 3, then June 9, then by June 11.  I'm attaching a version of the joint letter that was never filed for reference.

Most of Plaintiff's items remain outstanding without explanation, including the BLS retainer agreement that has necessarily been within your office's possession the entire time.  We have no privilege log from Plaintiff either, so we do not even know the extent of responsive documents that Plaintiff intends to withhold.

We have already met and conferred on this subject by phone and email numerous times.  Please produce the rest of the supplementation by July 7 to avoid motion practice.


Thanks,
Adam


**Adam M. Marshall**
*Attorney At Law*

# KAUFMAN | DOLOWICH

135 Crossways Park Drive, Suite 201
Woodbury, NY 11797

Direct:     516-283-8731
Cell:        516-557-1460
Email:      amarshall@kaufmandolowich.com

4 of 5



PLEASE NOTE: This message, including any attachments, may include privileged, confidential and/or inside information. Any distribution or use of this communication by anyone other than the intended recipient(s) is strictly prohibited and may be unlawful. If you are not the intended recipient, please notify the sender by replying to this message and then delete it from your system.

Please consider the environment before printing.

## Disclaimer

The information contained in this communication from the sender is confidential. It is intended solely for use by the recipient and others authorized to receive it. If you are not the recipient, you are hereby notified that any disclosure, copying, distribution or taking action in relation of the contents of this information is strictly prohibited and may be unlawful.

This email has been scanned for viruses and malware, and may have been automatically archived by Mimecast, a leader in email security and cyber resilience. Mimecast integrates email defenses with brand protection, security awareness training, web security, compliance and other essential capabilities. Mimecast helps protect large and small organizations from malicious activity, human error and technology failure; and to lead the movement toward building a more resilient world. To find out more, visit our website.

## Disclaimer

The information contained in this communication from the sender is confidential. It is intended solely for use by the recipient and others authorized to receive it. If you are not the recipient, you are hereby notified that any disclosure, copying, distribution or taking action in relation of the contents of this information is strictly prohibited and may be unlawful.

This email has been scanned for viruses and malware, and may have been automatically archived by Mimecast, a leader in email security and cyber resilience. Mimecast integrates email defenses with brand protection, security awareness training, web security, compliance and other essential capabilities. Mimecast helps protect large and small organizations from malicious activity, human error and technology failure; and to lead the movement toward building a more resilient world. To find out more, visit our website.