# AHMAD KESHAVARZ

*Attorney at Law*

---

16 COURT STREET, #2600
BROOKLYN, NY 11241

WWW.NEWYORKCONSUMERATTORNEY.COM
E-mail: ahmad@NewYorkConsumerAttorney.com

Telephone: (718) 522-7900
Fax: (877) 496-7809

August 3, 2026

**VIA ECF**
Honorable Peggy Cross-Goldenberg
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

**Re: Consent motion to adjourn August 6 discovery conference to August 25 or 27.**
*Prince v. Tivoli BI LLC et al*, **Case 1:25-cv-03679-NCM-PCG**

Dear Judge Cross-Goldenberg:

The undersigned, along with co-counsel Brooklyn Legal Services, represent Plaintiff in this action. Defendants are Kevin S. Cullen and Cullen & Associates, P.C. (the "Attorney Defendants") and Tivoli BI, LLC and Mel Management Corp. d/b/a Stellar Management (collectively, the "Landlord Defendants").

Plaintiff files this consent motion to adjourn the in-person discovery conference on August 6, 2026.

Counsel for Landlord Defendants have an in person hearing set in another matter on August 6. In addition, as suggested in the previously filed joint letter [DE 53], Plaintiff also intends to file a letter for pre-motion conference related to answers to certain deposition questions from the July 9 deposition of the Landlord Defendants. Plaintiff has not been able to file the application because the transcript of the deposition – taken more than three weeks ago – was only delivered by the court reporter on Friday July 31. Adjourning the hearing would allow all discovery issues to be heard at a single in person hearing, rather than two, thus promoting judicial efficiency. By August 6 Plaintiff will produce video recordings of said deposition.

The Parties respectfully request the hearing be re-set to either August 25 or 27, or a later date that is convenient for the Court.

This is the first request for an adjournment of the hearing and is on consent of all parties. The adjournment will not affect other scheduled dates.

The Parties thank the Court if its consideration.

Respectfully,
/s/
Ahmad Keshavarz

Last saved: 8/3/2026 11:32 AM