Outlook

## Prince - Plaintiff's letter to compel

**From** Ahmad Keshavarz <ahmad@newyorkconsumerattorney.com>
**Date** Wed 8/26/2026 6:02 PM
**To** Adam M. Marshall <amarshall@kaufmandolowich.com>; Kailyn Gaines <kgaines@lsnyc.org>; Robert Arleo <RobertArleo@gmail.com>; Brett A. Scher <bscher@kaufmandolowich.com>; Samar Katnani <skatnani@lsnyc.org>
**Cc** Luke J. Lee <luke@newyorkconsumerattorney.com>

1 attachment (39 KB)
2026-08-26 Pl Ltr to Compel - 2.docx;

Please see attached. We would request you complete the "Defendants' view) section by 5:00 PM tomorrow so we can file later that evening.

Thanks.

**Ahmad Keshavarz**
**The Law Office of Ahmad Keshavarz**
16 Court St., Suite 2600, Brooklyn, NY 11241-1026
Cell: (347) 308-4859 Fax: (877) 496-7809
Website: www.NewYorkConsumerAttorney.com Email: ahmad@NewYorkConsumerAttorney.com