UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------x
LISA PRINCE,

Plaintiff,

-against-

TIVOLI BI LLC; MEL MANAGEMENT CORP., d/b/a STELLAR MANAGEMENT; CULLEN & ASSOCIATES, P.C.; and KEVIN CULLEN,

Defendants.
---------------------------------------------------------x

Case No. 1:25-CV-3679

**PLAINTIFF'S NOTICE OF DEPOSITION**

Plaintiff serves the above referenced discovery instrument to the above referenced parties by and through said party's counsel as indicated in the certificate of service below.

Respectfully submitted,

---------------------------------------------

Kailyn Gaines
BROOKLYN LEGAL SERVICES
1709 St Marks Ave, 2nd Floor
Brooklyn, New York 11233
kgaines@lsnyc.org
718-233-6418
*Attorneys for Plaintiff*

**CERTIFICATE OF SERVICE**

I hereby certify that on this day I served the above referenced document to the parties listed below via email:

Defendants Tivoli Bi LLC and Mel Management Corp. d/b/a Stellar Management
by and through their attorney of record
Robert Arleo, Esq., P.C.
1345 Avenue of the Americas, Second Floor
New York, N.Y. 10105
robertarleo@gmail.com

Date: July 15, 2026
Brooklyn, NY
/s/
Kailyn Gaines

**<u>Fed. R. Civ. P. 30(b)(1) NOTICE OF DEPOSITION OF JESSICA SEEPERSAD</u>**

PLEASE TAKE NOTICE THAT pursuant to FRCP 30(b)(1) Plaintiff will take the deposition of JESSICA SEEPERSAD. **The deposition will be held on <u>August 24, 2026 at 1PM</u> remotely by the videoconferencing program Zoom or a similar videoconferencing program.**

The deposition will be recorded stenographically before a court reporter and will be videotaped.