UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

-------------------------------------------------------x

25-cv-03679 (NCM)(CLP)

LISA PRINCE,

Plaintiff

-against-

TIVOLI BI, LLC, MEL MANAGEMENT CORP., D/B/A STELLAR MANAGEMENT, CULLEN & ASSOCIATES, P.C. and KEVIN CULLEN,

Defendants

-------------------------------------------------------x

RESPONSE TO PLAINTIFF'S SECOND REQUESTS FOR <u>PRODUCTION OF DOCUMENTS</u>

Pursuant to Rules 26 and 34 of the Federal Rules of Civil Procedures, Defendants TIVOLI BI, LLC and MEL MANAGEMENT CORP., D/B/A STELLAR MANAGEMENT ("Defendants") submits the following objections and response to Plaintiff's second requests for production of documents.

GENERAL OBJECTIONS

The following General Objections apply to every paragraph of Plaintiff's document requests to Defendants:

1. Defendants object to every request that calls for privileged information, including, without limitation, information protected by the attorney-client privilege.

2. Defendants object to every request that calls for information prepared in anticipation of litigation or for trial absent a showing of substantial need by the Plaintiff.

3. Defendants object to every request that calls for the production of any information containing or reflecting the mental impressions, conclusions, opinions and/or legal theories of any attorney for Defendants, on the grounds that such information is protected by the attorney work product doctrine.

4. Defendants object to every request that is overly broad, unduly burdensome, harassing, duplicative or which requests documents which are already in possession of the Plaintiff.

5. Defendants object to every request that calls for information which is neither relevant to the subject matter of the pending Amended Complaint or reasonably calculated to lead to the discovery of admissible evidence in connection with the pending Amended Complaint.

6. Defendants object to every request, and to every introductory "definition" or "instruction", that seeks to impose obligations beyond those required by the Federal Rules of Civil Procedure, as reasonably interpreted and supplemented by the Local Rules of the United States District Court for the Southern and Eastern Districts of New York.

7. Defendants reserve their right to supplement these responses at any time.

## REQUEST FOR DOCUMENTS

**REQUEST NO. 1**- Any and all records for Lisa Prince, Joyce Lee, Christian Lee or Apartment 28L in the "Yardi" system.

**RESPONSE TO REQUEST NO. 1**- Documents responsive to this request are being forwarded via separate email.

**REQUEST NO. 2**- The physical file for Lisa Prince which exists in Stellar Management's main office at 44 W 28th Street, 6th floor, New York, NY 10001.

**RESPONSE TO REQUEST NO. 2**- There is no physical file at 44 W 28th Street for Lisa Prince.

**REQUEST NO. 3**- The physical file for Lisa Prince which exists in the site office at 49 Crown Street.

**RESPONSE TO REQUEST NO. 3**- This file is located at the office of the Defendant Tivoli-Bi LLC located at 49 Crown Street and is available for on-site review during normal business hours upon request.

**REQUEST NO. 4**- Current and past organizational charts for Stellar Management.

**RESPONSE TO REQUEST NO. 4**- No such charts exist.

**REQUEST NO. 5**- Any and all contracts or service agreements between Tivoli Bi LLC/Stellar Management and banks or third parties.

**RESPONSE TO REQUEST NO. 5**- Defendants object to this request as calling for information which is neither relevant to the subject matter of the pending Amended Complaint or reasonably calculated to lead to the discovery of admissible evidence in connection with the pending Amended Complaint.

DATED: New York, New York
September 1, 2026

ROBERT L. ARLEO, ESQ. P.C.

By: /s/ *Robert L. Arleo*
ROBERT L. ARLEO, ESQ.
Attorney for Defendants
1345 Avenue of the Americas
2nd Floor
New York, New York 10105
Phone: (212) 551-1115
Fax: (518) 751-1801
Email: robertarleo@gmail.com

TO: Brooklyn Legal Services
105 Court Street, 4th Floor
Brooklyn, New York 11201

Legal Services New York City
40 Worth Street, Suite 606
New York, New York 10013

The Law Office of Ahmad Keshavarz
16 Court Street
Suite 2600
Brooklyn, New York 11241-1026

Kaufman Dolowich
135 Crossways Park Drive
Suite 201
Woodbury, New York 11707

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

-------------------------------------------------------x 25-cv-03679 (NCM)(CLP)

LISA PRINCE,

Plaintiff

-against-

RESPONSE TO PLAINTIFF'S SECOND INTERROGATORIES

TIVOLI BI, LLC, MEL MANAGEMENT CORP., D/B/A STELLAR MANAGEMENT, CULLEN & ASSOCIATES, P.C. and KEVIN CULLEN,

Defendants

-------------------------------------------------------x

Pursuant to Rules 26 and 33 of the Federal Rules of Civil Procedures, Defendants TIVOLI BI, LLC and MEL MANAGEMENT CORP., D/B/A STELLAR MANAGEMENT ("Defendants") submits the following objections and response to Plaintiff's second interrogatories.

GENERAL OBJECTIONS

The following General Objections apply to every paragraph of Plaintiff's second interrogatories:

1. Defendants object to every interrogatory that calls for privileged information, including, without limitation, information protected by the attorney-client privilege.

2. Defendants object to every interrogatory that calls for information prepared in anticipation of litigation or for trial absent a showing of substantial need by the Plaintiff.

3. Defendants object to every interrogatory that calls for the production of any information containing or reflecting the mental impressions, conclusions, opinions and/or legal theories of any attorney for Defendants, on the grounds that such information is protected by the attorney work product doctrine.

4. Defendants object to every interrogatory that is overly broad, unduly burdensome, harassing, duplicative or which interrogatory which are already in possession of the Plaintiff.

5. Defendants object to every interrogatory that calls for information which is neither relevant to the subject matter of the pending Amended Complaint or reasonably calculated to lead to the discovery of admissible evidence in connection with the pending Amended Complaint.

6. Defendants object to every interrogatory, and to every introductory "definition" or "instruction", that seeks to impose obligations beyond those required by the Federal Rules of Civil Procedure, as reasonably interpreted and supplemented by the Local Rules of the United States District Court for the Southern and Eastern Districts of New York.

7. Defendants reserve their right to supplement these responses at any time.

INTERROGATORIES

INTERROGATORY NO. 1- Identify the bank for 49 Crown Street.

RESPONSE TO INTERROGATORY NO. 1- CapitalOne Bank located at 175 West 72nd Street New York, NY 10023 – Operating Account.

INTERROGATORY NO. 2-Identify any third-party who is involved in billing tenants at 49 Crown Street.

RESPONSE TO INTERROGATORY NO. 2- Graphic Service Bureau (GSB), 87 Hunt Road, Orangeburg, New York, 10962, (800) 571-7747. GSB is a division of OSG. Defendants are not sure what OSG stands for. Defendants cannot locate any contract with GSB or OSG as it is likely they are engaged as a mailing vendor on a month-to-month basis. Around the 20th of each month, a person in Defendants' accounting department will generate a report from Yardi to be sent to GSB. GSB will generate, print, envelope, and postage the rent bills.

INTERROGATORY NO. 3- Identify the services which banks or other third-parties perform for Stellar Management.

RESPONSE TO INTERROGATORY NO. 3- Defendants object to this interrogatory as overly broad, unduly burdensome and harassing. Defendants further object to this interrogatory in that it calls for information which is neither relevant to the subject matter of the pending Amended Complaint or reasonably calculated to lead to the discovery of admissible evidence in connection with the pending Amended Complaint.

INTERROGATORY NO. 4-Identify the individuals who took or deleted emails about Lisa Prince.

RESPONSE TO INTERROGATORY NO. 4- Defendants cannot respond to this interrogatory without more specifics and facts as to which emails Plaintiff refers.

INTERROGATORY NO. 5- Identify the CEOs of Stellar Management.

RESPONSE TO INTERROGATORY NO. 5- Ryan Jackson and Matthew Lembo, care of the undersigned attorney for the Defendants.

INTERROGATORY NO. 6-Identify how many properties Stellar Management manages.

RESPONSE TO INTERROGATORY NO. 6- Defendants object to this interrogatory in that it calls for information which is neither relevant to the subject matter of the pending Amended Complaint or reasonably calculated to lead to the discovery of admissible evidence in connection with the pending Amended Complaint.

INTERROGATORY NO. 7-Identify the person responsible for reviewing bills sent to tenants.

RESPONSE TO INTERROGATORY NO. 7- See response to interrogatory No. 2.

DATED: New York, New York
September 1, 2026

ROBERT L. ARLEO, ESQ. P.C.

By: /s/ *Robert L. Arleo*
ROBERT L. ARLEO, ESQ.
Attorney for Defendants
1345 Avenue of the Americas
2nd Floor
New York, New York 10105
Phone: (212) 551-1115
Fax: (518) 751-1801
Email: robertarleo@gmail.com

TO: Brooklyn Legal Services
105 Court Street, 4th Floor
Brooklyn, New York 11201

Legal Services New York City
40 Worth Street, Suite 606
New York, New York 10013

The Law Office of Ahmad Keshavarz
16 Court Street
Suite 2600
Brooklyn, New York 11241-1026

Kaufman Dolowich
135 Crossways Park Drive
Suite 201
Woodbury, New York 11707

AFFIRMATION

The undersigned, Fred D. Bonnier, Esq. Associate General Counsel for Stellar Management, affirms under the penalties of perjury that I have read the herein responses to Plaintiff's second interrogatories and know the contents thereof; the same is true to my own knowledge, expect as to the matters therein stated to be on information and belief, and as to those matters which I believe to be true. The grounds of my beliefs as to all matters not stated upon information and belief is my personal knowledge. The reasons that I am making this verification is because I have all salient records in my possession in regard to the issues set forth in the Amended Complaint filed in the herein action.

DATED: New York, New York
September 1, 2026

FRED D. BONNIER