**From:** Robert Arleo <robertarleo@gmail.com>
**Sent:** Wednesday, October 7, 2026 10:25 AM
**To:** Ahmad Keshavarz <ahmad@newyorkconsumerattorney.com>; Kailyn Gaines <kgaines@lsnyc.org>; Adam M. Marshall <amarshall@kaufmandolowich.com>; Samar Katnani <skatnani@lsnyc.org>
**Subject:** Prince

Please provide dates upon which Plaintiff is available for an in-person deposition at the federal courthouse.

Robert L. Arleo
Robert L. Arleo Esq. P.C.
**1345 Avenue of the Americas**
**2nd Floor**
New York, NY 10105

212-551-1115 phone
518-751-1801 fax

RobertArleo@gmail.com
www.RobertArleo.com

**Disclaimer**
The information contained in this communication from the sender is confidential. It is intended solely for use by the recipient and others authorized to receive it. If you are not the recipient, you are hereby notified that any disclosure, copying, distribution or taking action in relation of the contents of this information is strictly prohibited and may be unlawful.

This email has been scanned for viruses and malware, and may have been automatically archived by Mimecast, a leader in email security and cyber resilience. Mimecast integrates email defenses with brand protection, security awareness training, web security, compliance and other essential capabilities. Mimecast helps protect large and small organizations from malicious activity, human error and technology failure; and to lead the movement toward building a more resilient world. To find out more, visit our website.