A. JAKUPAJ

2024; didn't you just state that?

Q. Were you ever aware of a time that Ms. Prince was trapped inside of her apartment?

A. No.

Q. If something like that happens, how would that be documented?

A. Repeat the question.

Q. If a tenant was trapped inside of their apartment, how would that be dealt with?

MR. ARLEO: Can you, please, define trapped?

MS. GAINES: Locked inside her own apartment, unable to exit.

MR. ARLEO: Thank you.

THE WITNESS: They will reach out to the staff, the site staff, so they can assist them with a lock and entry or exit.

Q. Would the site staff ever be documented? If they were, would those be in the Yardi system or would they be somewhere else?

A. JAKUPAJ

MR. ARLEO: Again, I am going to ask you to allow him to finish speaking before you ask another question or ask a question based upon what he said. You got to give him a chance to speak, and the court reporter can't put down two people speaking at the same time. So, please, let him finish.

THE WITNESS: If the request was made during the working hours and in the site office, they will log in a work order. They will open a work order. If it was after-hours, there is a possibility that the super or whoever is on site, the staff, will go and assist without the open work order. So that possibly will not be documented.

Q. Thank you. Do you know whether Stellar has changed any of its practices in relation to filing rental arrears actions since the filing of this lawsuit?

A. I'm not aware.

Q. Do you know the names of the folks in the accounts payable department?
A. No.
Q. Is there a system in which tenant bills were kept or maintained?
A. I don't think I understand the question.
Q. How would you access a tenant's bill?
A. We would -- I would check through the Yardi system. Yardi is software, management software.
Q. Can you tell me a little bit about the Yardi system?
A. It's record keeping system that we use to input move-ins, move-outs of tenants and keep a record of the rent and their payments.
Q. Apart from move-in, move-out, rent and payments, was there any other information that was kept in the Yardi system?
A. They also have the work order system.
Q. Is that a separate system, or are those also kept in Yardi?
A. Kept in Yardi.
Q. Did Stellar send tenants like monthly bills?