**AHMAD KESHAVARZ**
*Attorney at Law*

16 COURT STREET, #2600
BROOKLYN, NY 11241

WWW.NEWYORKCONSUMERATTORNEY.COM
E-mail: ahmad@NewYorkConsumerAttorney.com

Telephone: (718) 522-7900
Fax: (877) 496-7809

November 18, 2026

**VIA ECF**

Honorable Peggy Cross-Goldenberg
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

**Re: Consent Application to Adjourn the November 24 Status Conference**
*Prince v. Tivoli BI, LLC, et al.*, EDNY Case No. 1:25-cv-3679 (NCM)(PCG)

Dear Judge Cross-Goldenberg:

The undersigned and Brooklyn Legal Services represent Plaintiff Lisa Prince in the above-entitled action.

On November 16, the Court set a zoom status conference for November 24. Unfortunately, the undersigned has an irreconcilable personal conflict on that day.

Consequently, Plaintiff files this consent application to adjourn the status conference. All counsel are available for a Zoom status conference in the morning of November 25, or anytime on December 4. This is Plaintiff's first request to adjourning this conference.

The Parties thank the Court for its consideration of this request.

Sincerely,

/s/
Ahmad Keshavarz